# SCHLACHMAN, BELSKY & WEINER, P.A.

SIDNEY SCHLACHMAN
COUNSEL

HENRY L. BELSKY
HERBERT R. WEINER
MICHAEL MARSHALL

———

LINDA D. MOELLER
STEVEN E. SUNDAY
ROANNE HANDLER
KIMBERLY A. ALLEY
MICHAEL J. BELSKY
MICHAEL E. DAVEY
DEBORAH J. SUESS
JEFFREY B. SCHULTZ
NICHOLAS D. ALEXANDER
JAY C. POPE
LISA L. HARDY

ATTORNEYS AT LAW

SUN LIFE BUILDING   TENTH FLOOR
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201
TELEPHONE (410) 685-2022
TELEFAX (410) 783-4771



November 13, 2002

TOWSON OFFICE
SUITE 101
405 E. JOPPA ROAD
TOWSON, MD 21286-5487
TELEPHONE (410) 685-2022
TELEFAX (410) 296-5880

UPPER MARLBORO OFFICE
2905-A OLD LARGO ROAD
P.O. BOX 1658
UPPER MARLBORO, MD 20773-1658
TELEPHONE (301) 627-6360
TELEFAX (301) 627-5911

EASTON OFFICE:
300 TALBOT STREET
SUITE 202
EASTON, MD 21601-3525
TELEPHONE (410) 819-3715
TELEFAX (410) 820-4980

REPLY TO

Sun Life Bldg.

The Honorable Marvin J. Garbis
United States District Court for
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

In Re: William J. Carroll, et al v. Benjamin Martin, et al
Case No: MJG-~~09320CV-2084~~ 02-2084

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS
NOV 1 4 2002
UNITED STATES DISTRICT COURT

Dear Judge Garbis:

By consent of all parties, we hereby request a ninety (90) day extension on our discovery and status report deadline which is currently scheduled for November 13, 2002. We have encountered some difficulty in meeting the original deadline due to the fact that all parties live out of State, however, written discovery has been exchanged and depositions of the parties have been noted.

Thanking you for your cooperation, I am

Very truly yours,

Henry L. Belsky

HLB:bst
Hand Delivered
cc: Michael Mann, Esquire

Approved this 14th day of March 2003.

Marvin J. Garbis
United States District Judge