# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

WILLIAM R. CARROLL, et al.

Plaintiffs

Civil Case No.

vs.

MJG-02-CV-2084

BENJAMIN J. MARTIN, et al.

Defendants

_________________________________/

The deposition of WILLIAM CARROLL was held on Friday, December 13, 2002, commencing at 2:48 p.m., at the Law Offices of Schlachman, Belsky & Weiner, P.A., 20 South Charles Street - Tenth Floor, Baltimore, Maryland, 21201, before Sandra A. Judd, Notary Public.

APPEARANCES:

HENRY L. BELSKY, ESQUIRE
On behalf of Plaintiffs

MICHAEL B. MANN, ESQUIRE
On behalf of Defendants

ALSO PRESENT: Benjamin James Martin

REPORTED BY: Sandra A. Judd

2

STIPULATIONS

It is stipulated and agreed by and between counsel for the respective parties that the reading and signing of this deposition by the witness be and the same are hereby waived.

It is further stipulated and agreed that the filing of this deposition with the Clerk of Court be and the same is hereby waived.

-------

Whereupon,

WILLIAM CARROLL,

called as a witness, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY MR. MANN:

Q Would you state your name and current address for the record?
A William Carroll, 6043 Gulfport Boulevard South, Gulfport, Florida.
Q Okay. And what's your date of birth?
A 11/12/64.

3

Q And your Social Security number?
A 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.
Q Okay. And how far did you go in school, Mr. Carroll?
A The last degree I obtained was a Master's Degree.
Q Okay. Where did you obtain that?
A Johns Hopkins.
Q As you know, my name is Mike Mann. I'm going to ask you a number of questions today about the accident and your injuries and the lawsuit that you've filed. If there's anything that I ask poorly, you don't understand, you want me to repeat, I'll be glad to do that. Okay?
A Okay.
Q You just have to let me know. If you don't, I'm going to understand that you're truthfully answering the question that I asked. Okay?
A Okay.
Q Are you married?
A Yes.

4

Q What's your wife's name?
A Laura.
Q Okay. And when were you married?
A August 6th, 1988.
Q Okay. And is that your only marriage?
A Yes.
Q Do you have any children?
A Yes.
Q How many?
A Two.
Q What are their ages?
A Katie is 13 and Robbie is 11.
Q Okay. Are you employed at this time?
A Yes, sir.
Q Where are you employed?
A Raytheon.
MR. BELSKY: Could you spell that for her?
THE WITNESS: R-A-Y-T-H-E-O-N.
Q That's the whole name, Raytheon?
A Well, the corporate is probably Raytheon Company.

5

Q Okay.
A The group I'm with is Raytheon Network Systems.
Q Okay.
A I think.
Q Where are they located?
A The group I'm at is located in St. Petersburg, Florida. Corporate headquarters are in Massachusetts somewhere.
Q When you go to work, do you go to St. Petersburg?
A Yes.
Q Okay. How long have you been employed by them?
A Almost a year and a half.
Q Okay. So that would be like the summer of 2001?
A July. Yes, July 2001.
Q Okay. What do you do for them?
A Software engineer.
Q Do you work inside of a laboratory or do

you work on a computer?
A I split my time between my desk and a lab.
Q Okay. And what do you do, create programs?
A Yeah, I write software.
Q Okay. Where was the last place you were employed before that?
A Acterna Corp, which used to be T.T.C.
Q Okay.
(A discussion was held off the record.)
Q Acterna Corporation?
A A-C-T-E-R-N-A.
Q Where are they located?
A Germantown, Maryland.
Q What were the dates you were employed there?
A It was October '95 to July 2001.
Q Okay. And what did you do there?
A Software engineer.
Q Okay. And why did you leave there?
A I wanted to move back to Florida.
Q Okay.

A I'm from St. Petersburg.
Q Okay. Where were you before Acterna Corporation?
A Encore Computer, which is outside of Fort Lauderdale, although they're not Encore anymore; they got bought after I left.
Q What are they called now?
A The group I was with got bought by Sun. Sun Microsystems.
Q S-U-N?
A Yeah. I don't know even know if they're open there anymore.
Q Okay. And at that time, you were working in Florida. Did you come to Maryland in '95?
A Yes.
Q Okay. Because of the job?
A Yes.
Q All right. Okay. Let's talk about the day of this accident. According to the police report, it's January 16th, 2001. Does that sound right?
A Yes.

Q Okay. Do you remember what day of the week that was?
A A Tuesday.
Q And do you remember about what time the accident happened?
A About 6:30 a.m.
Q Okay. You were on a bicycle?
A Yes.
Q Where were you going?
A To work.
Q Okay. And where were you coming from?
A Home.
Q Okay. Were you planning to stop anywhere?
A No.
Q Was this your normal way of getting to work, by bicycle?
A I rode my bike probably about half the time.
Q Okay. How long did it take you to ride your bike there?
A About 40 minutes.

Q What would you do the other half of the time?
A Drive.
Q Okay. Why did you pick the bicycle on that day?
A Mostly because it's -- the temperature was above freezing, and I could.
Q Okay.
A I generally didn't ride -- well, I didn't ride at all when it was below freezing.
Q Okay.
A And that was the first day it had been above freezing for a while.
Q What kind of bicycle were you riding?
A Bianchi. I think the model name is Advantage. It's a hybrid bicycle.
Q By hybrid, do you mean between a mountain bike and a -- well, what do you mean by hybrid?
A A hybrid bike is -- it's -- it generally looks like a mountain bike. It has the mostly flat handlebars as opposed to the drop handlebars.

10

Q Right.
A But it generally has no knobby tires, which a mountain bike generally has. And it usually has larger wheels. Most mountain bikes have 26-inch wheels, and most hybrids have 27.
Q Okay. How long had you had this bicycle?
A I bought it in January of '95. '96. Sorry.
Q Okay. So this is the bicycle that you had been riding for half the time from that point on?
A Yeah.
Q Okay. What was the weather that day?
A It was cold. I remember it was not a whole lot above freezing. It was like 35, I think, when I left. But it was above freezing.
Q Was there any precipitation?
A I don't recall.
Q Was it dark?
A Well, it wouldn't have been raining, because if it had been raining, I wouldn't have ridden either.

11

Q Right. Was it dark?
A Yes. It was before sunrise.
Q What did you have on the bicycle? Did you -- strike that. Did the bicycle have a headlight?
A Yes.
Q It did?
A I had two headlights, actually.
Q Okay. Were they powered by a generator or a battery?
A Both of them were battery powered.
Q Okay. So you could flick those on, and they would be on whether you were pedaling or not?
A Yes.
Q How about from behind? What did you have?
A It's a brand name called Vistalight. It's a little -- three L.E.D.s that flash.
Q Okay.
A It was on the back of the rack. And then there was another one that have five L.E.D.s that was on the back of the -- connected to the seat post right under the seat.

12

Q All right. And are they battery powered?
A Yes.
Q Okay. Now, were the rear lights on?
A Yes.
Q How about the headlights?
A Yes.
Q Okay. At what point in the ride did this accident happen?
A I was probably about six and half miles from home.
Q Okay. And how far is it to your work?
A It's just shy of ten.
Q Okay. What road were you on when this happened?
A Ridge Road, which is Maryland State 27.
Q Okay. Was that your normal route?
A (Witness nods head.)
Q Yes?
A Yes. Sorry.
Q Did you usually ride alone or did you normally ride with someone else?

13

A I pretty much always rode alone.
Q And the closest street was -- what's that, Wakomore, or Wacomore?
A Yeah, I've always assumed it's either Wacomore or Wakomore. I don't really know how it's pronounced.
Q Okay. And was that ahead of you; you had not yet gotten to that?
A I don't know the precise location of the accident, so I couldn't tell you.
Q Okay. Well, let me just ask you. Do you have less than complete memory of the accident?
A Yes.
Q Okay. Well, let me just go through this with as much detail as I can so I can find out what you do remember and what you don't. First of all, the general area where the accident happened, Ridge Road, how many lanes wide is that?
A One in each direction.
Q Okay.
A One lane with a shoulder in each direction.

Q Okay. There's a shoulder on both sides of the road?
A Yes.
Q What is the speed limit in the area where the accident happened?
A Forty. At least it was at that time. It was 40.
Q Okay. How wide is the shoulder? Let me narrow that down. You were on your side of the road? You were going --
A I was going south.
Q You were going south? Okay. The southbound shoulder, how wide is that?
A I don't really know. I would guess six to eight feet.
Q Is it as wide as a travel lane?
A Probably not. I don't know.
Q Okay. Do you know what separates the south and the northbound lanes?
A A double yellow stripe.
Q Okay. There's no median strip there?

A No.
Q Okay. Do you remember the actual impact?
A The last thing I remember is crossing Skylark Road, which is probably less than a quarter mile north of there.
Q Okay.
A Would have crossed and then resumed travel south on the shoulder.
Q And you don't remember anything that happened past -- what's the name of the road?
A Skylark Road.
Q Skylark?
A I'm pretty sure Skylark is the right name, yeah.
Q Okay. It would have been the last intersecting road that you crossed?
A Yeah.
Q Okay.
A And it would have -- Wacomore went off to the east, so Skylark would have gone off to the west.
Q And so just to repeat my question, you

don't remember anything that happened after you crossed Skylark Road?
A No.
MR. BELSKY: Wait a minute. He said that he got into the shoulder. He did say that.
Q Okay. After you crossed Skylark Road, you went into the shoulder?
A Well, I would have -- the shoulder -- at least from my perspective, the shoulder ends at the intersection. So I would have left it as I entered the intersection and resumed -- that's not the right word -- as I got -- resumed -- returned to the shoulder as --
Q Okay. See, the problem -- the thing that I want to distinguish is what you assume you did and what you remember doing.
A Yes.
Q Okay. You remember riding the bicycle up to Skylark, right?
A I can remember crossing the intersection and --

Q Okay.
A -- getting back on the shoulder there.
Q Okay. Prior to the intersection, were you riding on the shoulder?
A Yes. I always rode on the shoulder.
Q Okay. Did you have to stop at the intersection?
A No.
Q So you remember on that day not having to stop?
A I don't remember ever having to stop. It's a -- it's a road that only goes off on one side.
Q Okay.
A There's no stop sign or stoplight.
Q Okay. And you do actually remember entering into the -- onto the shoulder again once you were past that?
A Yes.
Q Do you have any idea how far past Skylark Drive you were when the impact occurred?
A Not exactly, no.

Q Well, do you have any idea?
A The placement in the police report would put it at a few hundred yards.
Q Okay. But you don't remember that?
A No.
Q Okay. Do you remember exactly where you were on the roadway at the moment of impact?
A No. But I would have been on the shoulder, because I didn't ride in the road.
Q Okay. But this is something you're assuming that you were on the shoulder, but you do not remember?
A No, I do not remember.
Q Okay. When you say you rode on the shoulder, what part of the shoulder would you normally ride on as a matter of course?
A Would -- well, as a matter of course, it would depend on, you know, if there was debris in the shoulder or anything. But generally, somewhere around the middle to the left-hand side.
Q In other words, to the middle to the closest -- from the middle of it to the side that was closest to the travel lane?

A Yes.
Q Why would --
A Generally the side further away from the travel lane had more rocks and stones in it.
Q Okay. In your normal course, if you came upon an obstruction on the shoulder, I assume you would try to avoid that, right?
A Yeah, it would depend on, you know, what you'd consider an obstruction.
Q Okay.
A Yeah. If there was a car parked there, I would obviously have to go around it.
Q Okay. In the normal course, if you had to go around an obstruction, would you ever enter into the travel lane?
A Well, if it -- if the shoulder was not available to use, yeah. If there was a car parked there.
Q Okay.

A And I didn't have a choice.
Q Okay.
A But again, I wouldn't ride in the lane just to ride in the lane.
Q Okay.
A I just -- I rode that road for five years and I never felt safe thinking about the lane.
Q Why is that?
A I never really -- I drove it when I didn't ride. And I never really trusted the people who drove on it enough to pay attention to where they're going to see me before they hit me.
Q Okay. Why was that? Something about -- particular to this road?
A There was lot of tailgating on that road and there was a lot of speed on that road.
Q Why was that, do you know?
A I don't know.
Q This was not a residential area road?
A No.
Q This was a, I guess -- what was along the road? Were there commercial businesses?

A Well, at the place the police report places the accident, there were some houses.
Q Um-hum.
A But just south of there would have been farms and just north of there would have been farms.
Q Okay.
A But no, it's not a residential area.
Q Okay. You do not remember whether there was any obstruction on the shoulder between Skylark Drive and Wacomore Drive?
A No. There normally wasn't, though.
Q Okay. When was the last time you had ridden your bike over this route?
A It would have actually been before Thanksgiving the previous year. It was very cold that December.
Q Okay. So, to the best of your knowledge, you had not ridden over that route for about two months --
A Six weeks maybe.

Q -- on your bicycle?
A Six or seven weeks. Yeah.
Q Okay. When you drove, would you take the same route?
A Yes.
Q In your drives between Thanksgiving of 2000 and January 16th of 2001, did you notice or do you remember whether there were any obstructions on the shoulder?
A I never recall seeing any, no.
Q Okay. So as far as your memory, your personal recollection is concerned, you have no idea how this accident occurred?
A No. The last thing I remember is pulling back onto the shoulder after I crossed Skylark.
Q But my statement is correct, then?
A Yes.
Q You do not remember how this accident occurred?
A Yes, I do not remember.
Q Okay. So I gather that you never saw

Mr. Martin's vehicle on the roadway?
A I don't know whether I would have seen it or not.
Q Okay. But you don't remember seeing it?
A Unh-unh.
Q You don't remember any noises or anything unusual before the impact occurred?
A Unh-unh.
Q What's the next thing you do remember after crossing Skylark Drive and pulling onto the shoulder?
A I have a vague memory of lying on the ground listening to the -- the emergency people talking about cutting my clothes off.
Q Okay. What else do you remember?
A The next thing I remember after that is a vague memory of being shoved in the back of the helicopter.
Q Okay. Were you wearing a helmet?
A Yes.
Q Okay. What kind of clothing were you wearing?

A I would have had on black fleece tights over my legs to keep my legs warm, a green wind shell jacket, an orange safety vest with reflective stripes on the back. That actually extended below my hips. It was made for cyclists, so that when you leaned over, you'd still had a reflective strip across your butt that people could see.
Q Okay. That vest, while we're on it, that didn't have any lighting of its own, but it reflected the lighting of headlights?
A It didn't have any lighting, but it did have retroreflective stripes on it.
Q All right. Okay. And what else?
A I would have had gloves on my hands, a helmet on my head. I would have had a black fleece covering over my head under the helmet.
Q Okay. What color was your helmet?
A The outside covering was white plastic.
Q Okay. I've seen some bicyclists have some type of reflection on their shoes. Do you know what I mean? Or their pedals.

A Yeah.
Q Did you have that?
A No.
Q Okay.
A I did have a -- well, there were the two lights on the back, and then there would have been a retroreflective strip at the back of the fender, too.
Q Okay. Have you ever done any competitive cycling?
A Only once; a former manager talked me into being the bike leg of a triathlon once.
Q Okay. So you didn't cycle in races or anything like that?
A No.
Q You rode purely for -- well, I guess, to get to work?
A Well, yeah, the vast majority of the riding I did was back and forth to work.
Q Okay. So you vaguely remember the emergency workers talking about cutting your clothes off, and then you vaguely remember being pushed into

the helicopter?
A Yeah.
Q What's the next thing you do remember?
A Waking up in the hospital.
Q Okay. Do you know if you have ever spoken to Mr. Martin?
A Not that I know of.
Q Okay. Do you know if you've ever spoken to anyone who witnessed this accident?
A No.
Q Did you ever speak to the police officer who investigated the accident?
A No, I didn't.
MR. BELSKY: Going back to the second question. The way he said no, it was -- that could be read one of two ways.
MR. MANN: Okay.
MR. BELSKY: Does he remember. And he said, no.
Q Did you ever speak to anyone who witnessed this accident?

A No.
MR. BELSKY: I just want the record to be clear.
MR. MANN: Okay. Yes.
Q What hospital did you wake up in?
A The University of Maryland Medical Center in Baltimore.
Q Okay. And --
A In their Shock Trauma unit.
Q Okay. Did you have surgery as a result of this accident?
A Yes.
Q And to what parts of your body?
A To my neck.
Q Okay.
A They did fusion surgery.
Q Had the surgery been performed before you woke up or before you remember?
A No. The accident was Tuesday morning, and they did the surgery Wednesday morning.
Q Okay. And when you did you -- I asked you

what's the next thing you remember. You said you remember waking up and --
A Just waking up in the hospital on Tuesday.
Q Tuesday?
A Tuesday afternoon.
Q Okay. Tell me what you remember prior to your surgery after you woke up.
A I can remember my wife and the pastor of our church were there. He had actually driven her over here to Baltimore. I can remember them putting the halo on. The neck was broken, and they were trying to pull -- this was all what my wife told me. They were trying to pull the neck to get the bones to go back where they're supposed to.
Q Um-hum.
A Do you know what a halo is?
Q Yes.
A Okay. They put a halo on and then suspended weights from it to try and pull the neck. And I can remember them putting the halo on.
Q Was the halo actually -- did it pierce your

skin, the halo that they put on?
A Yes.
Q Okay.
A There's -- you can still see the scars --
Q Um-hum.
A -- somewhere up here (indicating). And my wife says she can still find the other two back here.
Q Okay.
A Because there's no hair growing on them.
Q Okay.
A I can remember that distinctly. It was a very, very odd feeling.
Q Right.
A Because, you know, they deaden the skin so you couldn't feel the screw go in.
Q Uh-huh.
A But the, you know -- as they screwed it in, the pressure there was like somebody had my head in a vise.
Q Right.
A It's like the worst headache you could ever

imagine.

Q Okay.

A Very odd.

Q And they did this before they did the surgery?

A Yes. They did that Tuesday afternoon to try and get the neck to go back in by itself. And then I can also remember after they had put the halo in and suspended the weights for, I don't know, probably a few hours, they did an M.R.I. to see if it had had any effect. And I can remember the M.R.I.

Q Okay. And then they operated on you on Wednesday?

A Wednesday morning.

Q Okay. And then how long were you in the hospital in University of Maryland Shock Trauma?

A I left there Saturday morning.

Q Okay. And where did you go from there?

A Kessler Adventist Rehabilitation Hospital in Rockville.

Q Okay. That was closer to your home?

A Yes.

Q Okay. And how long did you stay there?

A I left there two weeks after the accident, so that would have been ten days.

Q Other than laboratory tests and x-rays and scans and whatever, what did they do for you at Shock Trauma other than the surgery?

A (No response.)

Q Did you have any other surgical procedures?

A No. They operated Tuesday morning on my neck. And they said they considered the leg, but they decided not to operate on that one.

Q Okay. And what was wrong with your leg?

A I broke the leg just below the knee.

Q Okay. Did they tell you why they decided not to operate?

A They would have operated to pin the bones together, and they decided they didn't need to do that.

Q Okay. What did they do to repair your knee, I mean, your leg?

A They put it in a brace and left it there

for seven weeks.

Q Okay. And to your knowledge, did the leg heal?

A The bone has healed, yes.

Q Okay.

A It still bothers me on a regular basis.

Q Okay. Did any doctor ever tell you that you needed a further surgical procedure to your leg?

A The doctor said that there was a -- well, that -- more than one doctor has told me that my chances of developing arthritis in either my neck or my leg are considerably higher after the accident. And the doctor who did the surgery at University of Maryland Medical Center said that there was a chance that sometime in the future if the -- if the leg bothered me a lot, I guess, they might have to rebreak it and pin it together straighter because it didn't heal exactly straight, I guess.

Q Okay. But no doctor said they had to do that?

A No one has -- no one has yet said they have

to do that, no.

Q Okay.

A They only told me that there's a possibility that I might have to do that some day.

Q Okay. How long were you in -- you said it was Kessler?

A Kessler.

Q Um-hum.

A Yes.

Q How long were you in there?

A Ten days.

Q Okay. And you went through therapy?

A Yes.

Q How long did you wear the halo?

A The halo was only like a day.

Q Okay.

A I don't remember them taking it off, so I don't know exactly how long. But when I came out of surgery, I didn't have it.

Q Okay. And you wore the cast on your leg for seven weeks, approximately?

A It was actually a brace. It wasn't a cast.
Q A brace. Okay.
A I actually had the brace. They -- well, they kept the brace locked for seven weeks, and then as the leg -- at that point, they sent me to physical therapy as the leg strengthened. They would -- they unlocked the brace and gradually increased the amount of motion they would let me have.
Q Okay.
A I probably had the brace on for another three or four weeks past the seven.
Q What, if any, other injuries did you sustain other than your leg and your neck?
A A closed head injury I think is the way they described it. A concussion.
Q Did you have any outward mark of injury to your skull?
A I don't know.
Q You don't know?
A I had, you know, scrapes and bruises on my face.

Q Um-hum.
A But I don't know.
Q Did you require sutures anywhere on your head or face?
A Not that I recall, no.
Q Okay. I see you have a blond spot there. Does that have anything to do with the accident? Or a white spot.
A No, that's a genetic thing.
(A discussion was held off the record.)
Q Okay. All right. So as far as any lacerations to your head itself, you did not, to your knowledge have --
A Not that I know of, no. The only -- like I said, they called it a closed head injury.
Q Right.
A And a concussion.
Q Okay.
A And I still have short-term memory problems that they say are a result of that.
Q Okay. I understand. And we'll talk about

that in a little bit.
So after you went home from Kessler, what was your course there at home?
A They had a home therapist come and give me a set of exercises I could do sitting in the wheelchair.
Q Um-hum.
A Which was mostly just arm stuff, because I couldn't move my leg yet.
Q Okay.
A And after -- at seven weeks after the accident, the doctor said I could start rehabilitation on my knee, on my leg. And it was probably ten or eleven weeks after the accident before they would let me take the collar off my neck and do physical therapy for that.
Q The collar that you were wearing, was it removable before that time? Could you take it off and put it back on?
A You could, yes. But I didn't.
Q You didn't take it off to bathe or shower

or anything?
A My wife would bathe me, and she would -- she could -- I would lean back and she would open the front and wash this side and then close it back up and lean me forward and open the back and wash the back of my neck.
Q Okay. But at some point they said it was okay to remove that?
A Yeah, but that was --
Q Ten or eleven weeks?
A -- ten or eleven weeks, probably.
Q And once you removed that, did you remove it for good, or did you wear it for any reason?
A They gave me a soft -- I think they call it a soft cervical collar --
Q Okay.
A -- that I had to wear for a couple of weeks after that.
Q Okay. And then you were not required to wear that anymore?
A No.

Q And ha ...lar on your neck since

A No.

Q Okay. I ...vere able to walk?

A They ha... ...ation hospital -- I don't really remember -- probably a week after the accident.

Q Were you able to --

A I was doing that with a walker --

Q Right.

A -- because they wouldn't let me put any weight on my leg.

Q Okay. Were you able to walk at home?

A The house we were in, I couldn't get the wheelchair in the bedroom, so yes, I had to use the walker to get from the living room or the kitchen into the bedroom.

Q Did you walk to the bathroom and use the bathroom?

A Yes.

Q Okay.

A Yeah. The bathroom was right next to the bedroom.

Q Okay. When did you go back to work?

A Probably like the first or second week of May.

Q Okay.

A I don't remember exactly when. I went back part time.

Q And were you doing the same job? I understand it was part time. Were you doing the same job when you went back?

A Yes.

Q Was there some project you were working on at the time you got hurt?

A Yes.

Q Okay. Did you go back on the same project?

A No, actually that project had been cancelled by the time I got back, so they gave me a different one when I got back.

Q Was the cancellation having to do with your

injury, or --

A No.

Q Okay. All right. How long were you part time?

A They had me work three hours a day, three days a week. And I think I did that two weeks. And then I think I did three hours a day, five days a week for a week or two. And then five hours a day, five days a week. And then eight hours a day, five days a week. I don't remember exactly the timings on all those.

Q Eight hours a day, five days a week was your normal schedule?

A Yeah.

Q Okay. How did you get back and forth to work during that time?

A I drove.

Q Okay. How long was it before you were able to walk without the walker?

A I should probably remember that, but I don't remember.

Q Okay. You weren't using the walker when you went back to work?

A No.

Q Were you using anything; a cane or a crutch or anything when you went back to work?

A No.

Q What was the last thing that kept you from going back to work?

A They wouldn't let me go until they released me from the -- the neck collar.

Q Okay.

A Until the doctor released me from the neck collar.

Q What is the condition of your neck today?

A Well, they performed neck -- they performed fusion surgery to fuse the two vertebrae that broke.

Q Right. How does that affect you?

A It limits my range of motion some. I can't turn my head, you know, as far in either direction or up and down as I used to.

Q Okay.

A And the muscles in the back of my neck and the back of my shoulders still hurt a lot more than they used to.

Q Okay. What was it before the accident? Did you have some pain in your neck?

A No.

Q And you said they hurt more than they used to. Did you mean before the accident?

A I never really had pains in my neck.

Q Okay.

A I just --

Q But now you do have pains in your neck?

A If I -- if I like do yard work, anything that requires any kind of muscle work in the back or in my shoulders or my neck is going to bother me, yes.

Q Okay.

A Anytime I have to turn as far around as I can, it will bother me.

Q How about your leg injury? How does that affect you now?

A My knee bothers me every day.

Q In what way?

A If I stand up more than a couple minutes or if I walk more than a couple minutes, it will get sore and tight.

Q Okay.

A And painful.

Q So you can't walk?

A Well, I can walk.

Q I mean --

A I just can't do it comfortably.

Q Um-hum.

A I've taken to wearing an elastic bandage on my knee that helps a lot.

Q Every day?

A Every day.

Q Okay. Do you still ride your bicycle?

A Every once in a while.

Q Okay.

A Not nearly as often.

Q All right. Let's talk about your head injury. You said that you had short-term memory loss?

A Yes.

Q What do you mean by that?

A I mean I forget things.

Q Okay. You still forget things?

A Yes.

Q Like what kind of things?

A Like if I'm sitting in my boss' office and he gives me a list of tasks that I need to get done that day or that week, if don't write them down, by the time I get back to my office, I will have forgotten one or more of them.

Q Okay. When you call it short-term memory loss, does that mean you can remember things that happened a year ago, but you have trouble remembering things that are very fresh?

A I do a lot better with things that are longer term, yes. My wife said that I -- that my memory long term isn't as good as it was before the accident.

Q Has any doctor explained to you why that has occurred?

A No. They say it's not uncommon for the injuries I suffered. But I don't understand why.

Q Well, it doesn't have anything to do with your neck or your leg injury, does it?

A Not that I know of. It's -- as far as I know, it's all the head injury.

Q Okay. And what you understand happened was a concussion?

A That's what they told me in the hospital. Yes.

Q All right. Well, have you learned differently since then?

A Well, since then I've been introduced to the term closed head injury.

Q Well, a concussion is a closed head injury, I guess.

A Okay.

Q Okay. Has any doctor recommended some course of treatment that might help the short-term memory loss?

A No.

Q Have you taken any medication for that?
A No.
Q And I'm talking about back to the time of the accident, just for your concussion, your head injury.
A Not that I know of, no.
Q Okay. Did you take any medication after you were released from Kessler for your injuries?
A Yes.
Q What were you taking?
A They had me on a pain pill, and that was Oxy-IR maybe, something like that.
Q That was for pain. How long did you take that?
A A few weeks at least. I don't recall exactly.
Q A few weeks after Kessler?
A Yes.
Q Okay.
A They had me on an iron supplement. They had me on a stool softener. There was something else

too.
Q How long did you take any of those medications after Kessler?
A A few weeks, at least.
Q Okay. Do you take any medications for your injuries at this time?
A The doctor has given me -- what's the word -- anti-inflammatory for my knee.
Q What doctor has given it to you?
A Dr. Figueroa, who's my physician in St. Petersburg.
Q Okay. Is he your family doctor or is he just for your leg injury?
A He's a general -- I mean, it's not a general practitioner. It's a family practice.
Q All right. Okay. Are you seeing any doctor just for your injuries?
A Not at this time, no.
Q Okay. When was the last time you saw anybody just for your injury?
A I saw him -- I think he was a

neurosurgeon -- about the neck.
Q And that was down in Florida?
A That was down in Florida. That was probably earlier this year.
Q Okay.
A I saw him twice after I moved.
Q I remember reading his reports. As I understand, it was just to make sure that things were going along --
A Yeah.
Q -- just to --
A Yeah. To make sure that the fusion surgery was doing what it's supposed to.
Q And what did he tell you?
A He said everything looked fine.
Q So you don't -- as far as he was concerned, you didn't need to see him anymore other that?
A Yes.
Q So other than the -- whatever Dr. Figueroa is doing for your knee, are you receiving any treatment at this time?

A Not for the injuries, no.
Q Right.
A Just the knee.
Q Okay. Do you have any other health problems?
A I have high cholesterol.
Q You had that before the accident?
A Yeah.
Q Okay. Anything else?
A Not that I can think of, no.
Q The job that you have now, Raytheon is essentially the same as the one you had for Acterna?
A It's -- yeah, it's the same kind of work.
Q Okay. And are you making the same or more money?
A I'm actually making a little less money.
Q Okay. Why is that?
A Because that's what they offered me.
Q Okay. It doesn't have anything to do with a lesser capacity by you to do your job, does it?
A Not that I know of.

Q Okay. And you left Acterna as -- of your own choice because you wanted to go back to Florida, right?
A Yes.
Q Okay. Did you feel like you were able to do your same job at Acterna before you left?
A I'd like to think so.
Q Well, did any of your employers tell you or supervisors tell you that you weren't doing the job?
A No. But yeah, I'd -- once I got back to work, I noticed the short-term memory thing there too.
Q Well, does that affect you in your job as a software engineer?
A If I write things down so that I don't have to remember them, then it doesn't affect me.
Q Okay.
A I tend to write a lot more notes now than I did then.
Q Okay. Have any of your supervisors or employers at Raytheon told you that you are not doing the job properly?

A No.
Q Have you ever been injured in an accident before?
A No.
Q Never?
MR. BELSKY: Well, wait a minute. Are you talking about an automobile accident or any accident?
Q Any accident. Any type of accident.
A Well, I've -- yeah, I have had, you know, a couple of like what you'd call single person accidents, you know. I scraped myself up on the bike more than once.
Q Okay. Have you ever received medical treatment as a result those accidents?
A I broke my middle finger on my left hand in college playing football with friends. And I cracked a bone in the little finger of my left hand in college playing football with friends. I cracked a bone in my elbow just after I got married when I fell off the back end of a truck.
Q Okay. You got married in '88?

A In '88.
Q Right. Okay. How about the bicycle accidents? Have you ever had a collision with an automobile on your bicycle?
A No.
Q These were just things where you hit an obstruction or something and fell?
A Something like that, yeah.
Q Okay.
MR. BELSKY: "These" meaning the fractured finger and elbow?
MR. MANN: Well, those -- no, those were not bicycle accidents, right?
THE WITNESS: No.
MR. BELSKY: No.
MR. MANN: Okay. I'm just talking about the bicycle accidents right now.
Q Did you ever fracture anything in a bicycle accident?
A No.
Q Have you ever struck your head?

A Yeah. Sorry. Yeah, I broke my collarbone in a cycling accident.
Q Okay. When was that?
A That was October of '95. That was a week after I started at Acterna.
Q Okay. Did you go to the hospital?
A Yes.
Q Which one?
A Shady Grove.
Q That's Shady Grove Adventist or something, isn't it?
A Yes.
Q Yes. Silver Spring?
A I think that's actually in Rockville.
Q Okay. And were you in the hospital or did you just go to the emergency room?
A Just the emergency room.
Q Okay. How did that happen?
A I was sightseeing at Seneca Creek State Park and missed a turn, basically, and crashed.
Q Okay. You fell off your bike?

A Yes.
Q Did you strike your head?
A Probably, yeah.
Q Were you unconscious?
A Not that I remember, no.
Q You can't really remember being unconscious, I guess. So would you believe you were unconscious?
A No.
Q Okay. Did they treat any part of your body other than your collarbone?
A Not that I recall.
Q Okay. Any other bicycle accidents where you sustained any fractures?
A No.
Q How about any head injuries?
A No.
Q Have you ever injured your head in any way before this accident?
A Not that I recall.
Q Okay.

A I probably scraped it as a kid, but.
Q Yes. Well, I mean a closed head injury.
A No.
Q Okay. Have you ever had filed a lawsuit before this one?
A No.
Q Have you ever made any claim for personal injury; workmen's compensation, anything like that before this one?
A Not that I recall.
Q We've talked about your injuries in the physical manifestations. How, if at all, do any of those injuries affect your daily life, your way of living at this time?
A Well, like I said, I wear a bandage on my leg, on my knee every day because it just -- you know, there's pain if I don't.
Q Okay.
A Just walking from the car to the office in the morning, my knee would bother me if I weren't wearing that.

Q Okay.
A I wear it when I'm around the house, because I can't stand in front of the sink and do dishes.
Q Is this one of those ones that you pull on?
A Yes.
Q Okay.
A Do you want to see it? I have it on my leg.
Q After we get done, I'll take a look at it. After we're finished the questions I'll take a look at it. Okay? How else?
A On a daily basis?
Q Yes, sir.
A I've noticed that the -- when I was in physical therapy, the physical therapist told me that I don't turn my head as much as I used to; I turn my shoulders. And since then, I've noticed that she's correct. If I have to turn around, I don't turn my head; I turn my shoulders.
Q Okay.

A I don't know if that's a good thing or bad thing. I used to sleep on my stomach all the time, and I can't anymore. I can't at all.
Q Because of your neck?
A Yeah. I can't turn my head far enough to be able to breathe.
Q Okay. Were there any activities that you did before the accident, that you regularly did before the accident, that you don't do now because of your injuries?
A Well, I used to ride my bike a lot more and I don't.
Q Okay.
A I used to play with my kids a lot more, but like -- you know, like playing football in the yard or playing basketball in the driveway, and I don't do that anymore.
Q Okay.
A I used to do a lot more yard work than I do today. I can't because I just can't -- I can't get out there and, you know, pull weeds or cut branches or

things.

Q You're not complaining about that, are you?

A There's times when I'd like to be able to spend all day cleaning up in the yard.

Q Okay. I was just kidding.

A We bought a house where they didn't do a lot of yard work.

Q Okay.

MR. BELSKY: Off the record.

(A discussion was held off the record.)

Q All right. Anything else that comes to mind at this time?

A I know there was something that I thought of a minute ago, but I don't remember what it is now. No.

MR. MANN: Okay. Just give me a second. Let me look through a couple of things.

(Michael B. Mann, Esquire looking through documents.)

Q After the accident, obviously, you were taken to the hospital, and we talked about that. Did

you return to the scene of the accident to see where it had happened?

A Well, when I went to the doctors visits, I would go down 27, so we would pass by it. But I never actually stopped and looked at anything, no.

Q Okay. That's what I was getting at. Did you ever, when you returned or went by the scene of the accident, see anything that would help you remember how the accident happened or where exactly it happened?

A No.

MR. MANN: Okay. Those are all the questions I have. Thank you, Mr. Carroll.

MR. BELSKY: Okay. I have no questions. You have a right to review the deposition before it's used in the proceedings. If it's an uncomplicated deposition, I would generally waive it. And I recommend you waive it, but it's your decision.

THE WITNESS: Okay.

MR. BELSKY: So you'll waive it?

THE WITNESS: I'll waive it.

(Deposition concluded at 3:33 p.m.)

State of Maryland
County of Harford, to wit:

I, Sandra A. Judd, a Notary Public of the State of Maryland, County of Harford, do hereby certify that the within-named proceedings took place before me at the time and place herein set out.

I further certify that the proceedings were recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor an employee of counsel, nor related to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand and notarial seal this 9th day of January, 2003.

____________________

Sandra A. Judd
Notary Public

My Commission Expires:
August 16, 2005

INDEX
Deposition of William Carroll
December 13, 2002

| Examination by: | Page |
|---|---|
| Mr. Mann | 2 |

(Exhibits -- None Marked)

**A**

**able** 38:4,9,14 40:18 50:5 57:6 58:3
**about** 3:10 7:18 8:4,6 8:17,21 11:14 12:5,9 20:7,13 21:19 23:13 25:20 35:21 42:19 43:20 46:3 48:1 51:7 52:2,16 54:16 55:11 58:2,21
**above** 9:7,13 10:14,15
**accident** 3:11 7:19 8:5 12:8 13:10,12,17 14:5 21:3 22:13,18 26:9,12 26:21 27:11,19 31:3 32:12 35:7 36:12,14 38:8 42:4,8 44:19 46:4 49:7 51:2,7,7,8,8 52:19 53:2 54:19 57:8,9 58:20 59:1,8,9
**accidents** 51:10,14 52:3 52:13,17 54:13
**According** 7:19
**across** 24:6
**Acterna** 6:7,10 7:2 49:12 50:1,6 53:5
**action** 60:14
**activities** 57:7
**actual** 15:2
**actually** 11:7 17:15 21:15 24:4 28:9,21 34:1,3 39:18 49:16 53:14 59:5
**address** 2:17
**Advantage** 9:16
**Adventist** 30:19 53:10
**affect** 41:17 42:20 50:12,15 55:13
**after** 7:6 16:1,6 22:15 23:9,15 28:7 30:8 31:3 32:12 36:2,11,11 36:14 37:18 38:8 46:7,17 47:3 48:6 51:19 53:5 56:10,11 58:20
**afternoon** 28:5 30:6
**again** 17:16 20:3
**ages** 4:11
**ago** 44:14 58:14
**agreed** 2:2,6
**ahead** 13:7
**al** 1:4,7
**Almost** 5:15
**alone** 12:20 13:1
**along** 20:21 48:9
**although** 7:5
**always** 13:1,4 17:5
**amount** 34:7
**another** 11:19 34:10
**answering** 3:18
**anti-inflammatory** 47:8
**anybody** 47:20
**anymore** 7:5,12 37:20 48:17 57:3,17
**anyone** 26:9,20
**anything** 3:12 15:9 16:1 18:19 23:6 25:13 35:7 37:1 41:4 41:5 42:13 45:3 49:9 49:19 52:18 55:8 58:11 59:5,8
**Anytime** 42:17
**anywhere** 8:13 35:3
**APPEARANCES** 1:16
**approximately** 33:21
**area** 13:17 14:4 20:19 21:8
**arm** 36:8
**around** 18:19 19:14,16 42:17 56:2,19
**arthritis** 32:11
**asked** 3:18 27:21
**assume** 16:15 19:8
**assumed** 13:4
**assuming** 18:11
**attention** 20:11
**August** 4:4 60:21
**automobile** 51:7 52:4
**available** 19:19
**avoid** 19:9
**away** 19:5
**A-C-T-E-R-N-A** 6:11
**a.m** 8:6

**B**

**B** 1:18 58:18
**back** 6:20 11:18,20 17:2 22:15 23:16 24:4 25:6,7,18 26:14 28:13 29:7 30:7 36:19 37:3,4,5,5 39:4 39:8,12,17,19,20 40:15 41:2,5,8 42:1,2 42:14 44:10 46:3 50:2,10 51:19
**bad** 57:1
**Baltimore** 1:14 27:7 28:10
**bandage** 43:12 55:15
**basically** 53:20
**basis** 32:6 56:13
**basketball** 57:16
**bathe** 36:21 37:2
**bathroom** 38:19,20 39:2
**battery** 11:9,10 12:1
**bedroom** 38:16,18 39:3
**before** 1:15 6:6 7:2 11:2 20:12 21:15 23:7 27:17,18 30:4 36:14,18 38:4 40:18 42:4,8 44:18 49:7 50:6 51:3 54:19 55:5 55:9 57:8,8 59:14 60:6
**behalf** 1:17,19
**behind** 11:14
**being** 23:16 25:11,21 54:6
**believe** 54:7
**below** 9:10 24:4 31:14
**belsky** 1:13,17 4:17 16:4 26:14,18 27:2 51:6 52:10,15 58:9 59:13,19
**benjamin** 1:7,20
**best** 21:18
**better** 44:16
**between** 2:2 6:2 9:17 21:10 22:6
**Bianchi** 9:15
**bicycle** 8:7,16 9:4,14,16 10:6,9 11:3,4 16:18 22:1 43:16 52:2,4,13 52:17,18 54:13
**bicyclists** 24:19
**bike** 8:17,20 9:18,19,20 10:3 21:14 25:11 51:11 53:21 57:11
**bikes** 10:4
**birth** 2:20
**bit** 36:1
**black** 24:1,15
**blond** 35:6
**body** 27:13 54:10
**bone** 32:4 51:17,18
**bones** 28:13 31:17
**boss** 44:7
**both** 11:10 14:1
**bother** 42:15,18 55:20
**bothered** 32:16
**bothers** 32:6 42:21
**bought** 7:6,8 10:7 58:6
**Boulevard** 2:18
**brace** 31:21 34:1,2,3,4 34:7,10 38:1
**branches** 57:21
**brand** 11:15
**breathe** 57:6
**broke** 31:14 41:16 51:15 53:1
**broken** 28:11
**bruises** 34:20
**businesses** 21:1
**butt** 24:6

**C**

**call** 37:14 44:12 51:10
**called** 2:12 7:7 11:15 35:15
**came** 19:7 33:18
**cancellation** 39:21
**cancelled** 39:19
**cane** 41:4
**capacity** 49:20
**car** 19:13,19 55:19
**carroll** 1:4,11 2:11,18 3:4 59:12 61:2
**Case** 1:5
**cast** 33:20 34:1
**Center** 27:6 32:14
**certify** 60:5,8,11
**cervical** 37:15
**chance** 32:14
**chances** 32:11
**Charles** 1:14
**children** 4:7
**choice** 20:1 50:2
**cholesterol** 49:6
**church** 28:9
**Civil** 1:5
**claim** 55:7
**cleaning** 58:4
**clear** 27:3
**Clerk** 2:7
**close** 37:4
**closed** 34:14 35:15 45:14,15 55:2
**closer** 30:21
**closest** 13:2 19:1,2
**clothes** 23:13 25:20
**clothing** 23:20
**cold** 10:13 21:16
**collar** 36:15,17 37:15 38:1 41:10,13
**collarbone** 53:1 54:11
**college** 51:16,17
**collision** 52:3
**color** 24:17
**come** 7:14 36:4
**comes** 58:11
**comfortably** 43:10
**coming** 8:11
**commencing** 1:12
**commercial** 21:1
**Commission** 60:20
**Company** 4:21
**compensation** 55:8
**competitive** 25:8
**complaining** 58:2
**complete** 13:12
**computer** 6:1 7:4
**concerned** 22:12 48:16
**concluded** 59:21
**concussion** 34:15 35:17 45:8,15 46:4
**condition** 41:14
**connected** 11:20
**consider** 19:11
**considerably** 32:12
**considered** 31:11
**Corp** 6:7
**corporate** 4:20 5:8
**Corporation** 6:10 7:3
**correct** 22:16 56:19
**counsel** 2:3 60:11,12
**County** 60:2,5
**couple** 37:17 43:2,3 51:10 58:17
**course** 18:16,17 19:7 19:15 36:3 45:19
**court** 1:1 2:7
**covering** 24:16,18
**cracked** 51:16,18
**crashed** 53:20
**create** 6:3
**Creek** 53:19
**crossed** 15:7,16 16:1,6 22:15
**crossing** 15:3 16:20 23:10
**crutch** 41:4
**current** 2:16
**cut** 57:21
**cutting** 23:13 25:20
**cycle** 25:12
**cycling** 25:9 53:2
**cyclists** 24:5

**D**

**daily** 55:13 56:13
**dark** 10:18 11:1
**date** 2:20
**dates** 6:14
**day** 7:18 8:1 9:5,12 10:12 17:9 33:4,15 40:5,7,8,9,12 42:21 43:14,15 44:9 55:16 58:4 60:16
**days** 31:4 33:11 40:6,7 40:9,9,12
**deaden** 29:14
**debris** 18:18
**December** 1:12 21:17

61:3
**decided** 31:12,15,18
**decision** 59:17
**Defendants** 1:8,19
**degree** 3:5,6
**depend** 18:18 19:10
**deposition** 1:11 2:4,7
59:14,16,21 61:2
**described** 34:15
**desk** 6:2
**detail** 13:15
**developing** 32:11
**different** 39:20
**differently** 45:12
**direction** 13:19,21
41:19
**discussion** 6:9 35:10
58:10
**dishes** 56:4
**distinctly** 29:11
**distinguish** 16:15
**DISTRICT** 1:1,1
**Division** 1:2
**doctor** 32:7,9,10,13,19
36:12 41:12 44:20
45:18 47:7,9,12,17
**doctors** 59:3
**documents** 58:19
**doing** 16:16 38:10
39:10,11 48:13,20
50:9,20
**done** 25:8 44:8 56:10
**double** 14:20
**down** 14:9 41:20 44:9
48:2,3 50:14 59:4
**Dr** 47:10 48:19
**Drive** 9:3 17:20 21:11
21:11 23:10
**driven** 28:9
**drives** 22:6
**driveway** 57:16
**drop** 9:21
**drove** 20:9,10 22:3
40:17
**duly** 2:12
**during** 40:16

**E**

**each** 13:19,21
**earlier** 48:4
**east** 15:20
**effect** 30:11
**eight** 14:15 40:9,12
**either** 10:21 13:4 32:11
41:19
**elastic** 43:12
**elbow** 51:19 52:11

**eleven** 36:14 37:10,11
**emergency** 23:12 25:20
53:16,17
**employed** 4:13,15 5:13
6:6,14
**employee** 60:12
**employers** 50:8,20
**Encore** 7:4,5
**end** 51:20
**ends** 16:9
**engineer** 5:20 6:18
50:13
**enough** 20:11 57:5
**enter** 19:16
**entered** 16:10
**entering** 17:16
**esquire** 1:17,18 58:18
**essentially** 49:12
**et** 1:4,7
**even** 7:11
**ever** 17:11 19:16 25:8
26:5,8,11,20 29:21
32:7 51:2,13 52:3,18
52:21 54:18 55:4,7
59:7
**every** 42:21 43:14,15
43:17 55:16
**everything** 48:15
**exactly** 17:21 18:6
32:18 33:18 39:8
40:10 46:16 59:9
**examination** 2:15 61:5
**examined** 2:14
**exercises** 36:5
**Exhibits** 61:8
**Expires** 60:20
**explained** 44:20
**extended** 24:4

**F**

**face** 34:21 35:4
**family** 47:12,15
**far** 3:3 12:11 17:19
22:11 35:11 41:19
42:17 45:5 48:16
57:5
**farms** 21:6,6
**feel** 29:15 50:5
**feeling** 29:12
**feet** 14:15
**fell** 51:19 52:7 53:21
**felt** 20:7
**fender** 25:7
**few** 18:3 30:9 46:15,17
47:4
**Figueroa** 47:10 48:19
**filed** 3:12 55:4

**filing** 2:7
**find** 13:15 29:7
**fine** 48:15
**finger** 51:15,17 52:11
**finished** 56:11
**first** 2:12 9:12 13:16
39:5
**five** 11:19 20:6 40:7,8,8
40:9,12
**flash** 11:16
**flat** 9:20
**fleece** 24:1,15
**flick** 11:11
**Floor** 1:14
**Florida** 2:19 5:8 6:20
7:14 48:2,3 50:2
**follows** 2:14
**football** 51:16,18 57:15
**forget** 44:3,4
**forgotten** 44:10
**former** 25:10
**Fort** 7:4
**forth** 25:18 40:15
**Forty** 14:6
**forward** 37:5
**four** 34:11
**fracture** 52:18
**fractured** 52:10
**fractures** 54:14
**freezing** 9:7,10,13
10:14,15
**fresh** 44:15
**Friday** 1:12
**friends** 51:16,18
**from** 7:1 8:11 10:10
11:14 12:10 16:9
19:1,5 28:19 30:18
36:2 38:17 41:7,10,12
46:8 55:19
**front** 37:4 56:3
**further** 2:6 19:5 32:8
60:8,11
**fuse** 41:16
**fusion** 27:16 41:16
48:12
**future** 32:15

**G**

**gather** 22:21
**gave** 37:14 39:19
**general** 13:17 47:14,15
**generally** 9:9,19 10:2,3
18:19 19:5 59:16
**generator** 11:8
**genetic** 35:9
**Germantown** 6:13
**getting** 8:15 17:2 59:6

**give** 36:4 58:16
**given** 47:7,9
**gives** 44:8
**glad** 3:13
**gloves** 24:14
**go** 3:3 5:10,10 13:14
19:14,16 28:13 29:15
30:7,18 39:4,17 41:9
50:2 53:6,16 59:4
**goes** 17:12
**going** 3:10,17 8:9 14:10
14:11,12 20:11 26:14
41:8 42:15 48:9
**gone** 15:20
**good** 37:13 44:18 57:1
**gotten** 13:8
**gradually** 34:7
**green** 24:2
**ground** 23:12
**group** 5:2,7 7:8
**Grove** 53:9,10
**growing** 29:9
**guess** 14:14 20:21
25:15 32:16,18 45:16
54:7
**Gulfport** 2:18,19

**H**

**hair** 29:9
**half** 5:15 8:17 9:1 10:10
12:9
**halo** 28:11,16,18,20,21
29:1 30:8 33:14,15
**hand** 51:15,17 60:15
**handlebars** 9:21,21
**hands** 24:14
**happen** 12:8 53:18
**happened** 8:5 12:14
13:17 14:5 15:10
16:1 44:14 45:7 59:2
59:9,9
**Harford** 60:2,5
**having** 2:12 17:9,11
39:21
**head** 12:17 24:15,16
29:18 34:14 35:4,12
35:15 41:19 43:20
45:6,14,15 46:4 52:21
54:2,16,18 55:2 56:17
56:20 57:5
**headache** 29:21
**headlight** 11:4
**headlights** 11:7 12:5
24:10
**headquarters** 5:8
**heal** 32:3,18
**healed** 32:4

**health** 49:4
**held** 1:11 6:9 35:10
58:10
**helicopter** 23:17 26:1
**helmet** 23:18 24:15,16
24:17
**help** 45:19 59:8
**helps** 43:13
**HENRY** 1:17
**her** 4:17 28:9
**high** 49:6
**higher** 32:12
**him** 47:21 48:6,17
**hips** 24:4
**hit** 20:12 52:6
**home** 8:12 12:10 30:21
36:2,3,4 38:14
**Hopkins** 3:8
**hospital** 26:4 27:5 28:3
30:16,19 38:7 45:9
53:6,15 58:21
**hours** 30:10 40:5,7,8,9
40:12
**house** 38:15 56:2 58:6
**houses** 21:3
**hundred** 18:3
**hurt** 39:15 42:2,7
**hybrid** 9:16,17,18,19
**hybrids** 10:5

**I**

**idea** 17:19 18:1 22:12
**imagine** 30:1
**impact** 15:2 17:20 18:7
23:7
**increased** 34:7
**INDEX** 61:1
**indicating** 29:6
**injured** 51:2 54:18
**injuries** 3:11 34:12
45:2 46:8 47:6,17
49:1 54:16 55:11,13
57:10
**injury** 34:14,16 35:15
40:1 42:19 43:21
45:4,6,14,15 46:5
47:13,20 55:2,8
**inside** 5:21
**interested** 60:14
**intersecting** 15:16
**intersection** 16:10,11
16:20 17:3,7
**introduced** 45:13
**investigated** 26:12
**iron** 46:20

**J**

**J** 1:7
**jacket** 24:3
**James** 1:20
**January** 7:20 10:7 22:7 60:16
**job** 7:16 39:10,12 49:11 49:20 50:6,9,12,21
**Johns** 3:8
**Judd** 1:15,21 60:4,18
**July** 5:18,18 6:16
**just** 3:16 12:12 13:11 13:14 15:21 20:3,6 21:5,6 27:2 28:3 31:14 36:8 42:11 43:10 46:4 47:13,17 47:20 48:8,11 49:3 51:19 52:6,16 53:16 53:17 55:16,19 57:20 58:5,16

**K**

**Katie** 4:12
**keep** 24:2
**kept** 34:4 41:7
**Kessler** 30:19 33:6,7 36:2 46:8,17 47:3
**kid** 55:1
**kidding** 58:5
**kids** 57:14
**kind** 9:14 23:20 42:14 44:6 49:13
**kitchen** 38:17
**knee** 31:14,20 36:13 42:21 43:13 47:8 48:20 49:3 55:16,20
**knobby** 10:2
**know** 3:9,16 7:11,11 13:5,9 14:14,17,18 18:18 19:10 20:17,18 23:2 24:20 26:5,7,8 28:16 29:14,17 30:9 33:18 34:18,19,20 35:2,14 41:19 45:5,6 46:6 49:21 51:9,11 55:16 57:1,15,21 58:13
**knowledge** 21:18 32:2 35:13

**L**

**L** 1:17
**lab** 6:2
**laboratory** 5:21 31:5
**lacerations** 35:12
**lane** 13:21 14:16 19:2,6 19:17 20:3,4,7
**lanes** 13:18 14:19
**larger** 10:4
**last** 3:5 6:5 15:3,15 21:13 22:14 41:7 47:19
**Lauderdale** 7:5
**Laura** 4:2
**Law** 1:13
**lawsuit** 3:11 55:4
**lean** 37:3,5
**leaned** 24:5
**learned** 45:11
**least** 14:6 16:9 46:15 47:4
**leave** 6:19
**left** 7:6 10:15 16:10 30:17 31:3,21 50:1,6 51:15,17
**left-hand** 18:20
**leg** 25:11 31:11,13,14 31:20 32:2,8,12,15 33:20 34:5,6,13 36:9 36:13 38:13 42:19 45:4 47:13 55:16 56:9
**legs** 24:2,2
**less** 13:12 15:4 49:16
**lesser** 49:20
**let** 3:16 13:11,14 14:8 34:8 36:14 38:12 41:9 58:17
**Let's** 7:18 43:20
**life** 55:13
**lighting** 24:9,10,11
**lights** 12:3 25:6
**like** 5:16 9:20 10:14 25:13 29:18,21 33:15 35:14 39:5 42:13 44:6,7 46:12 50:5,7 51:10 52:8 55:8,15 57:15,15 58:3
**limit** 14:4
**limits** 41:18
**list** 44:8
**listening** 23:12
**little** 11:16 36:1 49:16 51:17
**living** 38:17 55:14
**located** 5:6,7 6:12
**location** 13:9
**locked** 34:4
**long** 5:13 8:19 10:6 30:15 31:2 33:5,10,14 33:18 38:4 40:3,18 44:18 46:13 47:2
**longer** 44:17
**look** 56:10,11 58:17
**looked** 48:15 59:5
**looking** 58:18
**looks** 9:20
**loss** 43:21 44:13 45:20
**lot** 10:14 20:15,16 32:16 42:2 43:13 44:16 50:17 57:11,14 57:19 58:7
**lying** 23:11
**L.E.D.s** 11:16,19

**M**

**made** 24:5 55:7
**majority** 25:17
**make** 48:8,12
**making** 49:14,16
**manager** 25:10
**manifestations** 55:12
**mann** 1:18 2:15 3:9 26:17 27:4 52:12,16 58:16,18 59:11 61:6
**many** 4:9 13:18
**mark** 34:16
**Marked** 61:8
**marriage** 4:5
**married** 3:20 4:3 51:19 51:21
**martin** 1:7,20 26:6
**Martin's** 23:1
**maryland** 1:1,15 6:13 7:14 12:15 27:6 30:16 32:14 60:1,5
**Massachusetts** 5:9
**Master's** 3:5
**matter** 18:16,17
**May** 39:6
**maybe** 21:21 46:12
**mean** 9:17,18 24:21 31:20 42:8 43:9 44:2 44:3,13 47:14 55:2
**meaning** 52:10
**median** 14:21
**medical** 27:6 32:14 51:13
**medication** 46:1,7
**medications** 47:3,5
**memory** 13:12 22:11 23:11,16 35:19 43:21 44:12,18 45:20 50:11
**michael** 1:18 58:18
**Microsystems** 7:9
**middle** 18:20,21 19:1 51:15
**might** 32:16 33:4 45:19
**Mike** 3:9
**mile** 15:5
**miles** 12:9
**mind** 58:12
**minute** 16:4 51:6 58:14
**minutes** 8:21 43:2,3
**missed** 53:20
**MJG-02-CV-2084** 1:6
**model** 9:15
**moment** 18:7
**money** 49:15,16
**months** 21:20
**more** 19:6 32:10 42:2,7 43:2,3 44:11 49:14 50:17 51:11 57:11,14 57:19
**morning** 27:19,20 30:14,17 31:10 55:20
**most** 10:4,5
**mostly** 9:6,20 36:8
**motion** 34:8 41:18
**mountain** 9:17,20 10:3 10:4
**move** 6:20 36:9
**moved** 48:6
**much** 13:1,15 56:17
**muscle** 42:14
**muscles** 42:1
**myself** 51:11
**M.R.I** 30:10,11

**N**

**name** 2:16 3:9 4:1,19 9:15 11:15 15:10,13
**narrow** 14:9
**nearly** 43:19
**neck** 27:14 28:11,13,19 30:7 31:11 32:11 34:13 36:15 37:6 38:2 41:10,12,14,15 42:1,5,9,12,15 45:4 48:1 57:4
**need** 31:18 44:8 48:17
**needed** 32:8
**Network** 5:2
**neurosurgeon** 48:1
**never** 20:7,9,10 22:10 22:21 42:9 51:5 59:4
**next** 23:9,15 26:3 28:1 39:2
**nods** 12:17
**noises** 23:6
**None** 61:8
**normal** 8:15 12:16 19:7 19:15 40:13
**normally** 12:21 18:15 21:12
**north** 15:5 21:6
**northbound** 14:19
**Northern** 1:2
**notarial** 60:15
**Notary** 1:15 60:4,19
**notes** 50:17
**nothing** 2:13
**notice** 22:7
**noticed** 50:11 56:15,18
**number** 3:1,10

**O**

**obstruction** 19:8,11,16 21:10 52:7
**obstructions** 22:8
**obtain** 3:7
**obtained** 3:5
**obviously** 19:14 58:20
**occurred** 17:20 22:13 22:19 23:7 44:21
**October** 6:16 53:4
**odd** 29:12 30:3
**off** 6:9 15:19,20 17:12 23:13 25:21 33:17 35:10 36:15,18,21 51:19 53:21 58:9,10
**offered** 49:18
**office** 44:7,10 55:19
**officer** 26:11
**Offices** 1:13
**often** 43:19
**once** 17:16 25:10,11 37:12 43:17 50:10 51:12
**one** 11:19 13:19,21 17:12 26:16 31:12 32:10,21,21 39:20 44:10 49:12 53:8 55:5,9 56:5
**ones** 56:5
**only** 4:5 17:12 25:10 33:3,15 35:14
**onto** 17:16 22:15 23:10
**open** 7:12 37:3,5
**operate** 31:12,16
**operated** 30:12 31:10 31:17
**opposed** 9:21
**orange** 24:3
**other** 9:1 18:21 29:7 31:5,7,9 34:12,13 48:17,19 49:4 54:11 54:13
**out** 13:15 33:18 57:20 60:7
**outcome** 60:14
**outside** 7:4 24:18
**outward** 34:16
**over** 21:14,19 24:2,5,16 28:9
**own** 24:9 50:2

**Oxy-IR** 46:12

**P**

**Page** 61:5
**pain** 42:5 46:11,13 55:17
**painful** 43:6
**pains** 42:9,12
**Park** 53:20
**parked** 19:13,19
**part** 18:15 39:9,11 40:3 54:10
**particular** 20:14
**parties** 2:3 60:12,13
**parts** 27:13
**pass** 59:4
**past** 15:10 17:17,19 34:11
**pastor** 28:8
**pay** 20:11
**pedaling** 11:12
**pedals** 24:21
**people** 20:10 23:12 24:7
**performed** 27:17 41:15 41:15
**person** 51:10
**personal** 22:12 55:7
**perspective** 16:9
**Petersburg** 5:8,11 7:1 47:11
**physical** 34:5 36:15 55:12 56:16,16
**physician** 47:10
**pick** 9:4
**pierce** 28:21
**pill** 46:11
**pin** 31:17 32:17
**place** 6:5 21:2 60:6,7
**placement** 18:2
**places** 21:2
**Plaintiffs** 1:5,17
**planning** 8:13
**plastic** 24:18
**play** 57:14
**playing** 51:16,18 57:15 57:16
**point** 10:10 12:7 34:5 37:7
**police** 7:19 18:2 21:2 26:11
**poorly** 3:12
**possibility** 33:4
**post** 11:20
**powered** 11:8,10 12:1
**practice** 47:15
**practitioner** 47:15
**precipitation** 10:16
**precise** 13:9
**PRESENT** 1:20
**pressure** 29:18
**pretty** 13:1 15:13
**previous** 21:16
**prior** 17:3 28:6
**probably** 4:20 8:17 12:9 14:17 15:4 30:9 34:10 36:13 37:11 38:7 39:5 40:20 48:4 54:3 55:1
**problem** 16:14
**problems** 35:19 49:5
**procedure** 32:8
**procedures** 31:9
**proceedings** 59:15 60:6 60:8,10
**programs** 6:3
**project** 39:14,17,18
**pronounced** 13:6
**properly** 50:21
**Public** 1:15 60:4,19
**pull** 28:12,13,19 56:5 57:21
**pulling** 22:14 23:10
**purely** 25:15
**pushed** 25:21
**put** 18:3 28:18 29:1 30:8 31:21 36:19 38:12
**putting** 28:10,20
**P.A** 1:14
**p.m** 1:12 59:21

**Q**

**quarter** 15:4
**question** 3:18 15:21 26:15
**questions** 3:10 56:11 59:12,13

**R**

**R** 1:4
**races** 25:12
**rack** 11:18
**raining** 10:19,20
**range** 41:18
**Raytheon** 4:16,19,20 5:2 49:11 50:20
**read** 26:16
**reading** 2:3 48:7
**really** 13:5 14:14 20:9 20:10 38:7 42:9 54:6
**rear** 12:3
**reason** 37:13
**rebreak** 32:16
**recall** 10:17 22:10 35:5 46:15 54:12,20 55:10
**received** 51:13
**receiving** 48:20
**recollection** 22:12
**recommend** 59:17
**recommended** 45:18
**record** 2:17 6:9 27:2 35:10 58:9,10 60:10
**recorded** 60:9
**reflected** 24:9
**reflection** 24:20
**reflective** 24:3,6
**regular** 32:6
**regularly** 57:8
**rehabilitation** 30:19 36:12 38:6
**related** 60:13
**released** 41:9,12 46:8
**remember** 8:1,4 10:13 13:16 15:2,3,9 16:1 16:16,18,20 17:9,11 17:15 18:4,6,12,13 21:9 22:8,14,18,20 23:4,6,9,14,15 25:19 25:21 26:3,18 27:18 28:1,2,6,8,10,20 29:11 30:8,11 33:17 38:7 39:8 40:10,20,21 44:13 48:7 50:15 54:5,6 58:14 59:8
**remembering** 44:14
**removable** 36:18
**remove** 37:8,12
**removed** 37:12
**repair** 31:19
**repeat** 3:13 15:21
**report** 7:19 18:2 21:2
**REPORTED** 1:21
**reports** 48:7
**require** 35:3
**required** 37:19
**requires** 42:14
**residential** 20:19 21:8
**respective** 2:3
**response** 31:8
**result** 27:10 35:20 51:14
**resumed** 15:7 16:11,12
**retroreflective** 24:12 25:7
**return** 59:1
**returned** 16:12 59:7
**review** 59:14
**ridden** 10:20 21:14,19
**ride** 8:19 9:9,10 12:7 12:20,21 18:9,16 20:3 20:4,10 43:16 57:11
**Ridge** 12:15 13:17
**riding** 9:14 10:10 16:18 17:4 25:17
**right** 7:18,20 10:1 11:1 11:20 12:1 15:13 16:11,19 19:9 24:13 29:13,20 35:11,16 38:11 39:2 40:3 41:17 43:20 45:11 47:16 49:2 50:3 52:2 52:13,17 58:11 59:14
**road** 12:13,15 13:17 14:2,9 15:4,10,11,16 16:2,6 17:12 18:9 20:6,14,15,16,19 21:1
**roadway** 18:7 23:1
**Robbie** 4:12
**rocks** 19:6
**Rockville** 30:20 53:14
**rode** 8:17 13:1 17:5 18:14 20:6 25:15
**room** 38:17 53:16,17
**route** 12:16 21:14,19 22:4
**R-A-Y-T-H-E-O-N** 4:18

**S**

**safe** 20:7
**safety** 24:3
**same** 2:5,8 22:4 39:10 39:11,17 49:12,13,14 50:6
**Sandra** 1:15,21 60:4,18
**Saturday** 30:17
**saw** 22:21 47:19,21 48:6
**says** 29:7
**scans** 31:6
**scars** 29:4
**scene** 59:1,7
**schedule** 40:13
**Schlachman** 1:13
**school** 3:3
**scraped** 51:11 55:1
**scrapes** 34:20
**screw** 29:15
**screwed** 29:17
**seal** 60:15
**seat** 11:20,21
**second** 26:14 39:5 58:16
**Security** 3:1
**see** 16:14 20:12 24:7 29:4 30:10 35:6 48:17 56:8 59:1,8
**seeing** 22:10 23:4 47:16
**seen** 23:2 24:19
**Seneca** 53:19
**sent** 34:5
**separates** 14:18
**set** 36:5 60:7
**seven** 22:2 32:1 33:21 34:4,11 36:11
**Shady** 53:9,10
**shell** 24:2
**Shock** 27:9 30:16 31:6
**shoes** 24:20
**short-term** 35:19 43:21 44:12 45:19 50:11
**shoulder** 13:21 14:1,8 14:13 15:8 16:5,7,8,9 16:12 17:2,4,5,16 18:8,11,15,15,19 19:8 19:18 21:10 22:9,15 23:10
**shoulders** 42:2,15 56:18,20
**shoved** 23:16
**shower** 36:21
**shy** 12:12
**side** 14:9 17:12 18:20 19:1,5 37:4
**sides** 14:1
**sightseeing** 53:19
**sign** 17:14
**signing** 2:4
**Silver** 53:13
**since** 38:2 45:12,13 56:18
**single** 51:10
**sink** 56:3
**sir** 4:14 56:14
**sitting** 36:5 44:7
**six** 12:9 14:14 21:21 22:2
**skin** 29:1,14
**skull** 34:17
**Skylark** 15:4,11,12,13 15:20 16:2,6,19 17:19 21:10 22:15 23:10
**sleep** 57:2
**Social** 3:1
**soft** 37:14,15
**softener** 46:21
**software** 5:20 6:4,18 50:13
**some** 21:3 24:19,19 33:4 37:7 39:14 41:18 42:5 45:18
**somebody** 29:18
**someone** 12:21
**something** 18:10 20:13

46:12,21 52:7,8 53:10
58:13
sometime 32:15
somewhere 5:9 18:19
29:6
sore 43:3
Sorry 10:8 12:19 53:1
sound 7:20
south 1:14 2:19 14:11
14:12,18 15:8 21:5
southbound 14:13
speak 26:11,20
speed 14:4 20:16
spell 4:17
spend 58:4
split 6:2
spoken 26:5,8
spot 35:6,8
Spring 53:13
St 5:7,10 7:1 47:10
stand 43:2 56:3
start 36:12
started 53:5
state 2:16 12:15 53:19
60:1,5
statement 22:16
STATES 1:1
stay 31:2
stenographically 60:9
still 24:6 29:4,7 32:6
35:19 42:2 43:16
44:4
stipulated 2:2,6
STIPULATIONS 2:1
stomach 57:2
stones 19:6
stool 46:21
stop 8:13 17:6,10,11,14
stoplight 17:14
stopped 59:5
straight 32:18
straighter 32:17
street 1:14 13:2
strengthened 34:6
strike 11:4 54:2
strip 14:21 24:6 25:7
stripe 14:20
stripes 24:3,12
struck 52:21
stuff 36:8
suffered 45:2
summer 5:16
Sun 7:8,9
sunrise 11:2
supervisors 50:9,19
supplement 46:20
supposed 28:14 48:13

sure 15:13 48:8,12
surgery 27:10,16,17,20
28:7 30:5 31:7 32:13
33:19 41:16 48:12
surgical 31:9 32:8
suspended 28:19 30:9
sustain 34:13
sustained 54:14
sutures 35:3
sworn 2:12
Systems 5:3
S-U-N 7:10

T
tailgating 20:15
take 8:19 22:3 36:15,18
36:21 46:7,13 47:2,5
56:10,11
taken 43:12 46:1 58:21
taking 33:17 46:10
talk 7:18 35:21 43:20
talked 25:10 55:11
58:21
talking 23:12 25:20
46:3 51:7 52:16
tasks 44:8
tell 2:13 13:10 28:6
31:15 32:7 48:14
50:8,9
temperature 9:6
ten 12:12 31:4 33:11
36:13 37:10,11
tend 50:17
Tenth 1:14
term 44:17,18 45:14
testified 2:14
tests 31:5
Thank 59:12
Thanksgiving 21:16
22:6
their 4:11 24:20,21
27:9
therapist 36:4 56:16
therapy 33:12 34:6
36:15 56:16
thing 15:3 16:14 22:14
23:9,15 26:3 28:1
35:9 41:7 50:11 57:1
57:2
things 44:3,4,6,13,15
44:16 48:8 50:14
52:6 58:1,17
think 5:5 9:15 10:14
34:14 37:14 40:6,7
47:21 49:10 50:7
53:14
thinking 20:7

though 21:12
thought 58:13
three 11:16 34:11 40:5
40:5,7
through 13:14 33:12
58:17,18
tight 43:4
tights 24:1
time 4:13 6:2 7:13 8:4
8:18 9:2 10:10 14:6
21:13 36:18 38:2
39:9,11,15,19 40:4,16
44:10 46:3 47:6,18,19
48:21 55:14 57:2
58:12 60:7
times 58:3
timings 40:10
tires 10:2
today 3:10 41:14 57:20
together 31:18 32:17
told 28:12 32:10 33:3
45:9 50:20 56:16
transcript 60:9
Trauma 27:9 30:16
31:7
travel 14:16 15:7 19:2
19:6,17
treat 54:10
treatment 45:19 48:20
51:14
triathlon 25:11
trouble 44:14
truck 51:20
true 60:10
trusted 20:10
truth 2:13,13,14
truthfully 3:17
try 19:9 28:19 30:7
trying 28:11,13
Tuesday 8:3 27:19 28:3
28:4,5 30:6 31:10
turn 41:19 42:17 53:20
56:17,17,19,19,20
57:5
twice 48:6
two 4:10 11:7 21:19
25:5 26:16 29:7 31:3
40:6,8 41:16
type 24:20 51:8
T.T.C 6:7

U
Uh-huh 29:16
Um-hum 21:4 28:15
29:5 33:8 35:1 36:7
43:11
uncommon 45:1

uncomplicated 59:15
unconscious 54:4,7,8
under 11:21 24:16
understand 3:13,17
35:21 39:11 45:2,7
48:8
Unh-unh 23:5,8
unit 27:9
UNITED 1:1
University 27:6 30:16
32:13
unlocked 34:7
until 41:9,12
unusual 23:7
use 19:19 38:16,19
used 6:7 41:20 42:3,7
56:17 57:2,11,14,19
59:15
using 41:1,4
usually 10:3 12:20

V
vague 23:11,16
vaguely 25:19,21
vast 25:17
vehicle 23:1
vertebrae 41:16
very 21:16 29:12,12
30:3 44:15
vest 24:3,8
vise 29:19
visits 59:3
Vistalight 11:15
vs 1:6

W
Wacomore 13:3,5
15:19 21:11
wait 16:4 51:6
waive 59:16,17,19,20
waived 2:5,8
wake 27:5
waking 26:4 28:2,3
Wakomore 13:3,5
walk 38:5,14,19 40:19
43:3,7,8
walker 38:10,17 40:19
41:1
walking 38:6 55:19
want 3:13 16:15 27:2
56:8
wanted 6:20 50:2
warm 24:2
wash 37:4,5
wasn't 21:12 34:1
way 8:15 26:15 34:14
43:1 54:18 55:13

60:13
ways 26:16
wear 33:14 37:13,17,20
55:15 56:2
wearing 23:18,21 36:17
43:12 55:21
weather 10:12
Wednesday 27:20
30:13,14
weeds 57:21
week 8:1 38:7 39:5 40:6
40:7,8,9,10,12 44:9
53:4
weeks 21:21 22:2 31:3
32:1 33:21 34:4,11
36:11,14 37:10,11,17
40:6 46:15,17 47:4
weight 38:13
weights 28:19 30:9
Weiner 1:13
well 4:20 9:9,18 10:19
13:11,14 16:8 18:1,17
19:18 21:2 25:5,15,17
32:9 34:3 41:15 43:8
45:3,11,13,15 50:8,12
51:6,9 52:12 55:2,15
57:11 59:3
went 15:19 16:7 33:12
36:2 39:8,12 41:2,5
59:3,7
were 4:3 6:5,14,14 7:2
7:13 8:7,9,11,13 9:14
11:8,10,12 12:3,13
14:9,10,12 17:3,17,20
18:7,11 21:1,3 22:8
23:18,20 25:5 28:9,11
28:12 30:15 33:5,10
36:17 37:19 38:4,9,14
38:15 39:10,11,14
40:3,18 41:4 46:8,10
48:8 50:5 52:6,12
53:15 54:4,7 57:7
58:20 60:8
weren't 41:1 50:9
55:20
west 15:20
we'll 35:21
we're 24:8 56:11
We've 55:11
wheelchair 36:6 38:16
wheels 10:4,5
while 9:13 24:8 43:17
white 24:18 35:8
whole 2:13 4:19 10:13
wide 13:18 14:8,13,16
wife 28:8,12 29:7 37:2
44:17

**wife's** 4:1
**william** 1:4,11 2:11,18 61:2
**wind** 24:2
**wit** 60:2
**within-named** 60:6
**witness** 2:4,12 4:18 12:17 52:14 59:18,20 60:15
**witnessed** 26:9,20
**woke** 27:18 28:7
**word** 16:12 47:8
**words** 18:21
**wore** 33:20
**work** 5:10,21 6:1 8:10 8:16 12:11 25:16,18 39:4 40:5,16 41:2,5,8 42:13,14 49:13 50:11 57:19 58:7
**workers** 25:20
**working** 7:13 39:14
**workmen's** 55:8
**worn** 38:1
**worst** 29:21
**wouldn't** 10:19,20 20:3 38:12 41:9
**write** 6:4 44:9 50:14,17
**wrong** 31:13

**X**

**x-rays** 31:5

**Y**

**yard** 42:13 57:15,19 58:4,7
**yards** 18:3
**yeah** 6:4 7:11 10:11 13:4 15:14,17 19:10 19:13,19 22:2 25:1,17 26:2 37:9 39:2 40:14 48:10,12 49:8,13 50:10 51:9 52:8 53:1 53:1 54:3 57:5
**year** 5:15 21:16 44:14 48:4
**years** 20:6
**yellow** 14:20

**1**

**11** 4:12
**11/12/64** 2:21
**13** 1:12 4:12 61:3
**16** 60:21
**16th** 7:20 22:7
**1988** 4:4

**2**

**2** 61:6
**2:48** 1:12
**20** 1:14
**2000** 22:6
**2001** 5:17,18 6:16 7:20 22:7
**2002** 1:12 61:3
**2003** 60:16
**2005** 60:21
**21201** 1:15
**26-inch** 10:4
**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** 3:2
**27** 10:5 12:15 59:4

**3**

**3:33** 59:21
**35** 10:14

**4**

**40** 8:21 14:7

**6**

**6th** 4:4
**6:30** 8:6
**6043** 2:18

**8**

**88** 51:21 52:1

**9**

**9th** 60:16
**95** 6:16 7:14 10:7 53:4
**96** 10:7