# EXHIBIT D

Handwritten Maryland State Police accident report form (MSP FORM #1 (3/95)), POLICE DEPARTMENT COPY.

Report No: 02041213

Accident narrative (as legible): "Unit #2 was proceeding S/B on Ridge Rd. Unit #1 was also proceeding S/B on Rt 27. Driver of unit #1 stated he took his eyes off the road for a very short time + when he looked back unit #2 was at his right front bumper. Unit 1 struck unit #2. Op. #2 was ejected from bicycle."

Intersecting road: Wacomor Drive
Road name: Ridge Rd

Unit 01: Benjamin James Martin, address New Holland PA 17557
Unit 02: William Robert? Carroll, address Damascus MD 20872

Witness: Roy J. Owens
Mr. Andy Mizumi 301-[illegible]