# EXHIBIT A

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                   Northern Division

3

4   WILLIAM R. CARROLL, et al.

5              Plaintiffs                    Civil Case No.

6       vs.                                  MJG-02-CV-2084

7   BENJAMIN J. MARTIN, et al.

8              Defendants

9   _____/

10

11            The deposition of WILLIAM CARROLL was held

12   on Friday, December 13, 2002, commencing at 2:48 p.m.,

13   at the Law Offices of Schlachman, Belsky & Weiner,

14   P.A., 20 South Charles Street - Tenth Floor, Baltimore,

15   Maryland, 21201, before Sandra A. Judd, Notary Public.

16   APPEARANCES:

17            HENRY L. BELSKY, ESQUIRE
                  On behalf of Plaintiffs
18
              MICHAEL B. MANN, ESQUIRE
19                On behalf of Defendants

20   ALSO PRESENT:  Benjamin James Martin

21   REPORTED BY:  Sandra A. Judd

2

1      STIPULATIONS
2          It is stipulated and agreed by and between
3   counsel for the respective parties that the reading and
4   signing of this deposition by the witness be and the
5   same are hereby waived.
6          It is further stipulated and agreed that
7   the filing of this deposition with the Clerk of Court
8   be and the same is hereby waived.
9          - - - - - - -
10  Whereupon,
11         WILLIAM CARROLL,
12  called as a witness, having been first duly sworn to
13  tell the truth, the whole truth, and nothing but the
14  truth, was examined and testified as follows:
15         EXAMINATION BY MR. MANN:
16  Q     Would you state your name and current
17  address for the record?
18  A     William Carroll, 6043 Gulfport Boulevard
19  South, Gulfport, Florida.
20  Q     Okay. And what's your date of birth?
21  A     11/12/64.

3

1   Q     And your Social Security number?
2   A     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.
3   Q     Okay. And how far did you go in school,
4   Mr. Carroll?
5   A     The last degree I obtained was a Master's
6   Degree.
7   Q     Okay. Where did you obtain that?
8   A     Johns Hopkins.
9   Q     As you know, my name is Mike Mann. I'm
10  going to ask you a number of questions today about the
11  accident and your injuries and the lawsuit that you've
12  filed. If there's anything that I ask poorly, you
13  don't understand, you want me to repeat, I'll be glad
14  to do that. Okay?
15  A     Okay.
16  Q     You just have to let me know. If you
17  don't, I'm going to understand that you're truthfully
18  answering the question that I asked. Okay?
19  A     Okay.
20  Q     Are you married?
21  A     Yes.

4

1   Q     What's your wife's name?
2   A     Laura.
3   Q     Okay. And when were you married?
4   A     August 6th, 1988.
5   Q     Okay. And is that your only marriage?
6   A     Yes.
7   Q     Do you have any children?
8   A     Yes.
9   Q     How many?
10  A     Two.
11  Q     What are their ages?
12  A     Katie is 13 and Robbie is 11.
13  Q     Okay. Are you employed at this time?
14  A     Yes, sir.
15  Q     Where are you employed?
16  A     Raytheon.
17        MR. BELSKY: Could you spell that for her?
18        THE WITNESS: R-A-Y-T-H-E-O-N.
19  Q     That's the whole name, Raytheon?
20  A     Well, the corporate is probably Raytheon
21  Company.

5

1   Q     Okay.
2   A     The group I'm with is Raytheon Network
3   Systems.
4   Q     Okay.
5   A     I think.
6   Q     Where are they located?
7   A     The group I'm at is located in St.
8   Petersburg, Florida. Corporate headquarters are in
9   Massachusetts somewhere.
10  Q     When you go to work, do you go to St.
11  Petersburg?
12  A     Yes.
13  Q     Okay. How long have you been employed by
14  them?
15  A     Almost a year and a half.
16  Q     Okay. So that would be like the summer of
17  2001?
18  A     July. Yes, July 2001.
19  Q     Okay. What do you do for them?
20  A     Software engineer.
21  Q     Do you work inside of a laboratory or do

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

6

1  you work on a computer?

2    A    I split my time between my desk and a lab.

3    Q    Okay. And what do you do, create programs?

4    A    Yeah, I write software.

5    Q    Okay. Where was the last place you were

6  employed before that?

7    A    Acterna Corp, which used to be T.T.C.

8    Q    Okay.

9        (A discussion was held off the record.)

10   Q    Acterna Corporation?

11   A    A-C-T-E-R-N-A.

12   Q    Where are they located?

13   A    Germantown, Maryland.

14   Q    What were the dates you were employed

15 there?

16   A    It was October '95 to July 2001.

17   Q    Okay. And what did you do there?

18   A    Software engineer.

19   Q    Okay. And why did you leave there?

20   A    I wanted to move back to Florida.

21   Q    Okay.

7

1    A    I'm from St. Petersburg.

2    Q    Okay. Where were you before Acterna

3  Corporation?

4    A    Encore Computer, which is outside of Fort

5  Lauderdale, although they're not Encore anymore; they

6  got bought after I left.

7    Q    What are they called now?

8    A    The group I was with got bought by Sun.

9  Sun Microsystems.

10   Q    S-U-N?

11   A    Yeah. I don't know even know if they're

12 open there anymore.

13   Q    Okay. And at that time, you were working

14 in Florida. Did you come to Maryland in '95?

15   A    Yes.

16   Q    Okay. Because of the job?

17   A    Yes.

18   Q    All right. Okay. Let's talk about the day

19 of this accident. According to the police report, it's

20 January 16th, 2001. Does that sound right?

21   A    Yes.

8

1    Q    Okay. Do you remember what day of the week

2  that was?

3    A    A Tuesday.

4    Q    And do you remember about what time the

5  accident happened?

6    A    About 6:30 a.m.

7    Q    Okay. You were on a bicycle?

8    A    Yes.

9    Q    Where were you going?

10   A    To work.

11   Q    Okay. And where were you coming from?

12   A    Home.

13   Q    Okay. Were you planning to stop anywhere?

14   A    No.

15   Q    Was this your normal way of getting to

16 work, by bicycle?

17   A    I rode my bike probably about half the

18 time.

19   Q    Okay. How long did it take you to ride

20 your bike there?

21   A    About 40 minutes.

9

1    Q    What would you do the other half of the

2  time?

3    A    Drive.

4    Q    Okay. Why did you pick the bicycle on that

5  day?

6    A    Mostly because it's -- the temperature was

7  above freezing, and I could.

8    Q    Okay.

9    A    I generally didn't ride -- well, I didn't

10 ride at all when it was below freezing.

11   Q    Okay.

12   A    And that was the first day it had been

13 above freezing for a while.

14   Q    What kind of bicycle were you riding?

15   A    Bianchi. I think the model name is

16 Advantage. It's a hybrid bicycle.

17   Q    By hybrid, do you mean between a mountain

18 bike and a -- well, what do you mean by hybrid?

19   A    A hybrid bike is -- it's -- it generally

20 looks like a mountain bike. It has the mostly flat

21 handlebars as opposed to the drop handlebars.

3 (Pages 6 to 9)

10

1    Q    Right.
2    A    But it generally has no knobby tires, which
3    a mountain bike generally has. And it usually has
4    larger wheels. Most mountain bikes have 26-inch
5    wheels, and most hybrids have 27.
6    Q    Okay. How long had you had this bicycle?
7    A    I bought it in January of '95. '96.
8    Sorry.
9    Q    Okay. So this is the bicycle that you had
10   been riding for half the time from that point on?
11   A    Yeah.
12   Q    Okay. What was the weather that day?
13   A    It was cold. I remember it was not a whole
14   lot above freezing. It was like 35, I think, when I
15   left. But it was above freezing.
16   Q    Was there any precipitation?
17   A    I don't recall.
18   Q    Was it dark?
19   A    Well, it wouldn't have been raining,
20   because if it had been raining, I wouldn't have ridden
21   either.

11

1    Q    Right. Was it dark?
2    A    Yes. It was before sunrise.
3    Q    What did you have on the bicycle? Did you
4    -- strike that. Did the bicycle have a headlight?
5    A    Yes.
6    Q    It did?
7    A    I had two headlights, actually.
8    Q    Okay. Were they powered by a generator or
9    a battery?
10   A    Both of them were battery powered.
11   Q    Okay. So you could flick those on, and
12   they would be on whether you were pedaling or not?
13   A    Yes.
14   Q    How about from behind? What did you have?
15   A    It's a brand name called Vistalight. It's
16   a little -- three L.E.D.s that flash.
17   Q    Okay.
18   A    It was on the back of the rack. And then
19   there was another one that have five L.E.D.s that was
20   on the back of the -- connected to the seat post right
21   under the seat.

12

1    Q    All right. And are they battery powered?
2    A    Yes.
3    Q    Okay. Now, were the rear lights on?
4    A    Yes.
5    Q    How about the headlights?
6    A    Yes.
7    Q    Okay. At what point in the ride did this
8    accident happen?
9    A    I was probably about six and half miles
10   from home.
11   Q    Okay. And how far is it to your work?
12   A    It's just shy of ten.
13   Q    Okay. What road were you on when this
14   happened?
15   A    Ridge Road, which is Maryland State 27.
16   Q    Okay. Was that your normal route?
17   A    (Witness nods head.)
18   Q    Yes?
19   A    Yes. Sorry.
20   Q    Did you usually ride alone or did you
21   normally ride with someone else?

13

1    A    I pretty much always rode alone.
2    Q    And the closest street was -- what's that,
3    Wakomore, or Wacomore?
4    A    Yeah, I've always assumed it's either
5    Wacomore or Wakomore. I don't really know how it's
6    pronounced.
7    Q    Okay. And was that ahead of you; you had
8    not yet gotten to that?
9    A    I don't know the precise location of the
10   accident, so I couldn't tell you.
11   Q    Okay. Well, let me just ask you. Do you
12   have less than complete memory of the accident?
13   A    Yes.
14   Q    Okay. Well, let me just go through this
15   with as much detail as I can so I can find out what you
16   do remember and what you don't. First of all, the
17   general area where the accident happened, Ridge Road,
18   how many lanes wide is that?
19   A    One in each direction.
20   Q    Okay.
21   A    One lane with a shoulder in each direction.

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

**14**

1    Q    Okay. There's a shoulder on both sides of
2    the road?
3    A    Yes.
4    Q    What is the speed limit in the area where
5    the accident happened?
6    A    Forty. At least it was at that time. It
7    was 40.
8    Q    Okay. How wide is the shoulder? Let me
9    narrow that down. You were on your side of the road?
10   You were going --
11   A    I was going south.
12   Q    You were going south? Okay. The
13   southbound shoulder, how wide is that?
14   A    I don't really know. I would guess six to
15   eight feet.
16   Q    Is it as wide as a travel lane?
17   A    Probably not. I don't know.
18   Q    Okay. Do you know what separates the south
19   and the northbound lanes?
20   A    A double yellow stripe.
21   Q    Okay. There's no median strip there?

**15**

1    A    No.
2    Q    Okay. Do you remember the actual impact?
3    A    The last thing I remember is crossing
4    Skylark Road, which is probably less than a quarter
5    mile north of there.
6    Q    Okay.
7    A    Would have crossed and then resumed travel
8    south on the shoulder.
9    Q    And you don't remember anything that
10   happened past -- what's the name of the road?
11   A    Skylark Road.
12   Q    Skylark?
13   A    I'm pretty sure Skylark is the right name,
14   yeah.
15   Q    Okay. It would have been the last
16   intersecting road that you crossed?
17   A    Yeah.
18   Q    Okay.
19   A    And it would have -- Wacomore went off to
20   the east, so Skylark would have gone off to the west.
21   Q    And so just to repeat my question, you

**16**

1    don't remember anything that happened after you crossed
2    Skylark Road?
3    A    No.
4        MR. BELSKY: Wait a minute. He said that
5    he got into the shoulder. He did say that.
6    Q    Okay. After you crossed Skylark Road, you
7    went into the shoulder?
8    A    Well, I would have -- the shoulder -- at
9    least from my perspective, the shoulder ends at the
10   intersection. So I would have left it as I entered the
11   intersection and resumed -- that's not the right
12   word -- as I got -- resumed -- returned to the shoulder
13   as --
14   Q    Okay. See, the problem -- the thing that I
15   want to distinguish is what you assume you did and what
16   you remember doing.
17   A    Yes.
18   Q    Okay. You remember riding the bicycle up
19   to Skylark, right?
20   A    I can remember crossing the intersection
21   and --

**17**

1    Q    Okay.
2    A    -- getting back on the shoulder there.
3    Q    Okay. Prior to the intersection, were you
4    riding on the shoulder?
5    A    Yes. I always rode on the shoulder.
6    Q    Okay. Did you have to stop at the
7    intersection?
8    A    No.
9    Q    So you remember on that day not having to
10   stop?
11   A    I don't remember ever having to stop. It's
12   a -- it's a road that only goes off on one side.
13   Q    Okay.
14   A    There's no stop sign or stoplight.
15   Q    Okay. And you do actually remember
16   entering into the -- onto the shoulder again once you
17   were past that?
18   A    Yes.
19   Q    Do you have any idea how far past Skylark
20   Drive you were when the impact occurred?
21   A    Not exactly, no.

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

18

1    Q    Well, do you have any idea?
2    A    The placement in the police report would
3    put it at a few hundred yards.
4    Q    Okay. But you don't remember that?
5    A    No.
6    Q    Okay. Do you remember exactly where you
7    were on the roadway at the moment of impact?
8    A    No. But I would have been on the shoulder,
9    because I didn't ride in the road.
10    Q    Okay. But this is something you're
11    assuming that you were on the shoulder, but you do not
12    remember?
13    A    No, I do not remember.
14    Q    Okay. When you say you rode on the
15    shoulder, what part of the shoulder would you normally
16    ride on as a matter of course?
17    A    Would -- well, as a matter of course, it
18    would depend on, you know, if there was debris in the
19    shoulder or anything. But generally, somewhere around
20    the middle to the left-hand side.
21    Q    In other words, to the middle to the

19

1    closest -- from the middle of it to the side that was
2    closest to the travel lane?
3    A    Yes.
4    Q    Why would --
5    A    Generally the side further away from the
6    travel lane had more rocks and stones in it.
7    Q    Okay. In your normal course, if you came
8    upon an obstruction on the shoulder, I assume you would
9    try to avoid that, right?
10    A    Yeah, it would depend on, you know, what
11    you'd consider an obstruction.
12    Q    Okay.
13    A    Yeah. If there was a car parked there, I
14    would obviously have to go around it.
15    Q    Okay. In the normal course, if you had to
16    go around an obstruction, would you ever enter into the
17    travel lane?
18    A    Well, if it -- if the shoulder was not
19    available to use, yeah. If there was a car parked
20    there.
21    Q    Okay.

20

1    A    And I didn't have a choice.
2    Q    Okay.
3    A    But again, I wouldn't ride in the lane just
4    to ride in the lane.
5    Q    Okay.
6    A    I just -- I rode that road for five years
7    and I never felt safe thinking about the lane.
8    Q    Why is that?
9    A    I never really -- I drove it when I didn't
10    ride. And I never really trusted the people who drove
11    on it enough to pay attention to where they're going to
12    see me before they hit me.
13    Q    Okay. Why was that? Something about --
14    particular to this road?
15    A    There was lot of tailgating on that road
16    and there was a lot of speed on that road.
17    Q    Why was that, do you know?
18    A    I don't know.
19    Q    This was not a residential area road?
20    A    No.
21    Q    This was a, I guess -- what was along the

21

1    road? Were there commercial businesses?
2    A    Well, at the place the police report places
3    the accident, there were some houses.
4    Q    Um-hum.
5    A    But just south of there would have been
6    farms and just north of there would have been farms.
7    Q    Okay.
8    A    But no, it's not a residential area.
9    Q    Okay. You do not remember whether there
10    was any obstruction on the shoulder between Skylark
11    Drive and Wacomore Drive?
12    A    No. There normally wasn't, though.
13    Q    Okay. When was the last time you had
14    ridden your bike over this route?
15    A    It would have actually been before
16    Thanksgiving the previous year. It was very cold that
17    December.
18    Q    Okay. So, to the best of your knowledge,
19    you had not ridden over that route for about two
20    months --
21    A    Six weeks maybe.

6 (Pages 18 to 21)

22

1    Q    -- on your bicycle?

2    A    Six or seven weeks. Yeah.

3    Q    Okay. When you drove, would you take the

4  same route?

5    A    Yes.

6    Q    In your drives between Thanksgiving of 2000

7  and January 16th of 2001, did you notice or do you

8  remember whether there were any obstructions on the

9  shoulder?

10    A    I never recall seeing any, no.

11    Q    Okay. So as far as your memory, your

12  personal recollection is concerned, you have no idea

13  how this accident occurred?

14    A    No. The last thing I remember is pulling

15  back onto the shoulder after I crossed Skylark.

16    Q    But my statement is correct, then?

17    A    Yes.

18    Q    You do not remember how this accident

19  occurred?

20    A    Yes, I do not remember.

21    Q    Okay. So I gather that you never saw

23

1  Mr. Martin's vehicle on the roadway?

2    A    I don't know whether I would have seen it

3  or not.

4    Q    Okay. But you don't remember seeing it?

5    A    Unh-unh.

6    Q    You don't remember any noises or anything

7  unusual before the impact occurred?

8    A    Unh-unh.

9    Q    What's the next thing you do remember after

10  crossing Skylark Drive and pulling onto the shoulder?

11    A    I have a vague memory of lying on the

12  ground listening to the -- the emergency people talking

13  about cutting my clothes off.

14    Q    Okay. What else do you remember?

15    A    The next thing I remember after that is a

16  vague memory of being shoved in the back of the

17  helicopter.

18    Q    Okay. Were you wearing a helmet?

19    A    Yes.

20    Q    Okay. What kind of clothing were you

21  wearing?

24

1    A    I would have had on black fleece tights

2  over my legs to keep my legs warm, a green wind shell

3  jacket, an orange safety vest with reflective stripes

4  on the back. That actually extended below my hips. It

5  was made for cyclists, so that when you leaned over,

6  you'd still had a reflective strip across your butt

7  that people could see.

8    Q    Okay. That vest, while we're on it, that

9  didn't have any lighting of its own, but it reflected

10  the lighting of headlights?

11    A    It didn't have any lighting, but it did

12  have retroreflective stripes on it.

13    Q    All right. Okay. And what else?

14    A    I would have had gloves on my hands, a

15  helmet on my head. I would have had a black fleece

16  covering over my head under the helmet.

17    Q    Okay. What color was your helmet?

18    A    The outside covering was white plastic.

19    Q    Okay. I've seen some bicyclists have some

20  type of reflection on their shoes. Do you know what I

21  mean? Or their pedals.

25

1    A    Yeah.

2    Q    Did you have that?

3    A    No.

4    Q    Okay.

5    A    I did have a -- well, there were the two

6  lights on the back, and then there would have been a

7  retroreflective strip at the back of the fender, too.

8    Q    Okay. Have you ever done any competitive

9  cycling?

10    A    Only once; a former manager talked me into

11  being the bike leg of a triathlon once.

12    Q    Okay. So you didn't cycle in races or

13  anything like that?

14    A    No.

15    Q    You rode purely for -- well, I guess, to

16  get to work?

17    A    Well, yeah, the vast majority of the riding

18  I did was back and forth to work.

19    Q    Okay. So you vaguely remember the

20  emergency workers talking about cutting your clothes

21  off, and then you vaguely remember being pushed into

7 (Pages 22 to 25)

26

1    the helicopter?
2        A    Yeah.
3        Q    What's the next thing you do remember?
4        A    Waking up in the hospital.
5        Q    Okay. Do you know if you have ever spoken
6    to Mr. Martin?
7        A    Not that I know of.
8        Q    Okay. Do you know if you've ever spoken to
9    anyone who witnessed this accident?
10       A    No.
11       Q    Did you ever speak to the police officer
12   who investigated the accident?
13       A    No, I didn't.
14            MR. BELSKY: Going back to the second
15   question. The way he said no, it was -- that could be
16   read one of two ways.
17            MR. MANN: Okay.
18            MR. BELSKY: Does he remember. And he
19   said, no.
20       Q    Did you ever speak to anyone who witnessed
21   this accident?

27

1        A    No.
2             MR. BELSKY: I just want the record to be
3    clear.
4             MR. MANN: Okay. Yes.
5        Q    What hospital did you wake up in?
6        A    The University of Maryland Medical Center
7    in Baltimore.
8        Q    Okay. And --
9        A    In their Shock Trauma unit.
10       Q    Okay. Did you have surgery as a result of
11   this accident?
12       A    Yes.
13       Q    And to what parts of your body?
14       A    To my neck.
15       Q    Okay.
16       A    They did fusion surgery.
17       Q    Had the surgery been performed before you
18   woke up or before you remember?
19       A    No. The accident was Tuesday morning, and
20   they did the surgery Wednesday morning.
21       Q    Okay. And when you did you -- I asked you

28

1    what's the next thing you remember. You said you
2    remember waking up and --
3        A    Just waking up in the hospital on Tuesday.
4        Q    Tuesday?
5        A    Tuesday afternoon.
6        Q    Okay. Tell me what you remember prior to
7    your surgery after you woke up.
8        A    I can remember my wife and the pastor of
9    our church were there. He had actually driven her over
10   here to Baltimore. I can remember them putting the
11   halo on. The neck was broken, and they were trying to
12   pull -- this was all what my wife told me. They were
13   trying to pull the neck to get the bones to go back
14   where they're supposed to.
15       Q    Um-hum.
16       A    Do you know what a halo is?
17       Q    Yes.
18       A    Okay. They put a halo on and then
19   suspended weights from it to try and pull the neck.
20   And I can remember them putting the halo on.
21       Q    Was the halo actually -- did it pierce your

29

1    skin, the halo that they put on?
2        A    Yes.
3        Q    Okay.
4        A    There's -- you can still see the scars --
5        Q    Um-hum.
6        A    -- somewhere up here (indicating). And my
7    wife says she can still find the other two back here.
8        Q    Okay.
9        A    Because there's no hair growing on them.
10       Q    Okay.
11       A    I can remember that distinctly. It was a
12   very, very odd feeling.
13       Q    Right.
14       A    Because, you know, they deaden the skin so
15   you couldn't feel the screw go in.
16       Q    Uh-huh.
17       A    But the, you know -- as they screwed it in,
18   the pressure there was like somebody had my head in a
19   vise.
20       Q    Right.
21       A    It's like the worst headache you could ever

8 (Pages 26 to 29)

30

1    imagine.
2        Q    Okay.
3        A    Very odd.
4        Q    And they did this before they did the
5    surgery?
6        A    Yes. They did that Tuesday afternoon to
7    try and get the neck to go back in by itself. And then
8    I can also remember after they had put the halo in and
9    suspended the weights for, I don't know, probably a few
10   hours, they did an M.R.I. to see if it had had any
11   effect. And I can remember the M.R.I.
12       Q    Okay. And then they operated on you on
13   Wednesday?
14       A    Wednesday morning.
15       Q    Okay. And then how long were you in the
16   hospital in University of Maryland Shock Trauma?
17       A    I left there Saturday morning.
18       Q    Okay. And where did you go from there?
19       A    Kessler Adventist Rehabilitation Hospital
20   in Rockville.
21       Q    Okay. That was closer to your home?

31

1        A    Yes.
2        Q    Okay. And how long did you stay there?
3        A    I left there two weeks after the accident,
4    so that would have been ten days.
5        Q    Other than laboratory tests and x-rays and
6    scans and whatever, what did they do for you at Shock
7    Trauma other than the surgery?
8        A    (No response.)
9        Q    Did you have any other surgical procedures?
10       A    No. They operated Tuesday morning on my
11   neck. And they said they considered the leg, but they
12   decided not to operate on that one.
13       Q    Okay. And what was wrong with your leg?
14       A    I broke the leg just below the knee.
15       Q    Okay. Did they tell you why they decided
16   not to operate?
17       A    They would have operated to pin the bones
18   together, and they decided they didn't need to do that.
19       Q    Okay. What did they do to repair your
20   knee, I mean, your leg?
21       A    They put it in a brace and left it there

32

1    for seven weeks.
2        Q    Okay. And to your knowledge, did the leg
3    heal?
4        A    The bone has healed, yes.
5        Q    Okay.
6        A    It still bothers me on a regular basis.
7        Q    Okay. Did any doctor ever tell you that
8    you needed a further surgical procedure to your leg?
9        A    The doctor said that there was a — well,
10   that — more than one doctor has told me that my
11   chances of developing arthritis in either my neck or my
12   leg are considerably higher after the accident. And
13   the doctor who did the surgery at University of
14   Maryland Medical Center said that there was a chance
15   that sometime in the future if the — if the leg
16   bothered me a lot, I guess, they might have to rebreak
17   it and pin it together straighter because it didn't
18   heal exactly straight, I guess.
19       Q    Okay. But no doctor said they had to do
20   that?
21       A    No one has — no one has yet said they have

33

1    to do that, no.
2        Q    Okay.
3        A    They only told me that there's a
4    possibility that I might have to do that some day.
5        Q    Okay. How long were you in — you said it
6    was Kessler?
7        A    Kessler.
8        Q    Um-hum.
9        A    Yes.
10       Q    How long were you in there?
11       A    Ten days.
12       Q    Okay. And you went through therapy?
13       A    Yes.
14       Q    How long did you wear the halo?
15       A    The halo was only like a day.
16       Q    Okay.
17       A    I don't remember them taking it off, so I
18   don't know exactly how long. But when I came out of
19   surgery, I didn't have it.
20       Q    Okay. And you wore the cast on your leg
21   for seven weeks, approximately?

9 (Pages 30 to 33)

34

1    A    It was actually a brace. It wasn't a cast.

2    Q    A brace. Okay.

3    A    I actually had the brace. They -- well,

4    they kept the brace locked for seven weeks, and then as

5    the leg -- at that point, they sent me to physical

6    therapy as the leg strengthened. They would -- they

7    unlocked the brace and gradually increased the amount

8    of motion they would let me have.

9    Q    Okay.

10    A    I probably had the brace on for another

11    three or four weeks past the seven.

12    Q    What, if any, other injuries did you

13    sustain other than your leg and your neck?

14    A    A closed head injury I think is the way

15    they described it. A concussion.

16    Q    Did you have any outward mark of injury to

17    your skull?

18    A    I don't know.

19    Q    You don't know?

20    A    I had, you know, scrapes and bruises on my

21    face.

36

1    that in a little bit.

2         So after you went home from Kessler, what

3    was your course there at home?

4    A    They had a home therapist come and give me

5    a set of exercises I could do sitting in the

6    wheelchair.

7    Q    Um-hum.

8    A    Which was mostly just arm stuff, because I

9    couldn't move my leg yet.

10    Q    Okay.

11    A    And after -- at seven weeks after the

12    accident, the doctor said I could start rehabilitation

13    on my knee, on my leg. And it was probably ten or

14    eleven weeks after the accident before they would let

15    me take the collar off my neck and do physical therapy

16    for that.

17    Q    The collar that you were wearing, was it

18    removable before that time? Could you take it off and

19    put it back on?

20    A    You could, yes. But I didn't.

21    Q    You didn't take it off to bathe or shower

35

1    Q    Um-hum.

2    A    But I don't know.

3    Q    Did you require sutures anywhere on your

4    head or face?

5    A    Not that I recall, no.

6    Q    Okay. I see you have a bland spot there.

7    Does that have anything to do with the accident? Or a

8    white spot.

9    A    No, that's a genetic thing.

10         (A discussion was held off the record.)

11    Q    Okay. All right. So as far as any

12    lacerations to your head itself, you did not, to your

13    knowledge have --

14    A    Not that I know of, no. The only -- like I

15    said, they called it a closed head injury.

16    Q    Right.

17    A    And a concussion.

18    Q    Okay.

19    A    And I still have short-term memory problems

20    that they say are a result of that.

21    Q    Okay. I understand. And we'll talk about

37

1    or anything?

2    A    My wife would bathe me, and she would --

3    she could -- I would lean back and she would open the

4    front and wash this side and then close it back up and

5    lean me forward and open the back and wash the back of

6    my neck.

7    Q    Okay. But at some point they said it was

8    okay to remove that?

9    A    Yeah, but that was --

10    Q    Ten or eleven weeks?

11    A    -- ten or eleven weeks, probably.

12    Q    And once you removed that, did you remove

13    it for good, or did you wear it for any reason?

14    A    They gave me a soft -- I think they call it

15    a soft cervical collar --

16    Q    Okay.

17    A    -- that I had to wear for a couple of weeks

18    after that.

19    Q    Okay. And then you were not required to

20    wear that anymore?

21    A    No.

**38**

```
1     Q    And ha                        lar on
2   your neck since
3     A    No.
4     Q    Okay. I                       vere able
5   to walk?
6     A    They ha          g -- ... renovation
7   hospital -- I don't really remember -- probably a week
8   after the accident.
9     Q    Were you able to --
10    A    I was doing that with a walker --
11    Q    Right.
12    A    -- because they wouldn't let me put any
13  weight on my leg.
14    Q    Okay. Were you able to walk at home?
15    A    The house we were in, I couldn't get the
16  wheelchair in the bedroom, so yes, I had to use the
17  walker to get from the living room or the kitchen into
18  the bedroom.
19    Q    Did you walk to the bathroom and use the
20  bathroom?
21    A    Yes.
```

**39**

```
1     Q    Okay.
2     A    Yeah. The bathroom was right next to the
3   bedroom.
4     Q    Okay. When did you go back to work?
5     A    Probably like the first or second week of
6   May.
7     Q    Okay.
8     A    I don't remember exactly when. I went back
9   part time.
10    Q    And were you doing the same job? I
11  understand it was part time. Were you doing the same
12  job when you went back?
13    A    Yes.
14    Q    Was there some project you were working on
15  at the time you got hurt?
16    A    Yes.
17    Q    Okay. Did you go back on the same project?
18    A    No, actually that project had been
19  cancelled by the time I got back, so they gave me a
20  different one when I got back.
21    Q    Was the cancelation having to do with your
```

**40**

```
1   injury, or --
2     A    No.
3     Q    Okay. All right. How long were you part
4   time?
5     A    They had me work three hours a day, three
6   days a week. And I think I did that two weeks. And
7   then I think I did three hours a day, five days a week
8   for a week or two. And then five hours a day, five
9   days a week. And then eight hours a day, five days a
10  week. I don't remember exactly the timings on all
11  those.
12    Q    Eight hours a day, five days a week was
13  your normal schedule?
14    A    Yeah.
15    Q    Okay. How did you get back and forth to
16  work during that time?
17    A    I drove.
18    Q    Okay. How long was it before you were able
19  to walk without the walker?
20    A    I should probably remember that, but I
21  don't remember.
```

**41**

```
1     Q    Okay. You weren't using the walker when
2   you went back to work?
3     A    No.
4     Q    Were you using anything; a cane or a crutch
5   or anything when you went back to work?
6     A    No.
7     Q    What was the last thing that kept you from
8   going back to work?
9     A    They wouldn't let me go until they released
10  me from the -- neck collar.
11    Q    Okay.
12    A    Until the doctor released me from the neck
13  collar.
14    Q    What is the condition of your neck today?
15    A    Well, they performed neck -- they performed
16  fusion surgery to fuse the two vertebrae that broke.
17    Q    Right. How does that affect you?
18    A    It limits my range of motion some. I can't
19  turn my head, you know, as far in either direction or
20  up and down as I used to.
21    Q    Okay.
```

11 (Pages 38 to 41)

42

1  A  And the muscles in the back of my neck and
2  the back of my shoulders still hurt a lot more than
3  they used to.
4  Q  Okay. What was it before the accident?
5  Did you have some pain in your neck?
6  A  No.
7  Q  And you said they hurt more than they used
8  to. Did you mean before the accident?
9  A  I never really had pains in my neck.
10  Q  Okay.
11  A  I just --
12  Q  But now you do have pains in your neck?
13  A  If I -- if I like do yard work, anything
14  that requires any kind of muscle work in the back or in
15  my shoulders or my neck is going to bother me, yes.
16  Q  Okay.
17  A  Anytime I have to turn as far around as I
18  can, it will bother me.
19  Q  How about your leg injury? How does that
20  affect you now?
21  A  My knee bothers me every day.

43

1  Q  In what way?
2  A  If I stand up more than a couple minutes or
3  if I walk more than a couple minutes, it will get sore
4  and tight.
5  Q  Okay.
6  A  And painful.
7  Q  So you can't walk?
8  A  Well, I can walk.
9  Q  I mean --
10  A  I just can't do it comfortably.
11  Q  Um-hum.
12  A  I've taken to wearing an elastic bandage
13  on my knee that helps a lot.
14  Q  Every day?
15  A  Every day.
16  Q  Okay. Do you still ride your bicycle?
17  A  Every once in a while.
18  Q  Okay.
19  A  Not nearly as often.
20  Q  All right. Let's talk about your head
21  injury. You said that you had short-term memory loss?

44

1  A  Yes.
2  Q  What do you mean by that?
3  A  I mean I forget things.
4  Q  Okay. You still forget things?
5  A  Yes.
6  Q  Like what kind of things?
7  A  Like if I'm sitting in my boss' office and
8  he gives me a list of tasks that I need to get done
9  that day or that week, if don't write them down, by the
10  time I get back to my office, I will have forgotten one
11  or more of them.
12  Q  Okay. When you call it short-term memory
13  loss, does that mean you can remember things that
14  happened a year ago, but you have trouble remembering
15  things that are very fresh?
16  A  I do a lot better with things that are
17  longer term, yes. My wife said that I -- that my
18  memory long term isn't as good as it was before the
19  accident.
20  Q  Has any doctor explained to you why that
21  has occurred?

45

1  A  No. They say it's not uncommon for the
2  injuries I suffered. But I don't understand why.
3  Q  Well, it doesn't have anything to do with
4  your neck or your leg injury, does it?
5  A  Not that I know of. It's -- as far as I
6  know, it's all the head injury.
7  Q  Okay. And what you understand happened was
8  a concussion?
9  A  That's what they told me in the hospital.
10  Yes.
11  Q  All right. Well, have you learned
12  differently since then?
13  A  Well, since then I've been introduced to
14  the term closed head injury.
15  Q  Well, a concussion is a closed head injury,
16  I guess.
17  A  Okay.
18  Q  Okay. Has any doctor recommended some
19  course of treatment that might help the short-term
20  memory loss?
21  A  No.

46

1    Q    Have you taken any medication for that?
2    A    No.
3    Q    And I'm talking about back to the time of
4  the accident, just for your concussion, your head
5  injury.
6    A    Not that I know of, no.
7    Q    Okay. Did you take any medication after
8  you were released from Kessler for your injuries?
9    A    Yes.
10   Q    What were you taking?
11   A    They had me on a pain pill, and that was
12 Oxy-IR maybe, something like that.
13   Q    That was for pain. How long did you take
14 that?
15   A    A few weeks at least. I don't recall
16 exactly.
17   Q    A few weeks after Kessler?
18   A    Yes.
19   Q    Okay.
20   A    They had me on an iron supplement. They
21 had me on a stool softener. There was something else

47

1  too.
2    Q    How long did you take any of those
3  medications after Kessler?
4    A    A few weeks, at least.
5    Q    Okay. Do you take any medications for your
6  injuries at this time?
7    A    The doctor has given me -- what's the
8  word -- anti-inflammatory for my knee.
9    Q    What doctor has given it to you?
10   A    Dr. Figueroa, who's my physician in St.
11 Petersburg.
12   Q    Okay. Is he your family doctor or is he
13 just for your leg injury?
14   A    He's a general -- I mean, it's not a
15 general practitioner. It's a family practice.
16   Q    All right. Okay. Are you seeing any
17 doctor just for your injuries?
18   A    Not at this time, no.
19   Q    Okay. When was the last time you saw
20 anybody just for your injury?
21   A    I saw him -- I think he was a

48

1  neurosurgeon -- about the neck.
2    Q    And that was down in Florida?
3    A    That was down in Florida. That was
4  probably earlier this year.
5    Q    Okay.
6    A    I saw him twice after I moved,
7    Q    I remember reading his reports. As I
8  understand, it was just to make sure that things were
9  going along --
10   A    Yeah.
11   Q    -- just to --
12   A    Yeah. To make sure that the fusion surgery
13 was doing what it's supposed to.
14   Q    And what did he tell you?
15   A    He said everything looked fine.
16   Q    So you don't -- as far as he was concerned,
17 you didn't need to see him anymore other that?
18   A    Yes.
19   Q    So other than the -- whatever Dr. Figueroa
20 is doing for your knee, are you receiving any treatment
21 at this time?

49

1    A    Not for the injuries, no.
2    Q    Right.
3    A    Just the knee.
4    Q    Okay. Do you have any other health
5  problems?
6    A    I have high cholesterol.
7    Q    You had that before the accident?
8    A    Yeah.
9    Q    Okay. Anything else?
10   A    Not that I can think of, no.
11   Q    The job that you have now, Raytheon is
12 essentially the same as the one you had for Acterna?
13   A    It's -- yeah, it's the same kind of work.
14   Q    Okay. And are you making the same or more
15 money?
16   A    I'm actually making a little less money.
17   Q    Okay. Why is that?
18   A    Because that's what they offered me.
19   Q    Okay. It doesn't have anything to do with
20 a lesser capacity by you to do your job, does it?
21   A    Not that I know of.

13 (Pages 46 to 49)

50

1   Q   Okay. And you left Acterna as -- of your
2   own choice because you wanted to go back to Florida,
3   right?
4   A   Yes.
5   Q   Okay. Did you feel like you were able to
6   do your same job at Acterna before you left?
7   A   I'd like to think so.
8   Q   Well, did any of your employers tell you or
9   supervisors tell you that you weren't doing the job?
10  A   No. But yeah, I'd -- once I got back to
11  work, I noticed the short-term memory thing there too.
12  Q   Well, does that affect you in your job as a
13  software engineer?
14  A   If I write things down so that I don't have
15  to remember them, then it doesn't affect me.
16  Q   Okay.
17  A   I tend to write a lot more notes now than I
18  did then.
19  Q   Okay. Have any of your supervisors or
20  employers at Raytheon told you that you are not doing
21  the job properly?

51

1   A   No.
2   Q   Have you ever been injured in an accident
3   before?
4   A   No.
5   Q   Never?
6       MR. BELSKY: Well, wait a minute. Are you
7   talking about an automobile accident or any accident?
8   Q   Any accident. Any type of accident.
9   A   Well, I've -- yeah, I have had, you know, a
10  couple of like what you'd call single person accidents,
11  you know. I scraped myself up on the bike more than
12  once.
13  Q   Okay. Have you ever received medical
14  treatment as a result those accidents?
15  A   I broke my middle finger on my left hand in
16  college playing football with friends. And I cracked a
17  bone in the little finger of my left hand in college
18  playing football with friends. I cracked a bone in my
19  elbow just after I got married when I fell off the back
20  end of a truck.
21  Q   Okay. You got married in '88?

52

1   A   In '88.
2   Q   Right. Okay. How about the bicycle
3   accidents? Have you ever had a collision with an
4   automobile on your bicycle?
5   A   No.
6   Q   These were just things where you hit an
7   obstruction or something and fell?
8   A   Something like that, yeah.
9   Q   Okay.
10      MR. BELSKY: "These" meaning the fractured
11  finger and elbow?
12      MR. MANN: Well, those -- no, those were
13  not bicycle accidents, right?
14      THE WITNESS: No.
15      MR. BELSKY: No.
16      MR. MANN: Okay. I'm just talking about
17  the bicycle accidents right now.
18  Q   Did you ever fracture anything in a bicycle
19  accident?
20  A   No.
21  Q   Have you ever struck your head?

53

1   A   Yeah. Sorry. Yeah, I broke my collarbone
2   in a cycling accident.
3   Q   Okay. When was that?
4   A   That was October of '95. That was a week
5   after I started at Acterna.
6   Q   Okay. Did you go to the hospital?
7   A   Yes.
8   Q   Which one?
9   A   Shady Grove.
10  Q   That's Shady Grove Adventist or something,
11  isn't it?
12  A   Yes.
13  Q   Yes. Silver Spring?
14  A   I think that's actually in Rockville.
15  Q   Okay. And were you in the hospital or did
16  you just go to the emergency room?
17  A   Just the emergency room.
18  Q   Okay. How did that happen?
19  A   I was sightseeing at Seneca Creek State
20  Park and missed a turn, basically, and crashed.
21  Q   Okay. You fell off your bike?

14 (Pages 50 to 53)

54

1   A   Yes.
2   Q   Did you strike your head?
3   A   Probably, yeah.
4   Q   Were you unconscious?
5   A   Not that I remember, no.
6   Q   You can't really remember being
7   unconscious, I guess. So would you believe you were
8   unconscious?
9   A   No.
10  Q   Okay. Did they treat any part of your body
11  other than your collarbone?
12  A   Not that I recall.
13  Q   Okay. Any other bicycle accidents where
14  you sustained any fractures?
15  A   No.
16  Q   How about any head injuries?
17  A   No.
18  Q   Have you ever injured your head in any way
19  before this accident?
20  A   Not that I recall.
21  Q   Okay.

56

1   Q   Okay.
2   A   I wear it when I'm around the house,
3   because I can't stand in front of the sink and do
4   dishes.
5   Q   Is this one of those ones that you pull on?
6   A   Yes.
7   Q   Okay.
8   A   Do you want to see it? I have it on my
9   leg.
10  Q   After we get done, I'll take a look at it.
11  After we're finished the questions I'll take a look at
12  it. Okay? How else?
13  A   On a daily basis?
14  Q   Yes, sir.
15  A   I've noticed that the -- when I was in
16  physical therapy, the physical therapist told me that I
17  don't turn my head as much as I used to; I turn my
18  shoulders. And since then, I've noticed that she's
19  correct. If I have to turn around, I don't turn my
20  head; I turn my shoulders.
21  Q   Okay.

55

1   A   I probably scraped it as a kid, but.
2   Q   Yes. Well, I mean a closed head injury.
3   A   No.
4   Q   Okay. Have you ever had filed a lawsuit
5   before this one?
6   A   No.
7   Q   Have you ever made any claim for personal
8   injury; workmen's compensation, anything like that
9   before this one?
10  A   Not that I recall.
11  Q   We've talked about your injuries in the
12  physical manifestations. How, if at all, do any of
13  those injuries affect your daily life, your way of
14  living at this time?
15  A   Well, like I said, I wear a bandage on my
16  leg, on my knee every day because it just -- you know,
17  there's pain if I don't.
18  Q   Okay.
19  A   Just walking from the car to the office in
20  the morning, my knee would bother me if I weren't
21  wearing that.

57

1   A   I don't know if that's a good thing or bad
2   thing. I used to sleep on my stomach all the time, and
3   I can't anymore. I can't at all.
4   Q   Because of your neck?
5   A   Yeah. I can't turn my head far enough to
6   be able to breathe.
7   Q   Okay. Were there any activities that you
8   did before the accident, that you regularly did before
9   the accident, that you don't do now because of your
10  injuries?
11  A   Well, I used to ride my bike a lot more and
12  I don't.
13  Q   Okay.
14  A   I used to play with my kids a lot more, but
15  like -- you know, like playing football in the yard or
16  playing basketball in the driveway, and I don't do that
17  anymore.
18  Q   Okay.
19  A   I used to do a lot more yard work than I do
20  today. I can't because I just can't — I can't get out
21  there and, you know, pull weeds or cut branches or

15 (Pages 54 to 57)

58

1  things.
2      Q    You're not complaining about that, are you?
3      A    There's times when I'd like to be able to
4  spend all day cleaning up in the yard.
5      Q    Okay. I was just kidding.
6      A    We bought a house where they didn't do a
7  lot of yard work.
8      Q    Okay.
9          MR. BELSKY: Off the record.
10         (A discussion was held off the record.)
11     Q    All right. Anything else that comes to
12 mind at this time?
13     A    I know there was something that I thought
14 of a minute ago, but I don't remember what it is now.
15         No.
16         MR. MANN: Okay. Just give me a second.
17 Let me look through a couple of things.
18         (Michael B. Mann, Esquire looking through
19 documents.)
20     Q    After the accident, obviously, you were
21 taken to the hospital, and we talked about that. Did

60

1  State of Maryland
2  County of Harford, to wit:
3
4          I, Sandra A. Judd, a Notary Public of the
5  State of Maryland, County of Harford, do hereby certify
6  that the within-named proceedings took place before me
7  at the time and place herein set out.
8          I further certify that the proceedings were
9  recorded stenographically by me and this transcript is
10 a true record of the proceedings.
11         I further certify that I am not of counsel
12 to any of the parties, nor an employee of counsel, nor
13 related to any of the parties, nor in any way
14 interested in the outcome of this action.
15         As witness my hand and notarial seal this
16 9th day of January, 2003.
17
18         _____
                Sandra A. Judd
19              Notary Public
20 My Commission Expires:
21 August 16, 2005

59

1  you return to the scene of the accident to see where
2  it had happened?
3      A    Well, when I went to the doctors visits, I
4  would go down 27, so we would pass by it. But I never
5  actually stopped and looked at anything, no.
6      Q    Okay. That's what I was getting at. Did
7  you ever, when you returned or went by the scene of the
8  accident, see anything that would help you remember how
9  the accident happened or where exactly it happened?
10     A    No.
11         MR. MANN: Okay. Those are all the
12 questions I have. Thank you, Mr. Carroll.
13         MR. BELSKY: Okay. I have no questions.
14 You have a right to review the deposition before it's
15 used in the proceedings. If it's an uncomplicated
16 deposition, I would generally waive it. And I
17 recommend you waive it, but it's your decision.
18         THE WITNESS: Okay.
19         MR. BELSKY: So you'll waive it?
20         THE WITNESS: I'll waive it.
21         (Deposition concluded at 3:33 p.m.)

61

1              INDEX
2       Deposition of William Carroll
3           December 13, 2002
4
5   Examination by:              Page
6   Mr. Mann                       2
7
8        (Exhibits -- None Marked)
9
10
11
12
13
14
15
16
17
18
19
20
21

**A**

able 38:4,9,14 40:18
 50:5 57:6 58:3
about 3:10 7:18 8:4,6
 8:17,21 11:14 12:5,9
 20:7,13 21:19 23:13
 25:20 35:21 42:19
 43:20 46:3 48:1 51:7
 52:2,16 54:16 55:11
 58:2,21
above 9:7,13 10:14,15
accident 3:11 7:19 8:5
 12:8 13:10,12,17 14:5
 21:3 22:13,18 26:9,12
 26:21 27:11,19 31:3
 32:12 35:7 36:12,14
 38:8 42:4,8 44:19
 46:4 49:7 51:2,7,7,8,8
 52:19 53:2 54:19
 57:8,9 58:20 59:1,8,9
accidents 51:10,14 52:3
 52:13,17 54:13
According 7:19
across 24:6
Acterna 6:7,10 7:2
 49:12 50:1,6 53:5
action 60:14
activities 57:7
actual 15:2
actually 11:7 17:15
 21:15 24:4 28:9,21
 34:1,3 39:18 49:16
 53:14 59:5
address 2:17
Advantage 9:16
Adventist 30:19 53:10
affect 41:17 42:20
 50:12,15 55:19
after 7:6 16:1,6 22:15
 23:9,15 28:7 30:8
 31:3 32:12 36:2,11,11
 36:14 37:18 38:8
 46:7,17 47:3 48:6
 51:19 53:5 56:10,11
 58:20
afternoon 28:5 30:6
again 17:16 20:3
ages 4:11
ago 44:14 58:14
agreed 2:2,6
ahead 13:7
al 1:4,7
Almost 5:15
alone 12:20 13:1
along 20:21 48:9
although 7:5
always 13:1,4 17:5

**B**

amount 34:7
another 11:19 34:10
answering 3:18
anti-inflammatory
 47:8
anybody 47:20
anymore 7:5,12 37:20
 48:17 57:3,17
anyone 26:9,20
anything 3:12 15:9
 16:1 18:19 23:6
 25:13 35:7 37:1 41:4
 41:5 42:13 45:3 49:9
 49:19 52:18 55:8
 58:11 59:5,8
Anytime 42:17
anywhere 8:13 35:3
APPEARANCES 1:16
approximately 33:21
area 13:17 14:4 20:19
 21:8
arm 36:8
around 18:19 19:14,16
 42:17 56:2,19
arthritis 32:11
asked 3:18 27:21
assume 16:15 19:8
assumed 13:4
assuming 18:11
attention 20:11
August 4:4 60:21
automobile 51:7 52:4
available 19:19
avoid 19:9
away 19:5
A-C-T-E-R-N-A 6:11
a.m 8:6

**B**

B 1:18 58:18
back 6:20 11:18,20
 17:2 22:15 23:16
 24:4 25:6,7,18 26:14
 28:13 29:7 30:7
 36:19 37:3,4,5,5 39:4
 39:8,12,17,19,20
 40:15 41:2,5,8 42:1,2
 42:14 44:10 46:3
 50:2,10 51:19
bad 57:1
Baltimore 1:14 27:7
 28:10
bandage 43:12 55:15
basically 53:20
basis 32:6 56:13
basketball 57:16
bathe 36:21 37:2

**B**

bathroom 38:19,20
 39:2
battery 11:9,10 12:1
bedroom 38:16,18 39:3
before 1:15 6:6 7:2
 11:2 20:12 21:15
 23:7 27:17,18 30:4
 36:14,18 38:4 40:18
 42:4,8 44:18 49:7
 50:6 51:3 54:19 55:5
 55:9 57:8,8 59:14
 60:6
behalf 1:17,19
behind 11:14
being 23:16 25:11,21
 54:6 .
believe 54:7
below 9:10 24:4 31:14
belsky 1:13,17 4:17
 16:4 26:14,18 27:2
 51:6 52:10,15 58:9
 59:13,19
benjamin 1:7,20
best 21:18
better 44:16
between 2:2 6:2 9:17
 21:10 22:6
Bianchi 9:15
bicycle 8:7,16 9:4,14,16
 10:6,9 11:3,4 16:18
 22:1 43:16 52:2,4,13
 52:17,18 54:13
bicyclists 24:19
bike 8:17,20 9:18,19,20
 10:3 21:14 25:11
 51:11 53:21 57:11
bikes 10:4
birth 2:20
bit 36:1
black 24:1,15
blond 35:6
body 27:13 54:10
bone 24:4 51:17,18
bones 28:13 31:17
boss 44:7
both 11:10 14:1
bother 42:15,18 55:20
bothered 32:16
bothers 32:6 42:21
bought 7:6,8 10:7 58:6
Boulevard 2:18
brace 31:21 34:1,2,3,4
 34:7,10 38:1
branches 57:21
brand 11:15
breathe 57:6
broke 31:14 41:16

**B**

51:15 53:1
broken 28:11
bruises 34:20
businesses 21:1
butt 24:6

**C**

call 37:14 44:12 51:10
called 2:12 7:7 11:15
 35:15
came 19:7 33:18
cancellation 39:21
cancelled 39:19
cane 41:4
capacity 49:20
car 19:13,19 55:19
carroll 1:4,11 2:11,18
 3:4 59:12 61:2
Case 1:5
cast 33:20 34:1
Center 27:6 32:14
certify 60:5,8,11
cervical 37:15
chance 32:14
chances 32:11
Charles 1:14
children 4:7
choice 20:1 50:2
cholesterol 49:6
church 28:9
Civil 1:5
claim 55:7
cleaning 58:4
clear 27:3
Clerk 2:7
close 37:4
closed 34:14 35:15
 45:14,15 55:2
closer 30:21
closest 13:2 19:1,2
clothes 23:13 25:20
clothing 23:20
cold 10:13 21:16
collar 36:15,17 37:15
 38:1 41:10,13
collarbone 53:1 54:11
college 51:16,17
collision 52:3
color 24:17
come 7:14 36:4
comes 58:11
comfortably 43:10
coming 8:11
commencing 1:12
commercial 21:1
Commission 60:20
Company 4:21

**C**

compensation 55:8
competitive 25:8
complaining 58:2
complete 13:12
computer 6:1 7:4
concerned 22:12 48:16
concluded 59:21
concussion 34:15 35:17
 45:8,15 46:4
condition 41:14
connected 11:20
consider 19:11
considerably 32:12
considered 31:11
Corp 6:7
corporate 4:20 5:8
Corporation 6:10 7:3
correct 22:16 56:19
counsel 2:3 60:11,12
County 60:2,5
couple 37:17 43:2,3
 51:10 58:17
course 18:16,17 19:7
 19:15 36:3 45:19
court 1:1 2:7
covering 24:16,18
cracked 51:16,18
crashed 53:20
create 6:3
Creek 53:2
crossed 15:7,16 16:1,6
 22:15
crossing 15:3 16:20
 23:10
crutch 41:4
current 2:16
cut 57:21
cutting 23:13 25:20
cycle 25:12
cycling 25:9 53:2
cyclists 24:5

**D**

daily 55:13 56:13
dark 10:18 11:1
date 2:20
dates 6:14
day 7:18 8:1 9:5,12
 10:12 17:9 33:4,15
 40:5,7,8,9,12 42:21
 43:14,15 44:9 55:16
 58:4 60:16
days 31:4 33:11 40:6,7
 40:9,9,12
deaden 29:14
debris 18:18
December 1:12 21:17

61:3
decided 31:12,15,18
decision 59:17
Defendants 1:8,19
degree 3:5,6
depend 18:18 19:10
deposition 1:11 2:4,7
  59:14,16,21 61:2
described 34:15
desk 6:2
detail 13:15
developing 32:11
different 39:20
differently 45:12
direction 13:19,21
  41:19
discussion 6:9 35:10
  58:10
dishes 56:4
distinctly 29:11
distinguish 16:15
DISTRICT 1:1,1
Division 1:2
doctor 32:7,9,10,13,19
  36:12 41:12 44:20
  45:18 47:7,9,12,17
doctors 59:3
documents 58:19
doing 16:16 38:10
  39:10,11 48:13,20
  50:9,20
done 25:8 44:8 56:10
double 14:20
down 14:9 41:20 44:9
  48:2,3 50:14 59:4
Dr 47:10 48:19
Drive 9:3 17:20 21:11
  21:11 23:10
driven 28:9
drives 22:6
driveway 57:16
drop 9:21
drove 20:9,10 22:3
  40:17
duly 2:12
during 40:16

E

each 13:19,21
earlier 48:4
east 15:20
effect 30:11
eight 14:15 40:9,12
either 10:21 13:4 32:11
  41:19
elastic 43:12
elbow 51:19 52:11

eleven 36:14 37:10,11
emergency 23:12 25:20
  53:16,17
employed 4:13,15 5:13
  6:6,14
employee 60:12
employers 50:8,20
Encore 7:4,5
end 51:20
ends 16:9
engineer 5:20 6:18
  50:13
enough 20:11 57:5
enter 19:16
entered 16:10
entering 17:16
esquire 1:17,18 58:18
essentially 49:12
et 1:4,7
even 7:11
ever 17:11 19:16 25:8
  26:5,8,11,20 29:21
  32:7 51:2,13 52:3,18
  52:21 54:18 55:4,7
  59:7
every 42:21 43:14,15
  43:17 55:16
everything 48:15
exactly 17:21 18:6
  32:18 33:18 39:8
  40:10 46:16 59:9
examination 2:15 61:5
examined 2:14
exercises 36:5
Exhibits 61:8
Expires 60:20
explained 44:20
extended 24:4

F

face 34:21 35:4
family 47:12,15
far 3:3 12:11 17:19
  22:11 35:11 41:19
  42:17 45:5 48:16
  57:5
farms 21:6,6
feel 29:15 50:5
feeling 29:12
feet 14:15
fell 51:19 52:7 53:21
felt 20:7
fender 25:7
few 18:3 30:9 46:15,17
  47:4
Figueroa 47:10 48:19
filed 3:12 55:4

filing 2:7
find 13:15 29:7
fine 48:15
finger 51:15,17 52:11
finished 56:11
first 2:12 9:12 13:16
  39:5
five 11:19 20:6 40:7,8,8
  40:9,12
flash 11:16
flat 9:20
fleece 24:1,15
flick 11:11
Floor 1:14
Florida 2:19 5:8 6:20
  7:14 48:2,3 50:2
follows 2:14
football 51:16,18 57:15
forget 44:3,4
forgotten 44:10
former 25:10
Fort 7:4
forth 25:18 40:15
Forty 14:6
forward 37:5
four 34:11
fracture 52:18
fractured 52:10
fractures 54:14
freezing 9:7,10,13
  10:14,15
fresh 44:15
Friday 1:12
friends 51:16,18
from 7:1 8:11 10:10
  11:14 12:10 16:9
  19:1,5 28:19 30:18
  36:2 38:17 41:7,10,12
  46:8 55:19
front 37:4 56:3
further 2:6 19:5 32:8
  60:8,11
fuse 41:16
fusion 27:16 41:16
  48:12
future 32:15

G

gather 22:21
gave 37:14 39:19
general 13:17 47:14,15
generally 9:9,19 10:2,3
  18:19 19:5 59:16
generator 11:8
genetic 35:9
Germantown 6:13
getting 8:15 17:2 59:6

give 36:4 58:16
given 47:7,9
gives 44:8
glad 3:13
gloves 24:14
go 3:3 5:10,10 13:14
  19:14,16 28:13 29:15
  30:7,18 39:4,17 41:9
  50:2 53:6,16 59:4
goes 17:12
going 3:10,17 8:9 14:10
  14:11,12 20:11 26:14
  41:8 42:15 48:9
gone 15:20
good 37:13 44:18 57:1
gotten 13:8
gradually 34:7
green 24:2
ground 23:12
group 5:2,7 7:8
Grove 53:9,10
growing 29:9
guess 14:14 20:21
  25:15 32:16,18 45:16
  54:7
Gulfport 2:18,19

H

hair 29:9
half 5:15 8:17 9:1 10:10
  12:9
halo 28:11,16,18,20,21
  29:1 30:8 33:14,15
hand 51:15,17 60:15
handlebars 9:21,21
hands 24:14
happen 12:8 53:18
happened 8:5 12:14
  13:17 14:5 15:10
  16:1 44:14 45:7 59:2
  59:9,9
Harford 60:2,5
having 2:12 17:9,11
  39:21
head 12:17 24:15,16
  29:18 34:14 35:4,12
  35:15 41:19 43:20
  45:6,14,15 46:4 52:21
  54:2,16,18 55:2 56:17
  56:20 57:5
headache 29:21
headlight 11:4
headlights 11:7 12:5
  24:10
headquarters 5:8
heal 32:3,18
healed 32:4

health 49:4
held 1:11 6:9 35:10
  58:10
helicopter 23:17 26:1
helmet 23:18 24:15,16
  24:17
help 45:19 59:8
helps 43:13
HENRY 1:17
her 4:17 28:9
high 49:6
higher 32:12
him 47:21 48:6,17
hips 24:4
hit 20:12 52:6
home 8:12 12:10 30:21
  36:2,3,4 38:14
Hopkins 3:8
hospital 26:4 27:5 28:3
  30:16,19 38:7 45:9
  53:6,15 58:21
hours 30:10 40:5,7,8,9
  40:12
house 38:15 56:2 58:6
houses 21:3
hundred 18:3
hurt 39:15 42:2,7
hybrid 9:16,17,18,19
hybrids 10:5

I

idea 17:19 18:1 22:12
imagine 30:1
impact 15:2 17:20 18:7
  23:7
increased 34:7
INDEX 61:1
indicating 29:6
injured 51:2 54:18
injuries 3:11 34:12
  45:2 46:8 47:6,17
  49:1 54:16 55:11,13
  57:10
injury 34:14,16 35:15
  40:1 42:19 43:21
  45:4,6,14,15 46:5
  47:13,20 55:2,8
inside 5:21
interested 60:14
intersecting 15:16
intersection 16:10,11
  16:20 17:3,7
introduced 45:13
investigated 26:12
iron 46:20

J

**J 1:7**
jacket 24:3
James 1:20
January 7:20 10:7 22:7
    60:16
job 7:16 39:10,12 49:11
    49:20 50:6,9,12,21
Johns 3:8
Judd 1:15,21 60:4,18
July 5:18,18 6:16
just 3:16 12:12 13:11
    13:14 15:21 20:3,6
    21:5,6 27:2 28:3
    31:14 36:8 42:11
    43:10 46:4 47:13,17
    47:20 48:8,11 49:3
    51:19 52:6,16 53:16
    53:17 55:16,19 57:20
    58:5,16

**K**
Katie 4:12
keep 24:2
kept 34:4 41:7
Kessler 30:19 33:6,7
    36:2 46:8,17 47:3
kid 55:1
kidding 58:5
kids 57:14
kind 9:14 23:20 42:14
    44:6 49:13
kitchen 38:17
knee 31:14,20 36:13
    42:21 43:13 47:8
    48:20 49:3 55:16,20
knobby 10:2
know 3:9,16 7:11,11
    13:5,9 14:14,17,18
    18:18 19:10 20:17,18
    23:2 24:20 26:5,7,8
    28:16 29:14,17 30:9
    33:18 34:18,19,20
    35:2,14 41:19 45:5,6
    46:6 49:21 51:9,11
    55:16 57:1,15,21
    58:13
knowledge 21:18 32:2
    35:13

**L**
L 1:17
lab 6:2
laboratory 5:21 31:5
lacerations 35:12
lane 13:21 14:16 19:2,6
    19:17 20:3,4,7
lanes 13:18 14:19

larger 10:4
last 3:5 6:5 15:3,15
    21:13 22:14 41:7
    47:19
Lauderdale 7:5
Laura 4:2
Law 1:13
lawsuit 3:11 55:4
lean 37:3,5
leaned 24:5
learned 45:11
least 14:6 16:9 46:15
    47:4
leave 6:19
left 7:6 10:15 16:10
    30:17 31:3,21 50:1,6
    51:15,17
left-hand 18:20
leg 25:11 31:11,13,14
    31:20 32:2,8,12,15
    33:20 34:5,6,13 36:9
    36:13 38:13 42:19
    45:4 47:13 55:16
    56:9
legs 24:2,2
less 13:12 15:4 49:16
lesser 49:20
let 3:16 13:11,14 14:8
    34:8 36:14 38:12
    41:9 58:17
Let's 7:18 43:20
life 55:13
lighting 24:9,10,11
lights 12:3 25:6
like 5:16 9:20 10:14
    25:13 29:18,21 33:15
    35:14 39:5 42:13
    44:6,7 46:12 50:5,7
    51:10 52:8 55:8,15
    57:15,15 58:3
limit 14:4
limits 41:18
list 44:8
listening 23:12
little 11:16 36:1 49:16
    51:17
living 38:17 55:14
located 5:6,7 6:12
location 13:9
locked 34:4
long 5:13 8:19 10:6
    30:15 31:2 33:5,10,14
    33:18 38:4 40:3,18
    44:18 46:13 47:2
longer 44:17
look 56:10,11 58:17
looked 48:15 59:5

looking 58:18
looks 9:20
loss 43:21 44:13 45:20
lot 10:14 20:15,16
    32:16 42:2 43:13
    44:16 50:17 57:11,14
    57:19 58:7
lying 23:11
L.E.D.s 11:16,19

**M**
made 24:5 55:7
majority 25:17
make 48:8,12
making 49:14,16
manager 25:10
manifestations 55:12
mann 1:18 2:15 3:9
    26:17 27:4 52:12,16
    58:16,18 59:11 61:6
many 4:9 13:18
mark 34:16
Marked 61:8
marriage 4:5
married 3:20 4:3 51:19
    51:21
martin 1:7,20 26:6
Martin's 23:1
maryland 1:1,15 6:13
    7:14 12:15 27:6
    30:16 32:14 60:1,5
Massachusetts 5:9
Master's 3:5
matter 18:16,17
May 39:6
maybe 21:21 46:12
mean 9:17,18 24:21
    31:20 42:8 43:9 44:2
    44:3,13 47:14 55:2
meaning 52:10
median 14:21
medical 27:6 32:14
    51:13
medication 46:1,7
medications 47:3,5
memory 13:12 22:11
    23:11,16 35:19 43:21
    44:12,18 45:20 50:11
michael 1:18 58:18
Microsystems 7:9
middle 18:20,21 19:1
    51:15
might 32:16 33:4 45:19
Mike 3:9
mile 15:5
miles 12:9
mind 58:12

minute 16:4 51:6 58:14
minutes 8:21 43:2,3
missed 53:20
MJG-02-CV-2084 1:6
model 9:15
moment 18:7
money 49:15,16
months 21:20
more 19:6 32:10 42:2,7
    43:2,3 44:11 49:14
    50:17 51:11 57:11,14
    57:19
morning 27:19,20
    30:14,17 31:10 55:20
most 10:4,5
mostly 9:6,20 36:8
motion 34:8 41:18
mountain 9:17,20 10:3
    10:4
move 6:20 36:9
moved 48:6
much 13:1,15 56:17
muscle 42:14
muscles 42:1
myself 51:11
M.R.I 30:10,11

**N**
name 2:16 3:9 4:1,19
    9:15 11:15 15:10,13
narrow 14:9
nearly 43:19
neck 27:14 28:11,13,19
    30:7 31:11 32:11
    34:13 36:15 37:6
    38:2 41:10,12,14,15
    42:1,5,9,12,15 45:4
    48:1 57:4
need 31:18 44:8 48:17
needed 32:8
Network 5:2
neurosurgeon 48:1
never 20:7,9,10 22:10
    22:21 42:9 51:5 59:4
next 23:9,15 26:3 28:1
    39:2
nods 12:17
noises 23:6
None 61:8
normal 8:15-12:16 19:7
    19:15 40:13
normally 12:21 18:15
    21:12
north 15:5 21:6
northbound 14:19
Northern 1:2
notarial 60:15

Notary 1:15 60:4,19
notes 50:17
nothing 2:13
notice 22:7
noticed 50:11 56:15,18
number 3:1,10

**O**
obstruction 19:8,11,16
    21:10 52:7
obstructions 22:8
obtain 3:7
obtained 3:5
obviously 19:14 58:20
occurred 17:20 22:13
    22:19 23:7 44:21
October 6:16 53:4
odd 29:12 30:3
off 6:9 15:19,20 17:12
    23:13 25:21 33:17
    35:10 36:15,18,21
    51:19 53:21 58:9,10
offered 49:18
office 44:7,10 55:19
officer 26:11
Offices 1:13
often 43:19
once 17:16 25:10,11
    37:12 43:17 50:10
    51:12
one 11:19 13:19,21
    17:12 26:16 31:12
    32:10,21,21 39:20
    44:10 49:12 53:8
    55:5,9 56:5
ones 56:5
only 4:5 17:12 25:10
    33:3,15 35:14
onto 17:16 22:15 23:10
open 7:12 37:3,5
operate 31:12,16
operated 30:12 31:10
    31:17
opposed 9:21
orange 24:3
other 9:1 18:21 29:7
    31:5,7,9 34:12,13
    48:17,19 49:4 54:11
    54:13
out 13:15 33:18 57:20
    60:7
outcome 60:14
outside 7:4 24:18
outward 34:16
over 21:14,19 24:2,5,16
    28:9
own 24:9 50:2

**Oxy-IR** 46:12

**P**

Page 61:5
pain 42:5 46:11,13
  55:17
painful 43:6
pains 42:9,12
Park 53:20
parked 19:13,19
part 18:15 39:9,11 40:3
  54:10
particular 20:14
parties 2:3 60:12,13
parts 27:13
pass 59:4
past 15:10 17:17,19
  34:11
pastor 28:8
pay 20:11
pedaling 11:12
pedals 24:21
people 20:10 23:12
  24:7
performed 27:17 41:15
  41:15
person 51:10
personal 22:12 55:7
perspective 16:9
Petersburg 5:8,11 7:1
  47:11
physical 34:5 36:15
  55:12 56:16,16
physician 47:10
pick 9:4
pierce 28:21
pill 46:11
pin 31:17 32:17
place 6:5 21:2 60:6,7
placement 18:2
places 21:2
Plaintiffs 1:5,17
planning 8:13
plastic 24:18
play 57:14
playing 51:16,18 57:15
  57:16
point 10:10 12:7 34:5
  37:7
police 7:19 18:2 21:2
  26:11
poorly 3:12
possibility 33:4
post 11:20
powered 11:8,10 12:1
practice 47:15
practitioner 47:15

precipitation 10:16
precise 13:9
PRESENT 1:20
pressure 29:18
pretty 13:1 15:13
previous 21:16
prior 17:3 28:6
probably 4:20 8:17
  12:9 14:17 15:4 30:9
  34:10 36:13 37:11
  38:7 39:5 40:20 48:4
  54:3 55:1
problem 16:14
problems 35:19 49:5
procedure 32:8
procedures 31:9
proceedings 59:15 60:6
  60:8,10
programs 6:3
project 39:14,17,18
pronounced 13:6
properly 50:21
Public 1:15 60:4,19
pull 28:12,13,19 56:5
  57:21
pulling 22:14 23:10
purely 25:15
pushed 25:21
put 18:3 28:18 29:1
  30:8 31:21 36:19
  38:12
putting 28:10,20
P.A 1:14
p.m 1:12 59:21

**Q**

quarter 15:4
question 3:18 15:21
  26:15
questions 3:10 56:11
  59:12,13

**R**

R 1:4
races 25:12
rack 11:18
raining 10:19,20
range 41:18
Raytheon 4:16,19,20
  5:2 49:11 50:20
read 26:16
reading 2:3 48:7
really 13:5 14:14 20:9
  20:10 38:7 42:9 54:6
rear 12:3
reason 37:13
rebreak 32:16

recall 10:17 22:10 35:5
  46:15 54:12,20 55:10
received 51:13
receiving 48:20
recollection 22:12
recommend 59:17
recommended 45:18
record 2:17 6:9 27:2
  35:10 58:9,10 60:10
recorded 60:9
reflected 24:9
reflection 24:20
reflective 24:3,6
regular 32:6
regularly 57:8
rehabilitation 30:19
  36:12 38:6
related 60:13
released 41:9,12 46:8
remember 8:1,4 10:13
  13:16 15:2,3,9 16:1
  16:16,18,20 17:9,11
  17:15 18:4,6,12,13
  21:9 22:8,14,18,20
  23:4,6,9,14,15 25:19
  25:21 26:3,18 27:18
  28:1,2,6,8,10,20
  29:11 30:8,11 33:17
  38:7 39:8 40:10,20,21
  44:13 48:7 50:15
  54:5,6 58:14 59:8
remembering 44:14
removable 36:18
remove 37:8,12
removed 37:12
repair 31:19
repeat 3:13 15:21
report 7:19 18:2 21:2
REPORTED 1:21
reports 48:7
require 35:3
required 37:19
requires 42:14
residential 20:19 21:8
respective 2:3
response 31:8
result 27:10 35:20
  51:14
resumed 15:7 16:11,12
retroreflective 24:12
  25:7
return 59:1
returned 16:12 59:7
review 59:14
ridden 10:20 21:14,19
ride 8:19 9:9,10 12:7
  12:20,21 18:9,16 20:3

  20:4,10 43:16 57:11
Ridge 12:15 13:17
riding 9:14 10:10 16:18
  17:4 25:17
right 7:18,20 10:1 11:1
  11:20 12:1 15:13
  16:11,19 19:9 24:13
  29:13,20 35:11,16
  38:11 39:2 40:3
  41:17 43:20 45:11
  47:16 49:2 50:3 52:2
  52:13,17 58:11 59:14
road 12:13,15 13:17
  14:2,9 15:4,10,11,16
  16:2,6 17:12 18:9
  20:6,14,15,16,19 21:1
roadway 18:7 23:1
Robbie 4:12
rocks 19:6
Rockville 30:20 53:14
rode 8:17 13:1 17:5
  18:14 20:6 25:15
room 38:17 53:16,17
route 12:16 21:14,19
  22:4
R-A-Y-T-H-E-O-N
  4:18

**S**

safe 20:7
safety 24:3
same 2:5,8 22:4 39:10
  39:11,17 49:12,13,14
  50:6
Sandra 1:15,21 60:4,18
Saturday 30:17
saw 22:21 47:19,21
  48:6
says 29:7
scans 31:6
scars 29:4
scene 59:1,7
schedule 40:13
Schlachman 1:13
school 3:3
scraped 51:11 55:1
scrapes 34:20
screw 29:15
screwed 29:17
seal 60:15
seat 11:20,21
second 26:14 39:5
  58:16
Security 3:1
see 16:14 20:12 24:7
  29:4 30:10 35:6
  48:17 56:8 59:1,8

seeing 22:10 23:4 47:16
seen 23:2 24:19
Seneca 53:19
sent 34:5
separates 14:18
set 36:5 60:7
seven 22:2 32:1 33:21
  34:4,11 36:11
Shady 53:9,10
shell 24:2
Shock 27:9 30:16 31:6
shoes 24:20
short-term 35:19 43:21
  44:12 45:19 50:11
shoulder 13:21 14:1,8
  14:13 15:8 16:5,7,8,9
  16:12 17:2,4,5,16
  18:8,11,15,15,19 19:8
  19:18 21:10 22:9,15
  23:10
shoulders 42:2,15
  56:18,20
shoved 23:16
shower 36:21
shy 12:12
side 14:9 17:12 18:20
  19:1,5 37:4
sides 14:1
sightseeing 53:19
sign 17:14
signing 2:4
Silver 53:13
since 38:2 45:12,13
  56:18
single 51:10
sink 56:3
sir 4:14 56:14
sitting 36:5 44:7
six 12:9 14:14 21:21
  22:2
skin 29:1,14
skull 34:17
Skylark 15:4,11,12,13
  15:20 16:2,6,19 17:19
  21:10 22:15 23:10
sleep 57:2
Social 3:1
soft 37:14,15
softener 46:21
software 5:20 6:4,18
  50:13
some 21:3 24:19,19
  33:4 37:7 39:14
  41:18 42:5 45:18
somebody 29:18
someone 12:21
something 18:10 20:13

46:12,21 52:7,8 53:10 58:13
sometime 32:15
somewhere 5:9 18:19 29:6
sore 43:3
Sorry 10:8 12:19 53:1
sound 7:20
south 1:14 2:19 14:11 14:12,18 15:8 21:5
southbound 14:13
speak 26:11,20
speed 14:4 20:16
spell 4:17
spend 58:4
split 6:2
spoken 26:5,8
spot 35:6,8
Spring 53:13
St 5:7,10 7:1 47:10
stand 43:2 56:3
start 36:12
started 53:5
state 2:16 12:15 53:19 60:1,5
statement 22:16
STATES 1:1
stay 31:2
stenographically 60:9
still 24:6 29:4,7 32:6 35:19 42:2 43:16 44:4
stipulated 2:2,6
STIPULATIONS 2:1
stomach 57:2
stones 19:6
stool 46:21
stop 8:13 17:6,10,11,14
stoplight 17:14
stopped 59:5
straight 32:18
straighter 32:17
street 1:14 13:2
strengthened 34:6
strike 11:4 54:2
strip 14:21 24:6 25:7
stripe 14:20
stripes 24:3,12
struck 52:21
stuff 36:8
suffered 45:2
summer 5:16
Sun 7:8,9
sunrise 11:2
supervisors 50:9,19
supplement 46:20
supposed 28:14 48:13

sure 15:13 48:8,12
surgery 27:10,16,17,20 28:7 30:5 31:7 32:13 33:19 41:16 48:12
surgical 31:9 32:8
suspended 28:19 30:9
sustain 34:13
sustained 54:14
sutures 35:3
sworn 2:12
Systems 5:3
S-U-N 7:10

---

## T

tailgating 20:15
take 8:19 22:3 36:15,18 36:21 46:7,13 47:2,5 56:10,11
taken 43:12 46:1 58:21
taking 33:17 46:10
talk 7:18 35:21 43:20
talked 25:10 55:11 58:21
talking 23:12 25:20 46:3 51:7 52:16
tasks 44:8
tell 2:13 13:10 28:6 31:15 32:7 48:14 50:8,9
temperature 9:6
ten 12:12 31:4 33:11 36:13 37:10,11
tend 50:17
Tenth 1:14
term 44:17,18 45:14
testified 2:14
tests 31:5
Thank 59:12
Thanksgiving 21:16 22:6
their 4:11 24:20,21 27:9
therapist 36:4 56:16
therapy 33:12 34:6 36:15 56:16
thing 15:3 16:14 22:14 23:9,15 26:3 28:1 35:9 41:7 50:11 57:1 57:2
things 44:3,4,6,13,15 44:16 48:8 50:14 52:6 58:1,17
think 5:5 9:15 10:14 34:14 37:14 40:6,7 47:21 49:10 50:7 53:14
thinking 20:7

though 21:12
thought 58:13
three 11:16 34:11 40:5 40:5,7
through 13:14 33:12 58:17,18
tight 43:4
tights 24:1
time 4:13 6:2 7:13 8:4 8:18 9:2 10:10 14:6 21:13 36:18 38:2 39:9,11,15,19 40:4,16 44:10 46:3 47:6,18,19 48:21 55:14 57:2 58:12 60:7
times 58:3
timings 40:10
tires 10:2
today 3:10 41:14 57:20
together 31:18 32:17
told 28:12 32:10 33:3 45:9 50:20 56:16
transcript 60:9
Trauma 27:9 30:16 31:7
travel 14:16 15:7 19:2 19:6,17
treat 54:10
treatment 45:19 48:20 51:14
triathlon 25:11
trouble 44:14
truck 51:20
true 60:10
trusted 20:10
truth 2:13,13,14
truthfully 3:17
try 19:9 28:19 30:7
trying 28:11,13
Tuesday 8:3 27:19 28:3 28:4,5 30:6 31:10
turn 41:19 42:17 53:20 56:17,17,19,19,20 57:5
twice 48:6
two 4:10 11:7 21:19 25:5 26:16 29:7 31:3 40:6,8 41:16
type 24:20 51:8
T.T.C 6:7

---

## U

Uh-huh 29:16
Um-hum 21:4 28:15 29:5 33:8 35:1 36:7 43:11
uncommon 45:1

uncomplicated 59:15
unconscious 54:4,7,8
under 11:21 24:16
understand 3:13,17 35:21 39:11 45:2,7 48:8
Unh-unh 23:5,8
unit 27:9
UNITED 1:1
University 27:6 30:16 32:13
unlocked 34:7
until 41:9,12
unusual 23:7
use 19:19 38:16,19
used 6:7 41:20 42:3,7 56:17 57:2,11,14,19 59:15
using 41:1,4
usually 10:3 12:20

---

## V

vague 23:11,16
vaguely 25:19,21
vast 25:17
vehicle 23:1
vertebrae 41:16
very 21:16 29:12,12 30:3 44:15
vest 24:3,8
vise 29:19
visits 59:3
Vistalight 11:15
vs 1:6

---

## W

Wacomore 13:3,5 15:19 21:11
wait 16:4 51:6
waive 59:16,17,19,20
waived 2:5,8
wake 27:5
waking 26:4 28:2,3
Wakomore 13:3,5
walk 38:5,14,19 40:19 43:3,7,8
walker 38:10,17 40:19 41:1
walking 38:6 55:19
want 3:13 16:15 27:2 56:8
wanted 6:20 50:2
warm 24:2
wash 37:4,5
wasn't 21:12 34:1
way 8:15 26:15 34:14 43:1 54:18 55:13

60:13
ways 26:16
wear 33:14 37:13,17,20 55:15 56:2
wearing 23:18,21 36:17 43:12 55:21
weather 10:12
Wednesday 27:20 30:13,14
weeds 57:21
week 8:1 38:7 39:5 40:6 40:7,8,9,10,12 44:9 53:4
weeks 21:21 22:2 31:3 32:1 33:21 34:4,11 36:11,14 37:10,11,17 40:6 46:15,17 47:4
weight 38:13
weights 28:19 30:9
Weiner 1:13
well 4:20 9:9,18 10:19 13:11,14 16:8 18:1,17 19:18 21:2 25:5,15,17 32:9 34:3 41:15 43:8 45:3,11,13,15 50:8,12 51:6,9 52:12 55:2,15 57:11 59:3
went 15:19 16:7 33:12 36:2 39:8,12 41:2,5 59:3,7
were 4:3 6:5,14,14 7:2 7:13 8:7,9,11,13 9:14 11:8,10,12 12:3,13 14:9,10,12 17:3,17,20 18:7,11 21:1,3 22:8 23:18,20 25:5 28:9,11 28:12 30:15 33:5,10 36:17 37:19 38:4,9,14 38:15 39:10,11,14 40:3,18 41:4 46:8,10 48:8 50:5 52:6,12 53:15 54:4,7 57:7 58:20 60:8
weren't 41:1 50:9 55:20
west 15:20
we'll 35:21
we're 24:8 56:11
We've 55:11
wheelchair 36:6 38:16
wheels 10:4,5
while 9:13 24:8 43:17
white 24:18 35:8
whole 2:13 4:19 10:13
wide 13:18 14:8,13,16
wife 28:8,12 29:7 37:2 44:17

---

wife's 4:1
william 1:4,11 2:11,18
    61:2
wind 24:2
wit 60:2
within-named 60:6
witness 2:4,12 4:18
    12:17 52:14 59:18,20
    60:15
witnessed 26:9,20
woke 27:18 28:7
word 16:12 47:8
words 18:21
wore 33:20
work 5:10,21 6:1 8:10
    8:16 12:11 25:16,18
    39:4 40:5,16 41:2,5,8
    42:13,14 49:13 50:11
    57:19 58:7
workers 25:20
working 7:13 39:14
workmen's 55:8
worn 38:1
worst 29:21
wouldn't 10:19,20 20:3
    38:12 41:9
write 6:4 44:9 50:14,17
wrong 31:13

---

### X

x-rays 31:5

### Y

yard 42:13 57:15,19
    58:4,7
yards 18:3
yeah 6:4 7:11 10:11
    13:4 15:14,17 19:10
    19:13,19 22:2 25:1,17
    26:2 37:9 39:2 40:14
    48:10,12 49:8,13
    50:10 51:9 52:8 53:1
    53:1 54:3 57:5
year 5:15 21:16 44:14
    48:4
years 20:6
yellow 14:20

---

### 1

11 4:12
11/12/64 2:21
13 1:12 4:12 61:3
16 60:21
16th 7:20 22:7
1988 4:4

---

### 2

2 61:6
2:48 1:12
20 1:14
2000 22:6
2001 5:17,18 6:16 7:20
    22:7
2002 1:12 61:3
2003 60:16
2005 60:21
21201 1:15
26-inch 10:4
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 3:2
27 10:5 12:15 59:4

---

### 3

3:33 59:21
35 10:14

---

### 4

40 8:21 14:7

---

### 6

6th 4:4
6:30 8:6
6043 2:18

---

### 8

88 51:21 52:1

---

### 9

9th 60:16
95 6:16 7:14 10:7 53:4
96 10:7