# EXHIBIT C

# EXHIBIT C

Benjamin James Martin - 12/13/02
Case 1:02-cv-02084-MJG    Document 16-5    Filed 03/14/2003    Page 3 of 13

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2                       Northern Division

 3

 4   WILLIAM R. CARROLL, et al.

 5              Plaintiffs                  Civil Case No.

 6     vs.                                  MJG-02-CV-2084

 7   BENJAMIN J. MARTIN, et al.

 8              Defendants
     _____/
 9

10              The deposition of BENJAMIN JAMES MARTIN

11   was held on Friday, December 13, 2002, commencing at

12   3:49 p.m., at the Law Offices of Schlachman, Belsky &

13   Weiner, P.A., 20 South Charles Street - Tenth Floor,

14   Baltimore, Maryland 21201, before Sandra A. Judd,

15   Notary Public.

16   APPEARANCES:

17          HENRY L. BELSKY, ESQUIRE
                 On behalf of Plaintiffs
18
            MICHAEL B. MANN, ESQUIRE
19               On behalf of Defendants

20   ALSO PRESENT:  William Carroll

21   REPORTED BY:  Sandra A. Judd
```

GORE BROTHERS Reporting & Video Co., Inc.          Towson Reporting Company
410-837-3027                                              410-828-4148

## Page 2

```
 1              STIPULATIONS
 2         It is stipulated and agreed by and between
 3   counsel for the respective parties that the reading and
 4   signing of this deposition by the witness be and the
 5   same are hereby waived.
 6         It is further stipulated and agreed that
 7   the filing of this deposition with the Clerk of Court
 8   be and the same is hereby waived.
 9         - - - - - - - -
10   Whereupon,
11         BENJAMIN JAMES MARTIN,
12   called as a witness, having been first duly sworn to
13   tell the truth, the whole truth, and nothing but the
14   truth, was examined and testified as follows:
15         EXAMINATION BY MR. BELSKY:
16    Q    State your full name for the record,
17   please.
18    A    Benjamin James Martin.
19    Q    Mr. Martin, you've sat through the
20   deposition of Mr. Carroll, so you understand the ground
21   rules. If there's anything that I ask you that you
```

## Page 3

```
 1   don't understand, please ask me to repeat it, and I'll
 2   be glad to repeat it. If you answer the question, I'll
 3   assume we're communicating.
 4         If you want to take a break -- I don't
 5   think this deposition will last more than 30 minutes,
 6   if that. But if you do want to take a break for any
 7   reason, just let me know, and we will glad to
 8   accommodate you. If you don't know an answer, don't
 9   guess. Just, you know, give me the best information
10   that you have on it.
11         Where do you live at right now?
12    A    1505 West Main Street, Ephrata,
13   Pennsylvania.
14    Q    And with whom do you live there?
15    A    My spouse and myself.
16    Q    And what is your spouse's name?
17    A    Ann Martin.
18    Q    How long have you been married to Ann
19   Martin?
20    A    Six years.
21    Q    And how old are you?
```

## Page 4

```
 1    A    Thirty.
 2    Q    So this is your first marriage?
 3    A    Yes.
 4    Q    And what do you do for a living now?
 5    A    I'm a truck driver.
 6    Q    For what company?
 7    A    Trailer Tech, Incorporated.
 8    Q    And how long have you worked for Trailer
 9   Tech Incorporated?
10    A    Six months.
11    Q    And prior to that, where did you work?
12    A    Good's Disposal, Incorporated.
13    Q    Let me take a step back. Trailer Tech,
14   Incorporated, where are they located at?
15    A    11 Site Road, Leola, Pennsylvania.
16    Q    Okay. And then you went to the next
17   company you were working for. Would you repeat that
18   again?
19    A    Good's Disposal.
20    Q    And were you a trucker there also?
21    A    Yes, sir.
```

## Page 5

```
 1    Q    And where are they located at?
 2    A    Brownstown, Pennsylvania.
 3    Q    And how long did you work for them?
 4    A    For a year.
 5    Q    For a year?
 6    A    Yes.
 7    Q    And prior to that, where did you work?
 8    A    Burris Foods in Denver, Pennsylvania.
 9    Q    And how long did you work for them?
10    A    I worked there for about five months.
11    Q    And what were you doing for them exactly?
12    A    Inventory control clerk.
13    Q    So you were not trucking at that point?
14    A    No, sir.
15    Q    Why did you leave there?
16    A    Dishonest business practices.
17    Q    Theirs, I assume; not yours.
18    A    Yes.
19    Q    Were they closed up, or you just couldn't
20   take it anymore?
21    A    No, I just didn't want to be a part of it
```

Page 6

1 anymore.
2    Q    And where are they located at?
3    A    It's Denver, Pennsylvania. Their main
4 office is in -- it's in Delaware. I forget the name of
5 the town.
6    Q    And where did you work before that?
7    A    Before Burris was Lamtech.
8    Q    Lamtech was the person you were driving for
9 at the time of this accident?
10   A    Yes, sir.
11   Q    How long did you work for Lamtech?
12   A    Almost three months.
13   Q    And why did you leave there?
14   A    I was laid off.
15   Q    Were you laid off because of this accident
16 or for some other reason?
17   A    Yes, this accident.
18   Q    Okay. When you started working for
19 Lamtech, did you have to take any type of test?
20   A    No, sir.
21   Q    What type of driver's license do you have?

Page 7

1    A    I have a Class A C.D.L.
2    Q    What does that mean?
3    A    That means driving a vehicle with a gross
4 vehicle weight rating over 26,000 pounds pulling a
5 trailer over 10,000 pounds.
6    Q    Is that an 18-wheeler, as we call it?
7    A    Yes, yes.
8    Q    Don't you have to take physical
9 examinations in order to have that license on a regular
10 basis?
11   A    Yes. A D.O.T. physical, yes.
12   Q    And how often have you had D.O.T.
13 physicals?
14   A    My last one I believe was September --
15 September, no. I'm sorry. It was in -- it was in
16 March, just after I had passed my test.
17   Q    March of what year?
18   A    Well, without looking at my license, I
19 don't recall.
20   Q    Was that before or after this accident?
21 This accident happened on --

Page 8

1    A    It was -- it was before. I had gotten my
2 C.D.L. through a trucking company.
3    Q    And what trucking company was that?
4    A    Clouse Trucking, Incorporated.
5    Q    And how long did you work for Clouse
6 Trucking Incorporated?
7    A    I worked for them from -- I believe it was
8 December of '99 to October of 2000.
9    Q    And between October 2000 and January 16,
10 2001, what did you do?
11   A    I worked in their shop from -- from
12 December till March. In March I had gotten my license
13 and went out on the road.
14   Q    March 2000?
15       MR. MANN: Right. He was asking you
16 actually about October 2000 to January 16, 2000, during
17 the time you were working for Lamtech, I think.
18       I think that's what your question was.
19   Q    Were you working for Lamtech at that time?
20   A    Between October 2000 and January 16th, yes.
21   Q    So after the accident, did you ever go back

Page 9

1 to Lamtech?
2    A    No.
3    Q    Okay. Did they ever ask you what happened
4 in this accident?
5    A    Lamtech?
6    Q    Yes.
7    A    No.
8    Q    Did you ever contact one of their agents or
9 insurance carriers about what happened in this
10 accident?
11   A    An insurance carrier, no. Directly after
12 the accident, I had called my supervisor.
13   Q    Okay. And who was your supervisor?
14   A    It was Bob Brooks.
15   Q    And did he ask you what happened?
16   A    At the time I had called, I had gotten a
17 machine, because it was still early in the morning and
18 no one was there. And then they had called me back,
19 and then I explained to them what happened.
20   Q    And did they take notes of this conference,
21 do you know?

### Page 10

1  A   I do not know.
2  Q   And was it based on that conversation that
3  you were told you were terminated?
4  A   No.
5  Q   When were you told you were terminated?
6  A   The following Friday of -- from the
7  accident. The accident was on a Tuesday.
8  Q   Did they tell you the reason you were being
9  terminated?
10 A   Yes.
11 Q   What did they say?
12 A   I had had a previous incident involving the
13 truck.
14 Q   So "two strikes, you're out" type of
15 situation?
16 A   Yes.
17 Q   What was the previous incident?
18 A   I was making a left-hand turn out from a
19 curb in a residential area, and there was a low
20 overhanging branch, and the corner of the truck had
21 caught the branch and caused some damage.

### Page 11

1  Q   But you never had a ticket for that?
2  A   No, sir.
3  Q   Did you ever have any other incidences
4  while trucking besides these two?
5  A   While trucking for Lamtech?
6  Q   Well, for anybody.
7  A   Just one.
8  Q   When was that?
9  A   It was in July of -- July of 2000.
10 Q   And what was that all about?
11 A   It was raining, and I had swerved to miss
12 vehicles, and I ended up hitting another one.
13 Q   And where was that at?
14 A   It was in Goodville, Pennsylvania. Or
15 actually I believe they would consider -- East Earl was
16 the town. It was outside the town of Goodville.
17 Q   They would consider what?
18 A   East Earl.
19 Q   East Earl?
20 A   Yes, East Earl.
21 Q   Did you receive a ticket for that?

### Page 12

1  A   Yes, I did.
2  Q   And what was the ticket for?
3  A   Driving too fast for conditions.
4  Q   And did you go to court or pay the ticket
5  or what?
6  A   Just paid the ticket.
7  Q   In this case, you also got a ticket; is
8  that correct?
9  A   Yes.
10 Q   And did you pay the ticket in this case?
11 A   Yes, I did.
12 Q   What was the ticket that you received in
13 this case?
14 A   Careless driving.
15 Q   Did you consult with an attorney relative
16 to this case?
17 A   No, I did not.
18 Q   According to the Interrogatories, you had
19 started to -- scratch that. As part your requirement
20 with the Department of Transportation, were you
21 required to file a report with them?

### Page 13

1  A   File a report with D.O.T.?
2  Q   D.O.T., yes. Or I.C.C. I'm not sure
3  what's the difference.
4  A   No, I believe that I -- I didn't have to do
5  anything personally, no.
6  Q   Do you know whether or not that's a
7  requirement that your -- Lamtech had to do?
8  A   To my knowledge, no.
9  Q   Where were you going at the time of the
10 accident?
11 A   Home Depot in Germantown, Maryland.
12 Q   And what time were you supposed to be
13 there?
14 A   There was no set time.
15 Q   Okay. And as I understand it, you left
16 Pennsylvania at 3:00 in the morning?
17 A   3:30.
18 Q   3:30? What shift did you work, or was
19 there a shift?
20 A   There was no shift. It was all depending
21 on when I wanted to start and when I wanted to get

14

1  done.
2  Q  Were you required to keep logs?
3  A  Yes.
4  Q  Did you keep logs on this particular trip?
5  A  Yes, I did.
6  Q  Did you keep logs on the day before?
7  A  Yes, I did.
8  Q  Where did you travel the day before?
9  A  The day before would have been my
10 southeastern Pennsylvania/Delaware/
11 northeastern Maryland route.
12 Q  And what time did you complete that route?
13 A  Complete?
14 Q  Yes.
15 A  To the best of my knowledge, I do not know.
16 Q  And what time did you start that route?
17 A  5:00 a.m.
18 Q  Do you know where you went?
19 A  No, sir, I do not.
20 Q  Have you ever been cited by the Department
21 of Transportation for log violations?

15

1  A  No, sir.
2  Q  Have you ever been convicted of a crime?
3  A  No, sir.
4  Q  Why don't you tell me in your own words
5  exactly what you remember about the accident.
6  A  What I remember was traveling south on
7  Route 27. I was coming around a slight bend, you know,
8  just looking at the car in front of me because it was
9  -- it was a busy morning. And about that time, traffic
10 was moving, and everybody was going to work. And I
11 remember there was a car about maybe three lengths in
12 front of me. And then I just remember coming around
13 the bend, seeing a white helmet at my fender, and then
14 hearing a smack.
15 Q  Your right front? Your right fender?
16 A  Yes, sir.
17 Q  Do you remember where that bicycle was?
18 A  Where the bicycle was? To the best of my
19 knowledge, no. I was looking at the traffic in front
20 of me.
21 Q  Okay. So you don't know whether he was in

16

1  the shoulder of the road or in the road?
2  A  No, sir.
3     MR. MANN:  Are you talking about the moment
4  of impact?
5  Q  At the moment of impact.
6  A  At the moment of impact, I have to -- I
7  have -- I couldn't tell you, because the vantage point
8  looking at the fender, you know, I couldn't exactly
9  see.
10 Q  Okay. Did you give a statement to the
11 police afterwards?
12 A  Yes, sir, I did.
13 Q  And according to the police report, it
14 indicated that the driver of unit one -- which was
15 you -- on Route 27 stated that he took his eyes off the
16 road for a short time, and when he looked up, unit
17 number two -- which was Mr. Carroll -- was at his right
18 front bumper.
19    Is that the statement you gave to the
20 police?
21 A  I don't remember saying I took my eyes off

17

1  the road.
2  Q  Okay. Did you take your eyes off the road?
3  A  No. I was looking at the car in front of
4  me.
5  Q  Okay.
6  A  It was a busy morning.
7  Q  Okay. What were you carrying that day?
8  A  Kitchen countertops and bathroom vanity
9  tops.
10 Q  And what was the weight of your -- I guess
11 it's combined weight; is that what they call it?
12 A  A combined weight is usually considered for
13 a Class A vehicle. This was -- this was actually a
14 Class C vehicle. You didn't need a special license to
15 drive it.
16 Q  Okay. So this was not controlled by the
17 Department of Transportation?
18 A  To the best of my knowledge, no.
19 Q  So you were driving a Lamtech truck; is
20 that correct?
21 A  Yes.

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

**18**

| | | |
|---|---|---|
| 1 | Q | From the Lamtech operation -- |
| 2 | A | Yes. |
| 3 | Q | -- to Home Depot? |
| 4 | A | Yes. |
| 5 | Q | So you weren't subbing out or anything like |
| 6 | that? | |
| 7 | A | No, sir. |
| 8 | Q | And you are not an owner/operator; you are |
| 9 | just an employee? | |
| 10 | A | Yes, sir. |
| 11 | Q | At the time of the accident, you were under |
| 12 | the employ of Lamtech? | |
| 13 | A | Yes, sir. |
| 14 | Q | How fast do you think you were going at the |
| 15 | time of the accident? | |
| 16 | A | About 35 miles an hour. |
| 17 | Q | And was there a reason why you were going |
| 18 | 35 as opposed to 40 or 45 or 50 or 30? | |
| 19 | A | I was trying to maintain distance between |
| 20 | myself and the car in front of me. | |
| 21 | Q | Was there a reason for that? |

**19**

| | | |
|---|---|---|
| 1 | A | It was a busy morning. Rush hour. |
| 2 | Q | What was the road condition? |
| 3 | A | It was dry. It was clear. |
| 4 | Q | And what was your visibility? |
| 5 | A | Visibility? It was clear. |
| 6 | Q | How far could you see up the road from |
| 7 | where you were from where the accident occurred? | |
| 8 | A | I don't recall. I was just looking at the |
| 9 | car in front of me coming around a slight bend. | |
| 10 | Q | And what time did this accident occur? |
| 11 | A | It was about 6:30. |
| 12 | Q | What did you do immediately after the |
| 13 | accident? | |
| 14 | A | Immediately after? Well, I pulled over, |
| 15 | ran to check on Mr. Carroll. And there was a -- I | |
| 16 | remember that there was already a detective, an | |
| 17 | undercover detective, on the scene, and she took care | |
| 18 | of calling an officer and all that. | |
| 19 | Q | Do you know what her name was? |
| 20 | A | No, I don't. |
| 21 | Q | When you saw Mr. Carroll and you ran over, |

**20**

| | | |
|---|---|---|
| 1 | what was his condition? | |
| 2 | A | He was curled up and twitching. |
| 3 | Q | Did you see any blood? |
| 4 | A | No, sir, I didn't. |
| 5 | Q | Was he conscious? |
| 6 | A | To the best of my knowledge, no. |
| 7 | Q | And how long did you stay at the scene? |
| 8 | A | Until the officer cleared me. |
| 9 | Q | Were you there when the E.M.T. people |
| 10 | arrived? | |
| 11 | A | Yes. |
| 12 | Q | And did you see what they did to |
| 13 | Mr. Carroll? | |
| 14 | A | No, sir, I did not. |
| 15 | Q | Other than the twitching, did you see |
| 16 | Mr. Carroll do anything else? | |
| 17 | A | No, sir. |
| 18 | Q | Did you ever have a conversation with |
| 19 | Mr. Carroll? | |
| 20 | A | No, sir. |
| 21 | Q | Did you ever have a conversation with |

**21**

| | | |
|---|---|---|
| 1 | anybody about this accident other than the police | |
| 2 | officer that day? | |
| 3 | A | No, sir. |
| 4 | Q | Do you remember having a conversation with |
| 5 | the police officer that day? | |
| 6 | A | The only thing that really sticks out in my |
| 7 | mind was that he asked to see my log book. | |
| 8 | Q | Other than asking to see your log book, did |
| 9 | he at any time ask you what happened? | |
| 10 | A | I'm sure he did. But I don't recall. |
| 11 | Q | Okay. And so the only person that you ever |
| 12 | talked to about this accident was the officer, maybe, | |
| 13 | and your supervisor? | |
| 14 | A | Yes, sir. |
| 15 | Q | And you do not know whether or not your |
| 16 | supervisor's statement was recorded? | |
| 17 | A | I do not know. |
| 18 | | MR. BELSKY: Okay. I'm going to take a |
| 19 | two-minute break. I'm probably finished, but I want to | |
| 20 | think about it. | |
| 21 | | MR. MANN: Okay. |

**Page 22**

    MR. BELSKY: Why don't you come out with me a minute.

    (Henry L. Belsky, Esquire and William Carroll exited the deposition room.)

    (A break was taken from 4:06 p.m. to 4:10 p.m.)

    (Henry L. Belsky, Esquire and William Carroll returned to the deposition room.)

Q   Just a few other questions. The vehicle that you were driving, had you ever driven it before?
A   Yes.
Q   Was this a vehicle that you drove normally?
A   Yes.
Q   Was there any mechanical problems with it?
A   Not to my knowledge.
Q   Okay. Do you know whether your vehicle was ever repaired?
A   Was it ever repaired?
Q   Was there any damage to your vehicle?
A   From the accident?
Q   Yes.

**Page 23**

A   Yes, there was damage to the vehicle.
Q   Where was the damage to your vehicle?
A   It was the mirror frame on the right door.
Q   What is the mirror frame on the right door?
A   It's a bracket that holds the mirror off the door.
Q   Does that extend beyond the cab to the vehicle?
A   Slightly, yes.
Q   How slightly?
A   Maybe about six, seven, eight inches.
Q   And what was wrong with it?
A   It was bent.
Q   It was bent?
A   Yes.
Q   What part of it was bent?
A   It was the bottom, which just pushed the whole thing up.
Q   Is there any other part of your vehicle that was damaged?
A   To my knowledge, no.

**Page 24**

Q   Did you check the bumper?
A   Yes.
Q   Was the bumper in any way scraped or marked in any way?
A   To the best of my memory, no.
Q   So the only thing that appeared to hit, from physical evidence, my client, was this mirror?
A   To the best of my memory, yes.

    MR. BELSKY: Okay. I have nothing further.
    THE WITNESS: Okay.
    MR. MANN: We'll waive the reading and signing of the deposition transcript.
    (Deposition concluded at 4:12 p.m.)

**Page 25**

State of Maryland
County of Harford, to wit:

    I, Sandra A. Judd, a Notary Public of the State of Maryland, County of Harford, do hereby certify that the within-named proceedings took place before me at the time and place herein set out.

    I further certify that the proceedings were recorded stenographically by me and this transcript is a true record of the proceedings.

    I further certify that I am not of counsel to any of the parties, nor an employee of counsel, nor related to any of the parties, nor in any way interested in the outcome of this action.

    As witness my hand and notarial seal this 9th day of January, 2003.

        Sandra A. Judd
        Notary Public

My Commission Expires:
August 16, 2005

```
                                        26
 1              INDEX
 2    Deposition of Benjamin James Martin
 3           December 13, 2002
 4
 5   Examination by:              Page
 6    Mr. Belsky                    2
 7
 8        (Exhibits -- None Marked)
 9
10
11
12
13
14
15
16
17
18
19
20
21
```

GORE BROTHERS Reporting & Video Co., Inc.        Towson Reporting Company
410-837-3027                                     410-828-4148

**A**
about 5:10 8:16 9:9
    11:10 15:5,9,11 16:3
    18:16 19:11 21:1,12
    21:20 23:11
accident 6:9,15,17 7:20
    7:21 8:21 9:4,10,12
    10:7,7 13:10 15:5
    18:11,15 19:7,10,13
    21:1,12 22:20
accommodate 3:8
according 12:18 16:13
action 25:14
actually 8:16 11:15
    17:13
after 7:16,20 8:21 9:11
    19:12,14
afterwards 16:11
again 4:18
agents 9:8
agreed 2:2,6
al 1:4,7
Almost 6:12
already 19:16
Ann 3:17,18
another 11:12
answer 3:2,8
anybody 11:6 21:1
anymore 5:20 6:1
anything 2:21 13:5
    18:5 20:16
APPEARANCES 1:16
appeared 24:6
area 10:19
around 15:7,12 19:9
arrived 20:10
asked 21:7
asking 8:15 21:8
assume 3:3 5:17
attorney 12:15
August 25:21
a.m 14:17

**B**
B 1:18
back 4:13 8:21 9:18
Baltimore 1:14
based 10:2
basis 7:10
bathroom 17:8
before 1:14 6:6,7 7:20
    8:1 14:6,8,9 22:10
    25:6
behalf 1:17,19
being 10:8
believe 7:14 8:7 11:15
    13:4

belsky 1:12,17 2:15
    21:18 22:1,3,7 24:9
    26:6
bend 15:7,13 19:9
benjamin 1:7,10 2:11
    2:18 26:2
bent 23:13,14,16
besides 11:4
best 3:9 14:15 15:18
    17:18 20:6 24:5,8
between 2:2 8:9,20
    18:19
beyond 23:7
bicycle 15:17,18
blood 20:3
Bob 9:14
book 21:7,8
bottom 23:17
bracket 23:5
branch 10:20,21
break 3:4,6 21:19 22:5
Brooks 9:14
Brownstown 5:2
bumper 16:18 24:1,3
Burris 5:8 6:7
business 5:16
busy 15:9 17:6 19:1

**C**
C 17:14
cab 23:7
call 7:6 17:11
called 2:12 9:12,16,18
calling 19:18
car 15:8,11 17:3 18:20
    19:9
care 19:17
Careless 12:14
carrier 9:11
carriers 9:9
carroll 1:4,20 2:20
    16:17 19:15,21 20:13
    20:16,19 22:4,8
carrying 17:7
case 1:5 12:7,10,13,16
caught 10:21
caused 10:21
certify 25:5,8,11
Charles 1:13
check 19:15 24:1
cited 14:20
Civil 1:5
Class 7:1 17:13,14
clear 19:3,5
cleared 20:8
clerk 2:7 5:12
client 24:7

closed 5:19
Clouse 8:4,5
combined 17:11,12
come 22:1
coming 15:7,12 19:9
commencing 1:11
Commission 25:20
communicating 3:3
company 4:6,17 8:2,3
complete 14:12,13
concluded 24:13
condition 19:2 20:1
conditions 12:3
conference 9:20
conscious 20:5
consider 11:15,17
considered 17:12
consult 12:15
contact 9:8
control 5:12
controlled 17:16
conversation 10:2
    20:18,21 21:4
convicted 15:2
corner 10:20
correct 12:8 17:20
counsel 2:3 25:11,12
countertops 17:8
County 25:2,5
court 1:1 2:7 12:4
crime 15:2
curb 10:19
curled 20:2
C.D.L 7:1 8:2

**D**
damage 10:21 22:19
    23:1,2
damaged 23:20
day 14:6,8,9 17:7 21:2
    21:5 25:16
December 1:11 8:8,12
    26:3
Defendants 1:8,19
Delaware 6:4
Denver 5:8 6:3
Department 12:20
    14:20 17:17
depending 13:20
deposition 1:10 2:4,7
    2:20 3:5 22:4,8 24:12
    24:13 26:2
Depot 13:11 18:3
detective 19:16,17
difference 13:3
Directly 9:11
Dishonest 5:16

Disposal 4:12,19
distance 18:19
DISTRICT 1:1,1
Division 1:2
doing 5:11
done 14:1
door 23:3,4,6
drive 17:15
driven 22:10
driver 4:5 16:14
driver's 6:21
driving 6:8 7:3 12:3,14
    17:19 22:10
drove 22:12
dry 19:3
duly 2:12
during 8:16
D.O.T 7:11,12 13:1,2

**E**
Earl 11:15,18,19,20
early 9:17
East 11:15,18,19,20
eight 23:11
employ 18:12
employee 18:9 25:12
ended 11:12
Ephrata 3:12
esquire 1:17,18 22:3,7
et 1:4,7
ever 8:21 9:3,8 11:3
    14:20 15:2 20:18,21
    21:11 22:10,17,18
everybody 15:10
evidence 24:7
exactly 5:11 15:5 16:8
examination 2:15 26:5
examinations 7:9
examined 2:14
Exhibits 26:8
exited 22:4
Expires 25:20
explained 9:19
extend 23:7
eyes 16:15,21 17:2
E.M.T 20:9

**F**
far 19:6
fast 12:3 18:14
fender 15:13,15 16:8
few 22:9
file 12:21 13:1
filing 2:7
finished 21:19
first 2:12 4:2
five 5:10

Floor 1:13
following 10:6
follows 2:14
Foods 5:8
forget 6:4
frame 23:3,4
Friday 1:11 10:6
from 8:7,11,11 10:6,18
    18:1 19:6,7 22:5,20
    24:7
front 15:8,12,15,19
    16:18 17:3 18:20
    19:9
full 2:16
further 2:6 24:9 25:8
    25:11

**G**
gave 16:19
Germantown 13:11
give 3:9 16:10
glad 3:2,7
go 8:21 12:4
going 13:9 15:10 18:14
    18:17 21:18
Goodville 11:14,16
Good's 4:12,19
gotten 8:1,12 9:16
gross 7:3
ground 2:20
guess 3:9 17:10

**H**
hand 25:15
happened 7:21 9:3,9,15
    9:19 21:9
Harford 25:2,5
having 2:12 21:4
hearing 15:14
held 1:11
helmet 15:13
henry 1:17 22:3,7
her 19:19
hit 24:6
hitting 11:12
holds 23:5
Home 13:11 18:3
hour 18:16 19:1

**I**
immediately 19:12,14
impact 16:4,5,6
inches 23:11
incidences 11:3
incident 10:12,17
Incorporated 4:7,9,12
    4:14 8:4,6

**INDEX** 26:1
indicated 16:14
information 3:9
insurance 9:9,11
interested 25:14
Interrogatories 12:18
Inventory 5:12
involving 10:12
I.C.C 13:2

**J**
J 1:7
james 1:10 2:11,18 26:2
January 8:9,16,20 25:16
Judd 1:14,21 25:4,18
July 11:9,9
just 3:7,9 5:19,21 7:16 11:7 12:6 15:8,12 18:9 19:8 22:9 23:17

**K**
keep 14:2,4,6
Kitchen 17:8
know 3:7,8,9 9:21 10:1 13:6 14:15,18 15:7,21 16:8 19:19 21:15,17 22:16
knowledge 13:8 14:15 15:19 17:18 20:6 22:15 23:21

**L**
L 1:17 22:3,7
laid 6:14,15
Lamtech 6:7,8,11,19 8:17,19 9:1,5 11:5 13:7 17:19 18:1,12
last 3:5 7:14
Law 1:12
leave 5:15 6:13
left 13:15
left-hand 10:18
lengths 15:11
Leola 4:15
let 3:7 4:13
license 6:21 7:9,18 8:12 17:14
like 18:5
live 3:11,14
living 4:4
located 4:14 5:1 6:2
log 14:21 21:7,8
logs 14:2,4,6
long 3:18 4:8 5:3,9 6:11 8:5 20:7

looked 16:16
looking 7:18 15:8,19 16:8 17:3 19:8
low 10:19

**M**
machine 9:17
main 3:12 6:3
maintain 18:19
making 10:18
MANN 1:18 8:15 16:3 21:21 24:11
March 7:16,17 8:12,12 8:14
marked 24:3 26:8
marriage 4:2
married 3:18
martin 1:7,10 2:11,18 2:19 3:17,19 26:2
maryland 1:1,14 13:11 14:11 25:1,5
maybe 15:11 21:12 23:11
mean 7:2
means 7:3
mechanical 22:14
memory 24:5,8
MICHAEL 1:18
miles 18:16
mind 21:7
minute 22:2
minutes 3:5
mirror 23:3,4,5 24:7
miss 11:11
MJG-02-CV-2084 1:6
moment 16:3,5,6
months 4:10 5:10 6:12
more 3:5
morning 9:17 13:16 15:9 17:6 19:1
moving 15:10
myself 3:15 18:20

**N**
name 2:16 3:16 6:4 19:19
need 17:14
never 11:1
next 4:16
None 26:8
normally 22:12
northeastern 14:11
Northern 1:2
notarial 25:15
Notary 1:15 25:4,19
notes 9:20
nothing 2:13 24:9

number 16:17

**O**
occur 19:10
occurred 19:7
October 8:8,9,16,20
off 6:14,15 16:15,21 17:2 23:5
office 6:4
officer 19:18 20:8 21:2 21:5,12
Offices 1:12
often 7:12
Okay 4:16 6:18 9:3,13 13:15 15:21 16:10 17:2,5,7,16 21:11,18 21:21 22:16 24:9,10
old 3:21
one 7:14 9:8,18 11:7,12 16:14
only 21:6,11 24:6
operation 18:1
opposed 18:18
order 7:9
other 6:16 11:3 20:15 21:1,8 22:9 23:19
out 8:13 10:14,18 18:5 21:6 22:1 25:7
outcome 25:14
outside 11:16
over 7:4,5 19:14,21
overhanging 10:20
own 15:4
owner/operator 18:8

**P**
Page 26:5
paid 12:6
part 5:21 12:19 23:16 23:19
particular 14:4
parties 2:3 25:12,13
passed 7:16
pay 12:4,10
Pennsylvania 3:13 4:15 5:2,8 6:3 11:14 13:16
Pennsylvania/Delaw... 14:10
people 20:9
person 6:8 21:11
personally 13:5
physical 7:8,11 24:7
physicals 7:13
place 25:6,7
Plaintiffs 1:5,17
please 2:17 3:1
point 5:13 16:7

police 16:11,13,20 21:1 21:5
pounds 7:4,5
practices 5:16
PRESENT 1:20
previous 10:12,17
prior 4:11 5:7
probably 21:19
problems 22:14
proceedings 25:6,8,10
Public 1:15 25:4,19
pulled 19:14
pulling 7:4
pushed 23:17
P.A 1:13
p.m 1:12 22:5,6 24:13

**Q**
question 3:2 8:18
questions 22:9

**R**
R 1:4
raining 11:11
ran 19:15,21
rating 7:4
reading 2:3 24:11
really 21:6
reason 3:7 6:16 10:8 18:17,21
recall 7:19 19:8 21:10
receive 11:21
received 12:12
record 2:16 25:10
recorded 21:16 25:9
regular 7:9
related 25:13
relative 12:15
remember 15:5,6,11,12 15:17 16:21 19:16 21:4
repaired 22:17,18
repeat 3:1,2 4:17
report 12:21 13:1 16:13
REPORTED 1:21
required 12:21 14:2
requirement 12:19 13:7
residential 10:19
respective 2:3
returned 22:8
right 3:11 8:15 15:15 15:15 16:17 23:3,4
road 4:15 8:13 16:1,1 16:16 17:1,2 19:2,6
room 22:4,8

route 14:11,12,16 15:7 16:15
rules 2:21
Rush 19:1

**S**
same 2:5,8
Sandra 1:14,21 25:4,18
sat 2:19
saw 19:21
saying 16:21
scene 19:17 20:7
Schlachman 1:12
scraped 24:3
scratch 12:19
seal 25:15
see 16:9 19:6 20:3,12 20:15 21:7,8
seeing 15:13
September 7:14,15
set 13:14 25:7
seven 23:11
shift 13:18,19,20
shop 8:11
short 16:16
shoulder 16:1
signing 2:4 24:12
sir 4:21 5:14 6:10,20 11:2 14:19 15:1,3,16 16:2,12 18:7,10,13 20:4,14,17,20 21:3,14
Site 4:15
situation 10:15
six 3:20 4:10 23:11
slight 15:7 19:9
slightly 23:9,10
smack 15:14
some 6:16 10:21
sorry 7:15
south 1:13 15:6
southeastern 14:10
special 17:14
spouse 3:15
spouse's 3:16
start 13:21 14:16
started 6:18 12:19
State 2:16 25:1,5
stated 16:15
statement 16:10,19 21:16
STATES 1:1
stay 20:7
stenographically 25:9
step 4:13
sticks 21:6
still 9:17
stipulated 2:2,6

| | | | |
|---|---|---|---|
| **STIPULATIONS** 2:1<br>Street 1:13 3:12<br>strikes 10:14<br>subbing 18:5<br>supervisor 9:12,13<br>  21:13<br>supervisor's 21:16<br>supposed 13:12<br>sure 13:2 21:10<br>swerved 11:11<br>sworn 2:12<br><br>**T**<br>take 3:4,6 4:13 5:20<br>  6:19 7:8 9:20 17:2<br>  21:18<br>taken 22:5<br>talked 21:12<br>talking 16:3<br>Tech 4:7,9,13<br>tell 2:13 10:8 15:4 16:7<br>Tenth 1:13<br>terminated 10:3,5,9<br>test 6:19 7:16<br>testified 2:14<br>their 6:3 8:11 9:8<br>Theirs 5:17<br>thing 21:6 23:18 24:6<br>think 3:5 8:17,18 18:14<br>  21:20<br>Thirty 4:1<br>three 6:12 15:11<br>through 2:19 8:2<br>ticket 11:1,21 12:2,4,6<br>  12:7,10,12<br>till 8:12<br>time 6:9 8:17,19 9:16<br>  13:9,12,14 14:12,16<br>  15:9 16:16 18:11,15<br>  19:10 21:9 25:7<br>told 10:3,5<br>tops 17:9<br>town 6:5 11:16,16<br>traffic 15:9,19<br>trailer 4:7,8,13 7:5<br>transcript 24:12 25:9<br>Transportation 12:20<br>  14:21 17:17<br>travel 14:8<br>traveling 15:6<br>trip 14:4<br>truck 4:5 10:13,20<br>  17:19<br>trucker 4:20<br>trucking 5:13 8:2,3,4,6<br>  11:4,5<br>true 25:10 | truth 2:13,13,14<br>trying 18:19<br>Tuesday 10:7<br>turn 10:18<br>twitching 20:2,15<br>two 10:14 11:4 16:17<br>two-minute 21:19<br>type 6:19,21 10:14<br><br>**U**<br>under 18:11<br>undercover 19:17<br>understand 2:20 3:1<br>  13:15<br>unit 16:14,16<br>UNITED 1:1<br>Until 20:8<br>usually 17:12<br><br>**V**<br>vanity 17:8<br>vantage 16:7<br>vehicle 7:3,4 17:13,14<br>  22:9,12,16,19 23:1,2<br>  23:8,19<br>vehicles 11:12<br>violations 14:21<br>visibility 19:4,5<br>vs 1:6<br><br>**W**<br>waive 24:11<br>waived 2:5,8<br>want 3:4,6 5:21 21:19<br>wanted 13:21,21<br>way 24:3,4 25:13<br>weight 7:4 17:10,11,12<br>Weiner 1:13<br>Well 7:18 11:6 19:14<br>went 4:16 8:13 14:18<br>were 4:17,20 5:11,13<br>  5:19 6:8,15 8:17,19<br>  10:3,3,5,5,8 12:20<br>  13:9,12 14:2 17:7,19<br>  18:11,14,17 19:7 20:9<br>  22:10 25:8<br>weren't 18:5<br>West 3:12<br>We'll 24:11<br>we're 3:3<br>while 11:4,5<br>white 15:13<br>whole 2:13 23:18<br>william 1:4,20 22:3,7<br>wit 25:2<br>within-named 25:6<br>witness 2:4,12 24:10 | 25:15<br>words 15:4<br>work 4:11 5:3,7,9 6:6<br>  6:11 8:5 13:18 15:10<br>worked 4:8 5:10 8:7,11<br>working 4:17 6:18 8:17<br>  8:19<br>wrong 23:12<br><br>**Y**<br>year 5:4,5 7:17<br>years 3:20<br><br>**1**<br>10,000 7:5<br>11 4:15<br>13 1:11 26:3<br>1505 3:12<br>16 8:9,16 25:21<br>16th 8:20<br>18-wheeler 7:6<br><br>**2**<br>2 26:6<br>20 1:13<br>2000 8:8,9,14,16,20<br>  11:9<br>2001 8:10<br>2002 1:11 26:3<br>2003 25:16<br>2005 25:21<br>21201 1:14<br>26,000 7:4<br>27 15:7 16:15<br><br>**3**<br>3:00 13:16<br>3:30 13:17,18<br>3:49 1:12<br>30 3:5 18:18<br>35 18:16,18<br><br>**4**<br>4:06 22:5<br>4:10 22:6<br>4:12 24:13<br>40 18:18<br>45 18:18<br><br>**5**<br>5:00 14:17<br>50 18:18<br><br>**6**<br>6:30 19:11<br><br>**9** | 9th 25:16<br>99 8:8 |