# EXHIBIT D

# State of Maryland Motor Vehicle Accident Report

**Report No:** 02041213

**Accident Date:** 10/15/01  **Time:** 0634  **Type:** Injury

**Investigating Officer ID:** RSSGRASS 72  **Agency:** CID 500

**Road Name:** RIDGE RD  **Intersecting Road:** WACOMOR DRIVE

**Describe Accident:**
Unit #2 was proceeding S/B on RT 27 Ridge Rd. Unit #1 was also proceeding S/B on RT 27. Driver of Unit #1 stated he took his eyes off the road for a very short time + when he looked back Unit #2 was at his right front bumper. Unit 1 struck Unit 2 + Op. #2 was ejected from Bicycle.

**Unit 01:** Benjamin James Martin — New Holland PA 17557
**Unit 02:** William Robert ??? Carroll — Damascus MD 20872

Witness: Ray J. Owens
Mt. Anne Mazumi 301-???-????