**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **William Carroll et ux.** | * | |
| **Plaintiff(s)** | | |
| | * | |
| **vs.** | | **Civil No.: MJG-02-2084** |
| | * | (Magistrate Judge Gesner) |
| **Benjamin Martin, et al.** | | |
| **Defendant(s)** | * | |

****\*\*\*\*\*\*****

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States

District Court for the District of Maryland, this case is hereby referred to the Honorable Beth P.

Gesner, United States Magistrate Judge for said District, for the following purpose(s):

☐     Settlement or other ADR conference.

☐     Hearing (if necessary) and determination of non-dispositive pretrial matters as follows:

☒     All discovery disputes.

☐     Specifically, _____

_____.

☐     Hearing (if necessary), proposed findings of fact, and recommendations for the
disposition of a prisoner petition challenging conditions of confinement.

☐     Hearing (if necessary), proposed findings of fact, and recommendations for the
disposition of applications for post-trial relief under 28 U.S.C. §§ 2254 and 2255
made by individuals convicted of criminal offenses.

☐     Hearing (if necessary), proposed findings of fact, and recommendations as to
dispositive pretrial matters as follows:

☐     Motions to review administrative determinations in a Social Security or related benefits
case pursuant to 42 U.S.C. § 405(g).

U.S. District Court (Rev. 1/2000)

☐    Specifically, _____
_____.

☐    Final determination of dispositive pretrial matters pursuant to 28 U.S.C. § 636(c)*:
specifically, _____
_____.

☐    Service as special master in accordance with Fed. R. Civ. P. 53 (complicated issues or
exceptional condition involved).

☐    Ordering and conducting supplementary proceedings in accordance with Md. R. Proc.
2-633.

☐    Reviewing a default judgment.

☐    Other:_____
_____.


Date:_____3/19/03_____          _____/S/_____
                                             Marvin J. Garbis
                                             United States District Judge