```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF MARYLAND
 3                          Northern Division
 4
 5   WILLIAM R. CARROLL, et al.
 6        Plaintiffs
 7   v.                                     CIVIL ACTION NO.
 8                                          MJG-02-CV-2084
 9   BENJAMIN J. MARTIN, et al.
10        Defendants
11
12   _____/
13
14           The deposition of RAYMOND CURTIS was
15   held on Wednesday, January 8, 2003, commencing at
16   2:50 p.m., at the Offices of Execusuites, Inc.,
17   15200 Shady Grove Road, Suite 350, Rockville,
18   Maryland, 20850, before Susan M. Liebrecht, a Notary
19   Public.
20
21   APPEARANCES:
22              HENRY L. BELSKY, ESQUIRE
23                On behalf of Plaintiffs
24              MICHAEL B. MANN, ESQUIRE
25                On behalf of Defendants
26
27   REPORTED BY:   Susan M. Liebrecht
28
```

1  there may be a dozen times over, you know, a couple
2  years' time in that particular area.
3      Q.      When was the last time you were on 27
4  before this accident?
5      A.      During the summertime. Summer before
6  that.
7      Q.      So, this accident happened on
8  November 16th.
9              MR. MANN: January 16th.
10     Q.      I'm sorry, January 16th. And it had
11 been at least five or six months –
12     A.      Probably around the August, September
13 timeframe.
14     Q.      You indicated this was a broken up soft
15 patch in this area. Was that your recollection from
16 six months ago or was there some other moment where
17 you looked at it in between the last time that you
18 rode your bicycle?
19     A.      Everyday when I drove by I could see it
20 was broken up. As a matter of fact, there were two
21 spots that were crumbled. There was one another
22