IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM R. CARROLL, et al            *

    Plaintiff                            *     CIVIL ACTION NO.

v.                                   *     MJG-02-CV-2084

BENJAMIN J. MARTIN, et al            *

    Defendants                           *

\* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF FILING LENGTHY EXHIBITS</u>

    I hereby certify that on this 15th day of April, 2003, a hard copy of the lengthy exhibits as attachments to Defendant Lamtech's Motion for Partial Summary Judgment was mailed to the Civil Clerk of this Court and to Plaintiff's Counsel:

Henry L. Belsky, Esquire
20 S. Charles Street, 10th Floor
Baltimore, MD  21201
Attorney for Plaintiff

                                                                      _____
                                                                        MICHAEL B. MANN
                                                                         409 Washington Avenue, #600
                                                                         Towson, MD  21204
                                                                         410-296-6826
                                                                         Attorney for Defendants

April 15, 2003

Civil Clerk
U.S. District Court
101 W. Lombard Street
Baltimore, MD  21201

    Re:  Carroll v. Martin, etal.
    Our File:   7-337A
    Civil No.:   MJG02CV-2084

Dear Mr. Clerk:

Enclosed please find for filing in this matter via e-filing a Notice of Filing Lengthy Exhibits as attachments to Defendant Lamtech's Motion for Partial Summary Judgment.

Also enclosed via regular mail is an additional copy of those exhibits.

Thank you for your assistance.

                        Very truly yours,


                        Michael B. Mann

MBM/jm
Enc.

cc:  Henry L. Belsky, Esquire