**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

April 17, 2003

RE: <u>Carroll, et al. v. Martin, et al.</u>, MJG-02-2084

MEMORANDUM FOR COUNSEL

Dear Counsel:

    This case has been referred to me for the resolution of discovery disputes. Currently pending are Plaintiffs' Motion to Compel Deposition Responses From Defendant and Defendants' Response thereto. (Paper Nos. 16 and 19).

    Based upon my review of these papers, it is my view that the application of the attorney work product doctrine governs whether plaintiffs are entitled to the discovery at issue. Because it is plaintiffs' burden to meet the requirements for disclosure pursuant to Federal Rule of Civil Procedure 26(b)(3), I will afford plaintiffs the opportunity to file a reply to defendants' opposition. Any reply should address the requirements Rule 26(b)(3) as well as applicable case law and should be filed no later than Wednesday, April 23rd.

    Thank you for your attention to this matter.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge