IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. CARROLL, et. al.,** | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL CASE NO.: MJG-02-CV-2084 |
| **BENJAMIN J. MARTIN, et. al.,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION IN OPPOSITION OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF NEGLIGENT ENTRUSTMENT**

William R. Carroll, Plaintiff, by and through his attorneys, Henry L. Belsky, and Schlachman, Belsky& Weiner, P.A., hereby respectfully requests that this Honorable Court, deny Defendant Lamtech's Motion for Partial Summary Judgment on the Issue of Negligent Entrustment on the basis that there exists a genuine dispute of material facts among the parties and that Defendant Lamtech, Inc. is not entitled to Summary Judgement as a matter of law.  The grounds for this Motion are incorporated by reference in the facts and arguments outlined in the attached Memorandum of Law in Support of Plaintiff's Motion in Opposition to Defendant's Motion for Partial Summary Judgment on the Issue of Negligent Entrustment as if fully incorporated herein.

WHEREFORE, Plaintiff, William R. Carroll, respectfully requests that this Honorable Court deny Defendant Lamtech, Inc.'s Motion for Partial Summary Judgment on the Issue of Negligent Entrustment.

                Respectfully Submitted,

                /S/
                Henry L. Belsky
                Federal Bar No.: 03161
                Schlachman, Belsky & Weiner, P.A.
                20 S. Charles Street - 10th Floor
                Baltimore, Maryland 21201
                (410) 685-2022

                Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM R. CARROLL, et. al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL CASE NO.:  MJG-02-CV-2084 |
| BENJAMIN J. MARTIN, et. al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April, 2003, a copy of the foregoing Motion in Opposition to Defendant's Motion for Partial Summary Judgment on the Issue of Negligent Entrustment and accompanying Memorandum, which was electronically filed in this case on April 28, 2003, was mailed, by First Class Mail, postage prepaid to:

Michael B. Mann
Suite 600, Mercantile Towson Bldg.
409 Washington Avenue
Towson, Maryland 21204

/S/
Henry L. Belsky
Federal Bar No.: 03161
Schlachman, Belsky & Weiner, P.A.
20 S. Charles Street - 10th Floor
Baltimore, Maryland 21201
(410) 685-2022

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**WILLIAM R. CARROLL, et. al.,**          *

    **Plaintiffs,**          *

v.          *          CIVIL CASE NO.: MJG-02-CV-2084

**BENJAMIN J. MARTIN, et. al.,**          *

    **Defendants.**          *

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Plaintiff's Motion in Opposition to Defendant's Motion for Partial Summary Judgment on the Issue of Negligent Entrustment, it is this _____ day of _____, 2003, by this Court, hereby:

**ORDERED** that Defendant Lamtech, Inc.'s Motion for Partial Summary Judgment on the Issue of Negligent Entrustment is **DENIED**.

_____
JUDGE