**Ryder Safety Services**

# Request for Information from Previous Employer

**FOR CUSTOMER USE ONLY**

### Applicant Release

I authorize you to release the following information to __LawTech, Inc.__ (prospective employer) for the purposes of investigation as required under Section 391.23 of the Federal Motor Carrier Safety Regulations. You are released from any and all liability which may result from furnishing such information.

Applicant's Signature: [signed]     Date: 9/28/00

### Mail to

Name of Previous Employer: __Clouse Trucking__
Address - Street: __3638 Division Hwy__
City: __East Earl__     State: __PA__     Zip Code: __17519__

Dear Sir/Madam,

The below named individual has made application to this company for a position as __Truck Driver__ and states that he/she was employed by you as __Pickup/Delivery Milk Driver__ from __12/99__ to __9/00__.

We appreciate your time in completing, in confidence, the information requested below. For your convenience, a business reply envelope is enclosed. Thank you for your courtesy.

Sincerely, [signed] Brent L. Zerver

Applicant Name: __Ben J. Martin__
Social Security Number: __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__

Dates of Employment: From __12/99__ to __9/00__
Salary or Wage: __Approx. $500. a week Gross__
Did he/she drive a motor vehicle for you? ☒ Yes ☐ No

If he/she drove a motor vehicle for you, identify type(s):
☒ Straight Truck  ☒ Tractor-Semitrailer  ☐ Bus  ☐ Other (Specify) _____

Was he/she a safe and efficient driver? ☐ Yes ☐ No __Questionable__

Reason for Leaving Your Employ:
☐ Discharged  ☒ Resignation  ☐ Lay Off  ☐ Military Duty

Was his/her general conduct satisfactory? ☒ Yes ☐ No

Please provide driving record for past three years (if available):

Backed into 2 milk houses at farms.

Jack-knifed on wet road & hit a car coming other direction.

(Please Turn Over)

Please indicate your opinion by placing a check (✓) in the appropriate column.

Confidential Report of Personal Preference

| Characteristics | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Disposition, Tact, Ability to Get Along With Others | | ✓ | | |
| Initiative, Resourcefulness | | ✓ | | |
| Safety Habits | | | ✓ | |
| Driving Skill | | ✓ | | |
| Attitude | | ✓ | | |
| Loyalty | | ✓ | | |

Any Other Comments

_He had a heavy foot!_

Jeanne E. Hock — Signature
Dispatcher — Title
11-16-00 — Date