```
                    BUREAU OF DRIVER LICENSING
                     THREE YEAR DRIVING RECORD
                           JAN 25 2001
```

DRIVER: BENJAMIN JAMES MARTIN
        526 OVERLYS GROVE RD
        NEW HOLLAND, PA  17557

DRIVER LICENSE NO  : 22903628
DATE OF BIRTH      : SEP 08 1972
SEX                : MALE
RECORD TYPE        : REG LICENSE

### DRIVER LICENSE (DL)

```
LICENSE CLASS        :
LICENSE ISSUE DATE:  SEP 01 2000
LICENSE EXPIRES      :
ORIG ISSUE DATE      : MAY 05 1989
MED RESTRICTIONS     : NONE
LEARNER PERMITS      :
LICENSE STATUS       :
```

### COMMERCIAL DRIVER LICENSE (CDL)

```
CDL LICENSE CLASS    : A*
CDL LICENSE ISSUED   : SEP 01 2000
CDL LICENSE EXPIRES  : SEP 09 2004
CDL ENDORSEMENTS     : N
CDL RESTRICTIONS     : NONE
CDL LEARNER PERMITS  :
CDL LICENSE STATUS   : VALID
```

SB ENDORSEMENT       :

### PROBATIONARY LICENSE (PL)

```
PL LICENSE CLASS     :
PL LICENSE ORIG ISS  :
PL LICENSE ISSUED    :
PL LICENSE EXPIRES   :
PL LICENSE STATUS    :
```

### OCCUPATIONAL LIMITED LICENSE (OLL)

```
OLL LICENSE CLASS    :
OLL LICENSE ISSUED   :
OLL LICENSE EXPIRES  :
OLL LICENSE STATUS   :
```

*** CONTINUED ***


EXHIBIT 14

```
THREE YEAR DRIVING RECORD - JAN 25 2001 - LICENSE NUMBER 22903628   PAGE  2
                                                                    CONTINUED
----------------------------------------------------------------------------
                     REPORT OF VIOLATIONS AND DEPARTMENTAL ACTIONS
----------------------------------------------------------------------------

VIOLATION DATE:  SEP 03 1998
VIOLATION:       VEHICLE CODE:  3362
DESCRIPTION:     EXCEEDING MAXIMUM SPEED
                 056 MPH IN A 035 MPH ZONE
CONVICTION DATE: SEP 11 1998
ACTION:          MUST ATTEND DEPT HEARING


ACTION:          SUSPENSION AS A RESULT OF HEARING
ACTION:          SUSPENSION FOR   30 DAY(S) EFFECTIVE JAN 12 1999
                 OFFICIAL NOTICE MAILED DEC 09 1998


ACTION:          RESTORATION OF OPERATING PRIVILEGES FEB 11 1999


VIOLATION DATE:  JUL 19 2000
VIOLATION:       VEHICLE CODE:  3361
DESCRIPTION:     TOO FAST FOR CONDITIONS
CONVICTION DATE: AUG 22 2000
ACTION:          ASSIGNED POINTS


----------------------------------------------------------------------------
                     REPORT OF MEDICALS AND DEPARTMENTAL ACTIONS
----------------------------------------------------------------------------


         NO MEDICALS OR DEPARTMENTAL ACTIONS DURING THIS REPORTING PERIOD




                              *** CONTINUED ***
```

```
                                                              PAGE   3
THREE YEAR DRIVING RECORD - JAN 25 2001 - LICENSE NUMBER 22903628 CONTINUED
```

---
                    REPORT OF ACCIDENTS AND DEPARTMENTAL ACTIONS
---

MOTOR VEHICLE ACCIDENT RECORDS LISTED ON THIS OPERATING REPORT DO NOT
INDICATE FAULT FOR THE ACCIDENT.  THE RECORD ONLY INDICATES THAT THIS
INDIVIDUAL OR THE INDIVIDUAL'S VEHICLE WAS INVOLVED IN AN ACCIDENT ON
THE DATE LISTED.

ACCIDENT DATE:   JUL 19 2000
LOCATION:        LANCASTER CNTY
VEHICLE TYPE:    TRACTOR TRAILER

*** END OF RECORD ***