IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| WILLIAM R. CARROLL, et al | * | |
| Plaintiffs | * | Civil Case No. |
| v. | * | MJG-02-CV-2084 |
| BENJAMIN R. MARTIN, et al | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE

I hereby certify that on this 30th day of June, 2003, a copy of the Plaintiff's Continuation To Take Deposition Duces Tecum of Corporate Designee of Lam Tech, Inc. was faxed and mailed to Michael B. Mann, Esquire, 409 Washington Ave., #600, Towson, Maryland 21204, Attorney for Defendants and to Walls Reporting, 416 Schoolers Pond Way, Arnold Maryland 21012.

/S/
Henry L. Belsky, Bar #03161
Schlachman, Belsky & Weiner, P.A.
20 S. Charles Street, Tenth Floor
Baltimore, MD 21201
410-685-2022
Attorney for Plaintiffs