**EXHIBIT A**


May 13, 2003


Henry L. Belsky, Esquire
20 S. Charles Street
Baltimore, MD  21201

    Re:  Carroll v. Martin, etal
    Our File:   7-337A
    Your File:  119712/1

Dear Mr. Belsky:

Thank you for your letter of May 5, 2003, and for sending me a copy of Dr. Fishburne's report.

I would ask that you provide the complete information required by Federal Rule 26(a)(2) at this time.

Particularly, I would request a copy of any psychological or intelligence reports or testing relied upon by Dr. Fishburne in reaching his conclusions. Additionally, please provide a listing of any other cases in which Dr. Fishburne has testified as an expert at trial as required by that Rule.

I will wait to hear from you as soon as possible in this regard.


                                      Very truly yours,


                                      Michael B. Mann

MBM/jm