```
                    ____FILED      ____ENTERED
                    ____LODGED     ____RECEIVED

                         AUG 1 2 2003
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

WILLIAM R. CARROLL, et al

    Plaintiff                *     CIVIL ACTION NO.

v.                                MJG-02-CV-2084

BENJAMIN J. MARTIN, et al     *

    Defendants

                 * * * * * * * * * *

O R D E R

ORDERED this 11TH day of August, 2003, that the plaintiffs' expert witness, Dr. Francis Fishburne, is hereby ordered to release and forward to the attorney for the defendants, Michael B. Mann, all underlying testing, psychological data or intelligence reports which supports the opinions that he has rendered in this case.

                                 /s/ Beth P. Gesner
                                 _____
                                 Beth P. Gesner
                                 United States Magistrate Judge