IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM CARROLL, et ux.          *

          Plaintiffs          *

          vs.          *CIVIL ACTION NO. MJG-02-2084

BENJAMIN JAMES MARTIN, et al.     *

          Defendants          *

*     *     *     *     *     *     *     *     *

ORDER

In accordance with the proceedings held in this matter on this date:

> 1.   Defendants agree that whatever was done by Defendant Martin relating to this case was done within the scope of his employment by Defendant Lamtech.
>
>    a.   Defendant Lamtech agrees with Plaintiff's allegation that if Martin is held liable by virtue of his negligence, Lamtech would be liable under the doctrine of respondeat superior.
>
>    b.   Accordingly, unless Plaintiff shows good cause to the contrary before November 1, 2003, the Court will dismiss the negligent entrustment claim as moot.
>
> 2.   By December 19, 2003:
>
>    a.   The Pretrial Order shall be filed.
>
>    b.   Any motions in limine shall be filed.
>
>    c.   Requested voir dire questions shall be filed (in duplicate) together with an agreed (or separate) extremely brief,

neutral summary of the case to be read to the voir dire panel.

d.   Requested jury instructions shall be filed (in duplicate).

**L**   COUNSEL MUST BE SURE TO NOTE THAT:

(1)   ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.

(2)   ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.

e.   Plaintiff shall arrange the scheduling for the pretrial conference at a mutually convenient time prior to January 7, 2004.

3.   As agreed by the parties, jury trial shall begin on Monday, January 12, 2004, with an estimated duration of three to four trial days.

a.   The parties are aware that a currently scheduled criminal trial may conflict with the ability of the undersigned judge to preside over the trial in this case on the agreed date.

b.   The parties have consented to have this case tried before a Magistrate Judge and jury in the event the undersigned Judge's schedule prevents his trying this case on the agreed date.

SO ORDERED, on <u>Friday, 29 August,  2003</u>.

<u>           / s /           </u>
Marvin J. Garbis
United States District Judge

2