IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

WILLIAM R. CARROLL, et al.                  *

      Plaintiffs                              *        Civil Case No.

v.                                          *        MJG-02-CV-2084

BENJAMIN J. MARTIN, et al.                  *

      Defendants                              *

                  *   *   *   *   *   *   *   *

**<u>PRETRIAL ORDER</u>**

William R. Carroll, et. al. Plaintiffs, by their attorneys, Henry L. Belsky,

Esquire, and Schlachman, Belsky & Weiner, P.A., and Benjamin J. Martin, et.

al., Defendants, by their attorney, Michael Mann, jointly submit this pretrial

order, and state as follows:

A.    <u>Plaintiffs' Statement of Facts and Legal Theories</u>:

      Plaintiff William Carroll was lawfully operating his bicycle southbound

on the shoulder of Route 27 in Montgomery County when his bicycle was struck

by the Defendant's vehicle causing Plaintiff to be ejected from his bicycle and

injured.

      Plaintiffs' claims are based upon the legal theories of negligence by the

Defendant driver in operating the vehicle, violations of the transportation code

by the Defendant driver, respondent superior liability of employer Defendant

1

Lamtech, Inc., and Plaintiff's course of habit in operating his bicycle.  Plaintiffs

also assert a loss of consortium claim based upon these same legal theories.

B.    Defendants' Statement of Facts and Legal Theories:

The Defendants deny that they were negligent in any way in this

incident. The evidence in this case will show that the Plaintiff, was riding his

bicycle on the shoulder of the roadway of Route 27 as the Plaintiff approached

the accident scene. The Defendants' vehicle was traveling on Route 27 in the

same direction as the Plaintiff. As the Defendants' vehicle was passing the

Plaintiff, the Plaintiff suddenly veered off of the shoulder in to the travel lane of

the roadway, thereby causing the collision.

C.    Counterclaims, Crossclaims or Third-Party claims: None.

D.    Amendment of Pleadings: None.

E.    Issues to be Abandoned: None.

F.    Stipulations:    Plaintiffs' request stipulations as to the following:

1)    Fairness and reasonableness of Plaintiff's medical bills.

2)    Authenticity of Plaintiff's medical bills.

3)    Authenticity of Plaintiff's medical records.

4)    Authenticity of Plaintiff's lost wage documents.

5)    Authenticity of police report of accident.

G.    Damages claimed: Plaintiff's physical and emotional pain and

suffering; Plaintiffs' loss of consortium, as well as the medical expenses and lost

wages as itemized in the attached specials list.

H.    <u>Exhibit Lists-Plaintiff</u>:

1)    Medical illustrations of Plaintiff's injuries.

2)    Medical records and x-rays.

3)    Medical bills.

4)    Photographs of scene, Plaintiff's injuries, Plaintiff's bicycle, and Defendant vehicle.

5)    Videotape of Plaintiff's physical therapy.

6)    Notes taken by Brent Keener of his conversation with Defendant Martin.

7)    Deposition transcripts of Defendant's corporate designee and Defendant Martin, if needed.

8)    Accident report completed by investigating police officer.

<u>Exhibit List-Defendant</u>

1) Photographs of the scene of the incident.

2) Photographs of the Defendants' vehicle.

I.    <u>Witness List</u>:   See attached Plaintiff's witnesses.

Defendants' witnesses-Benjamin Martin, Defendant; Brent Keener, Lamtech, Inc. Defendant; Raymond Curtis, 5176 Almeria Court, Mt. Airy, Maryland; and Officer R.T. Faass, Montgomery County Police Department, Germantown District Station, 2000 Aircraft Drive, Germantown, Maryland.

J.    <u>Expert Lists</u>:   See attached.

3

K.    <u>Deposition portions to be offered</u>: None.

L.    <u>Requested pre-trial relief/ motions</u>: None.

M.    <u>Other matters added by Court</u>:   See attached voir dire and jury

instructions.

Date: December 19, 2003

_____/S/_____
Henry L. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A
20 S. Charles Street
Tenth Floor
Baltimore, Maryland 21201
(410) 685-2022

Attorneys for the Plaintiff


_____/S/_____
Michael Mann
409 Washington Ave., #600
Towson, Maryland 21204

Attorney for Defendants