William R. Carroll                                                                                          D/O/B-11/12/64

## PLAINTIFF'S DAMAGES CLAIMED

1.    University of Maryland Medical System                              $34,900.44
      In-Patient - 1/16/2001-1/20/2001

2.    University of Maryland Medical System

| | | |
|---|---|---|
| 4/5/2001 | $ 354.77 | |
| 4/30/2001 | $ 268.91 | |
| 5/14/2001 | $ 155.30 | |
| 5/29/2001 | $ 199.61 | |
| | | $ 978.59 |

3.    Shock Trauma Associates

| | | | |
|---|---|---|---|
| 1/17/2000 | Dr. Pollak<br>Cervical Spine | $13,000.00 | |
| 1/17/2001 | Dr. Pollak<br>Shaft Fracture | $   800.00 | |
| 1/16/2001 | Dr. Sidhu<br>Anesthesiologist | $ 1,800.00 | |
| 4/30/2001 | Dr. Pollak | $     50.00 | |
| Total | | | $ 15,650.00 |

4.    Diagnostic Imaging Specialists

| | | |
|---|---|---|
| 1/16/2001 | Rad Exam Spine | $    42.00 |
| 1/16/2001 | Rad Exam Cervical | 42.00 |
| 1/16/2001 | Rad Exam Cervical | 42.00 |
| 1/16/2001 | Rad Exam Cervical | 42.00 |
| 1/16/2001 | Rad Exam Cervical | 42.00 |
| 1/16/2001 | Rad Exam Cervical | 42.00 |
| 1/16/2001 | Rad Exam Cervical | 42.00 |
| 1/16/2001 | Rad Exam Cervical | 42.00 |
| 1/16/2001 | Rad Exam Knee | 36.00 |
| 1/16/2001 | Rad Exam Cervical | 84.00 |
| 1/16/2001 | CAT Head/Brain | 212.00 |
| 1/16/2001 | CAT Cervical | 314.00 |
| 1/16/2001 | Tomography | 183.00 |
| 1/16/2001 | Rad Exam Chest | 33.00 |
| 1/16/2001 | Rad Exam Pelvis | 41.00 |
| 1/16/2001 | Rad Exam Knee | 36.00 |
| 1/16/2001 | MRI - Spine | 337.00 |
| 1/16/2001 | MRI - Head | 321.00 |
| 1/17/2001 | Rad Exam Cervical | 50.00 |
| 1/18/2001 | Rad Exam Chest | 33.00 |
| 1/18/2001 | Rad Exam - Shoulder | 45.00 |

```
       4/5/2001    Rad Exam - Knee and Spine      208.00
       4/30/2001   Rad Exam Knee                   36.00
       4/30/2001   Rad Exam Chest                 100.00
       5/14/2001   Rad Exam Cervical               50.00
       Total                                                    $ 2,413.00
```

5.  Rural/Metro Mid-Atlantic Transport
    1/20/2001                                                   $   232.00

6.  Kessler-Adventist Rehabilitation Hospital
    In-Patient - 1/20/2001 to 1/30/2001                         $ 9,197.90

7.  Kessler Adventist Hospital
    ```
    2/20/2001           $ 250.00
    4/03/2001           $ 250.00
    4/26/2001           $ 250.00
    5/1/2001            $ 100.00
    5/8/2001            $  94.00
    5/4/2001            $ 141.00
    5/22/2001           $ 170.00
    6/19/2001           $ 170.00
    6/19/2001           $  80.00
    Total                                                       $ 1,505.00
    ```

8.  Dr. Francis Fishburne, Ph.D. (Kessler Adventist
       Rehabilitation Center)                                   $ 1,350.00

9.  Shady Grove Radiology                                       $   148.50
       office visit-2/5/01

10. Dr. John T. Stinson - The Orthopaedic Center

    ```
    1/26/2001 - Hospital - Consultation - $ 121.00
    2/13/2001 - Office - Consultation       72.00
    2/13/2001 - X-ray - Cervical Spine      92.00
    3/27/2001 - Office - Consultation      130.00
    3/27/2001 - X-ray - Cervical Spine     134.00
       Total                                                    $   549.00
    ```

11. Dr. Andrew Bender - Shady Grove Orthopaedics Assoc.
    ```
    1/29/01 - Consultation at Hospital    $ 138.00
    2/7/2001 - Examination                 100.00
    2/7/2001 - X-rays - Knee                75.00
    2/22/2001 - Examination                 70.00
    3/08/2001 - Examination                 70.00
    3/08/2001 - X-ray Tib/Fib               75.00
    ```

```
    3/29/2001 - Examination              70.00
    3/29/2001 - X-Ray-Remur              91.00
    4/26/2001 - Examination              70.00
    4/26/01 - X-ray                      75.00
    6/21/2001 - Examination              70.00
    6/21/2001 - X-ray - Standing Knee    95.00
    Total                                             $ 999.00

12. Shady Grove Memorial Hospital
    2/5/2001                                          $ 192.00

13. Montgomery ER Physicians - 2/5/2001               $ 250.00

14. Adventist Preferred Nursing
    1/21/2001      Campbell     $ 171.00
    1/22/2001      Orah         $  26.50
    1/22/2001      Orah         $ 114.00
    1/23/2001      Orah         $  13.25
    Total                                             $ 324.75

15. Knab Medical Associates
    Miami J Collar Pads                               $  29.95

16. Bay State Medical                                 $ 432.50

17. HomeCall, Inc.
    1/31/2001                   $ 332.50
    2/1/2001                    $ 403.00
    Total                                             $ 735.50

18. Health South Physical Therapy
    March, April, May, June 2001                      $5,996.00

19. Prescriptions
    1/30/2001      CVS    Oxyir        $ 10.00
    1/30/2001      CVS    Oxycontin    $ 10.00
    1/30/2001      CVS    Oevaquin     $ 10.00
    1/30/2001      CVS    Neurontin    $ 10.00
    2/5/2001       CVS    Cycloben..   $ 10.00
    2/5/2001       CVS    Diazepam     $  3.00
    Total                                             $  53.00

20. Dr. Jeffrey Walker - Neurosurgeon
    11/02/01                    $ 205.00
```

|  |  |  |  |
|---|---|---|---|
| 5/4/02 |  | $ 165.00 |  |
| Total |  |  | $ 370.00 |

21. American Radiology Associates
    MRI - 5/23/01                                                    $ 1,120.00

22. Bayfront Same Day Surgery Center                                 $ 4,125.00
    6/3/03

23. All Florida Orthopaedic Associates

| Date | Description | Amount |
|---|---|---|
| 4/28/03 | Office Consultation | $ 162.00 |
| 4/28/03 | X-ray - Knee | 87.00 |
| 4/23/03 | X-ray - Scoliosis | 111.00 |
| 5/7/03 | Therapy | 50.00 |
| 5/8/03 | Therapy | 50.00 |
| 5/09/03 | Therapy | 50.00 |
| 5/12/03 | Therapy | 50.00 |
| 5/14/03 | Therapy | 50.00 |
| 5/16/03 | Therapy | 50.00 |
| 5/20/03 | Therapy | 50.00 |
| 5/22/03 | Therapy | 50.00 |
| 5/28/03 | Therapy | 50.00 |
| 5/29/03 | Therapy | 50.00 |
| 6/03/03 | Arthroscopy Knee, WM | 2,130.00 |
| 6/03/03 | Arthroscopy Knee Debridement | 2,145.00 |
| 6/03/03 | Lateral Reinacular | 1,455.00 |
| 6/18/03 | Therapy | 50.00 |
| 6/20/03 | Therapy | 50.00 |
| 6/24/03 | Therapy | 50.00 |
| 6/27/03 | Therapy | 50.00 |
| 6/30/03 | Therapy | 50.00 |
| 7/02/03 | Therapy | 50.00 |
| 7/07/03 | Therapy | 50.00 |
| 7/09/03 | Therapy | 50.00 |
| 7/11/03 | Therapy | 50.00 |
| 7/21/03 | Therapy | 50.00 |
| 7/23/03 | Therapy | 50.00 |
| 7/25/03 | Therapy | 50.00 |
| 7/28/03 | Therapy | 50.00 |
| 7/30/03 | Therapy | 50.00 |

| | | |
|---|---|---|
| 8/1/03 | Therapy | 50.00 |
| 8/4/03 | Post Op Visit | No Charge |
| 10/15/03 | Visit | <u>No Charge</u> |
| | Total | <u>$ 7,340.00</u> |

**Total Medical Expense**                                                                 $88,892.13

24. Lost Wages                                                                            $28,706.30

Plaintiffs also claim pain and suffering and loss of consortium.