Plaintiffs Expert and Witness List:

EXPERT WITNESSES

1. Dr. Andrew Pollack, Surgeon
   University of Maryland Shock Trauma
   22 S. Greene Street
   Baltimore, Maryland 21201

2. Dr. Francis Fishburne, Neuropsychology
   P.O. Box 506
   Rockville, Maryland 20646

3. Dr. William Launder, Orthopaedic
   Maryland Orthopaedics
   545 Main Street
   Laurel, Maryland 20707

4. Scott Wills, Accident Reconstructionist
   Cover & Wills
   10716 Lakespring Way
   Cockeysville, Maryland 21210

WITNESSES

1. William Carroll
   6043 Gulfport Blvd., South
   Gulfport, Florida 33707

2. Benjamin Martin
   c/o Lamtech, Inc.
   27 West Mohler Church Road
   Ephrata, PA 17522

3. Brent Keener
   c/o Lamtech, Inc.
   27 West Mohler Church Road
   Ephrata, PA 17522

4. Raymond Curtis
   5176 Almeria Court
   Mt. Airy, Maryland

5. Officer R.T. Fass
   Montgomery County Police Dept.
   Germantown District Station
   2000 Aircraft Drive
   Germantown, Maryland 20874