Plaintiffs proposed Maryland Pattern Jury Instructions by number:

1. 1:2
2. 1:3
3. 1:4
4. 1:5
5. 1:6
6. 1:7
7. 1:12
8. 1:13
9. 18:1
10. 18:4
11. 19:1
12. 19:3
13. 19:10
14. 19:11
15. 19:14
16. 10:1
17. 10:2

Plaintiffs requested additional instructions attached.