Defendant's additional jury instruction:

Each person operating a bicycle on a roadway shall ride as near to the right side of the roadway as practicable and safe, except when making or attempting to make a left turn, when operating on a one way street, or when passing a stopped or slower moving vehicle.

Md. Ann. Code Section 21-1205

Where there is a bike lane paved to a smooth surface or a shoulder paved to a smooth surface, a person operating a bicycle or a motor scooter shall use the bike lane or shoulder and may not ride on the roadway, except in the following situations:

    (I) When overtaking and passing another bicycle, motor scooter, pedestrian, or other vehicle within the bike lane or shoulder if the overtaking and passing cannot be done safely within the bike lane or shoulder;

    (ii) When preparing for a left turn at an intersection or into an alley, private road, or driveway;

    (iii) When reasonably necessary to leave the bike lane or shoulder to avoid debris or other hazardous conditions; or

    (iv) When reasonably necessary to leave the bike lane or shoulder because the bike lane or shoulder is overlaid with a right turn lane, merge lane, or other marking that breaks the continuity of the bike or lane or shoulder.

A person operating a bicycle or a motor scooter may not leave a bike lane or shoulder until the movement can be made with reasonably safety and then only after giving an appropriate signal.

Md. Ann. Code Section 21-1205.1 (b)(1)(2)