# SCHLACHMAN, BELSKY & WEINER, P.A.

SIDNEY SCHLACHMAN
VICTOR D. SOBOTKA
   COUNSEL

HENRY L. BELSKY
HERBERT R. WEINER
MICHAEL MARSHALL
LINDA D. MOELLER

STEVEN E. SUNDAY
ROANNE HANDLER
KIMBERLY A. ALLEY
MICHAEL J. BELSKY
MICHAEL E. DAVEY
DEBORAH J. SUESS
JEFFREY B. SCHULTZ
LISA L. HARDY
DANIEL E. UDOFF
GAVIN M. PATASHNICK

ATTORNEYS AT LAW

SUN LIFE BUILDING - TENTH FLOOR
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201
TELEPHONE: (410) 685-2022
TELEFAX: (410) 783-4771


PACE
Local 1-0318

TOWSON OFFICE
SUITE 301
405 E. JOPPA ROAD
TOWSON, MD 21286-5487
TELEPHONE: (410) 685-2022
TELEFAX: (410) 296-5880

UPPER MARLBORO OFFICE
2905-A OLD LARGO ROAD
P.O. BOX 1658
UPPER MARLBORO, MD 20773-1658
TELEPHONE: (301) 627-6360
TELEFAX: (301) 627-5911

EASTON OFFICE:
300 TALBOT STREET
SUITE 202
EASTON, MD 21601-3525
TELEPHONE: (410) 819-3715
TELEFAX: (410) 820-4980

REPLY TO

Baltimore Office

January 12, 2004

Honorable Marvin J. Garbis
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**Re: William Carroll, et al vs.
    Benjamin Martin, et al
    Case No.: MJG-02-CV-2084**

Dear Judge Garbis:

    Per our telephone conversation, the above captioned case has been settled. I will be filing a Stipulation of Dismissal in this matter very shortly.

                  Very truly yours,

                  Henry L. Belsky

HLB/ymg

cc: Michael Mann, Esquire