```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

WILLIAM R. CARROLL, et al          *

    Plaintiff                      *     CIVIL ACTION NO.

v.                                 *     MJG-02-CV-2084

BENJAMIN J. MARTIN, et al          *

    Defendants                     *

                                  * * * * * * * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    The parties stipulate that all claims of the Plaintiff and all cross claims, third party claims or other claims (if applicable) are hereby dismissed with prejudice as this case is agreed, settled, satisfied and dismissed with prejudice.

```
                         __/s/_____
                         HENRY L. BELSKY
                         20 S. Charles Street, 10th Floor
                         Baltimore, MD  21201
                         410-685-2022
                         Attorney for Plaintiff


                         __/s/_____
                         MICHAEL B. Mann
                         409 Washington Avenue, #600
                         Towson, MD  21204
                         410-296-6826
                         Attorney for Defendants
```

February 25, 2004

Civil Clerk
U.S. District Court
101 W. Lombard Street
Baltimore, MD  21201

    Re:  Carroll v. Martin, etal
    Our File:  7-337A
    Civil Action No.  MJG 02 CV 2084

Dear Mr. Clerk:

    Enclosed is a Stipulation of Dismissal with Prejudice for filing.

    Please return true test copies to the parties.

    Thank you for your assistance.

                              Very truly yours,

                              /s/

                              Michael B. Mann

MBM/jm
Enc.